# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 21-MJ-140 (RMM) |
| SCOTT KEVIN FAIRLAMB : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia and Assistant United States Attorney Andrew Floyd, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

_____
Andrew Floyd
Assistant United States Attorney
D.C. Bar No. 1023315
555 4th Street, NW
Washington, D.C. 20530
(202) 252-6841
Andrew.Floyd@usdoj.gov