UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 21-cr-00120-KBJ |
| v. | : | |
| | : | |
| SCOTT KEVIN FAIRLAMB | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF FILING OF VIDEO DETENTION EXHIBITS**

The United States of America hereby provides notice that it submitted the following video exhibits to the Government's Memorandum in Support of Detention, ECF 18, by email to Chambers in the above-captioned matter:

- Exhibit 2 – Instagram video of defendant Fairlamb on scaffolding
- Exhibit 8 – Facebook vide of defendant Fairlamb with baton
- Exhibit 12 – Clip of defendant Fairlamb's assault of police officer
- Exhibit 14 – Clip of body worn camera

Dated: March 17, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By: _/s/ Leslie A. Goemaat_
LESLIE A. GOEMAAT
MA Bar No. 676695
Assistant United States Attorney
Fraud Section
U.S. Attorney's Office
555 4th Street, N.W., Room 5840
Washington, D.C. 20530
Office: 202-803-1608
Leslie.Goemaat@usdoj.gov