UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 21-cr-00120-KBJ** |
| v. | : | |
| | : | |
| **SCOTT KEVIN FAIRLAMB** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO CONTINUE DEADLINE FOR DEFENDANT'S RESPONSE TO GOVERNMENT'S MEMORANDUM IN SUPPORT OF DETENTION**

The United States of America hereby moves this Court for a modification of its detention briefing schedule. On March 15, 2021, this Court issued a minute order directing the Government to file its brief in support of detention by March 18, 2021 and the Defendant to file his response by March 23, 2021. On March 17, 2021, the government filed its Memorandum in Support of Pretrial Detention. ECF 18.

On March 22, 2021, the undersigned spoke with Attorney Harley Breite who stated that he has been retained by defendant Scott Fairlamb and that he will complete his motion for admission to the District Court for the District of Columbia by Wednesday, March 24, 2021. Attorney Harley Breite stated that defendant Scott Fairlamb will not consent to be represented by any other attorney and requested that the government seek to extend the briefing schedule to allow for Attorney Harley Breite to make his notice of appearance in this case. Attorney Harley Breite has requested that the deadline for the Defendant's response be moved to March 30, 2021.

WHEREFORE, the United States requests this Court modify its briefing schedule and order the defendant's response to the government's Memorandum in Support of Detention be filed by March 30, 2021.

Dated:   March 22, 2021

                                      Respectfully submitted,

                                      CHANNING D. PHILLIPS
                                      Acting United States Attorney

By: _____
      LESLIE A. GOEMAAT
      MA Bar No. 676695
      Assistant United States Attorney
      Fraud Section
      U.S. Attorney's Office
      555 4th Street, N.W., Room 5840
      Washington, D.C.  20530
      Office: 202-803-1608
      Leslie.Goemaat@usdoj.gov

## C<span style="font-variant:small-caps">ertificate of</span> S<span style="font-variant:small-caps">ervice</span>

I HEREBY CERTIFY that I have caused a copy of the foregoing notice to be served by electronic means, through the Court's CM/ECF system, upon all parties of record.

/s/ Leslie A. Goemaat
L<span style="font-variant:small-caps">eslie</span> A. G<span style="font-variant:small-caps">oemaat</span>
Assistant United States Attorney
