UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-120-KBJ |
| v. : | |
| : | |
| SCOTT KEVIN FAIRLAMB, : | |
| : | |
| Defendant. : | |

## MOTION FOR ASCERTAINMENT OF COUNSEL

The United States of America respectfully moves this Court to hold a status hearing for ascertainment of counsel in the above-captioned matter. Counsel for the United States has been in communication with retained counsel, attorney Harley Breite, who represented Mr. Fairlamb in the District of New Jersey at his initial appearance, and who has stated that he currently represents Mr. Fairlamb and that Mr. Fairlamb does not consent to representation by any other attorney. Attorney Harley Breite states that he is in the process of filing for admission to the D.C. District Court.

The Defendant was arrested on January 22, 2021. The defendant's response to the government's memorandum in support of detention was originally due March 23, 2021 and that due date was extended to March 30, 2021 pursuant to a motion by the United States filed at the request attorney Harley Breite. Attorney Harley Breite has not yet filed his notice of appearance.

WHEREFORE, the United States respectfully requests that this court set a status hearing for ascertainment of counsel in this matter.

        Respectfully submitted,

        CHANNING PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793


By:            /s/
        LESLIE A. GOEMAAT
        MA Bar No. 676695
        Assistant United States Attorney
        Fraud Section
        U.S. Attorney's Office
        555 4th Street, N.W., Room 5840
        Washington, D.C.   20530
        Office: 202-803-1608
        Leslie.Goemaat@usdoj.gov