# Jennifer Gruda

| | |
|---|---|
| **From:** | Harley Breite <harleydbreite@aol.com> |
| **Sent:** | Thursday, April 1, 2021 9:12 AM |
| **To:** | KJ DCDecf |
| **Cc:** | Andrade, Mariela (USADC); Gopal, Gauri (USADC); Goemaat, Leslie (USADC); Gwendolyn Franklin; Laura |
| **Subject:** | Re: FW: Activity in Case 1:21-cr-00120-KBJ USA v. FAIRLAMB Order on Motion for Order |

**CAUTION - EXTERNAL:**

> Let this be filed as a "Letter in Response to the Court Informing Counsel Who Has Yet to Enter an Appearance of a Status Conference."
>
> 4/2/2021
>
> *Ketanji Brown Jackson*

## THE LAW OFFICE OF HARLEY D. BREITE

562 Black Oak Ridge Road

Wayne, N.J. 07470

Phone- 973-872-0604                Fax- 973-305-9112

Member - N.Y., N.J., PA & DC Bar        LL.M. (Master of Laws) in Trial Advocacy

April 1, 2021

Jennifer A. Gruda
Career Law Clerk to the Honorable Ketanji Brown Jackson
United States District Court for the District of Columbia

Dear Ms. Gruda,

   First and foremost, I hope this correspondence finds you and your family safe and sound during this awful pandemic.
   Of course, I intend to continue to represent Mr. Fairlamb and am happy to appear at anytime the Court wishes on April 8th.
   I believe it would be fair to say that I have an excellent working relationship with the Government and we have communicated
back and forth often and easily.  There have been some unusual delays which I believe are quite specific to the nature of this case
but I have been working quite arduously and as expeditiously as possible.
   AUSA Goemaat informed me that the Judge may call upon my client to ascertain whether or not he wishes to have me represent him.
In speaking with my client as recently as yesterday, as well as his family practically every day, I can represent to you that Mr. Fairlamb is
adamant that he does not want any lawyer other than myself representing him in any fashion at

anytime.  There is certainly no issue should
Judge Jackson wish to confirm this herself.
   I have included on this email my Office Manager, Laura Ramirez, so that I may better facilitate any and all communications and requests
from both the Court and the Government.
   I thank you very much for your time and consideration.  Please feel free to contact me day or night on my cell phone, 973-714-6733 for any
reason you may feel is necessary.

Respectfully submitted,
Harley D. Breite, Esq.

On 3/31/21 6:52 PM, KJ DCDecf wrote:

> Mr. Breite,
>
> Judge Jackson has set a status conference in this matter for next Thursday afternoon.  If you intend to represent Mr. Fairlamb in this matter, she expects you to appear at that hearing (I will send VTC connection information in a subsequent email).
>
> Jennifer A. Gruda
> Career Law Clerk to the Honorable Ketanji Brown Jackson
> United States District Court for the District of Columbia
> 202.354.3350
>
> **From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
> **Sent:** Wednesday, March 31, 2021 6:44 PM
> **To:** ECFMail DCD <DCD_ECFNotice@dcd.uscourts.gov>
> **Subject:** Activity in Case 1:21-cr-00120-KBJ USA v. FAIRLAMB Order on Motion for Order
>
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits
> attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy
> of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access
> fees apply to all other users. To avoid later charges, download a copy of each document during this
> first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do
> not apply.

> **U.S. District Court**
>
> **District of Columbia**
>
> ### Notice of Electronic Filing
>
> The following transaction was entered on 3/31/2021 at 6:44 PM and filed on 3/31/2021
>
> | | |
> |---|---|
> | **Case Name:** | USA v. FAIRLAMB |
> | **Case Number:** | 1:21-cr-00120-KBJ |
> | **Filer:** | |
> | **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER granting [21] Motion for Order Scheduling a Status Conference as to SCOTT KEVIN FAIRLAMB (1). It is hereby ORDERED that a VTC Status Conference is set for 4/8/2021 at 02:30 PM before Judge Ketanji Brown Jackson. Signed by Judge Ketanji Brown Jackson on 3/31/2021. (jag)**

**1:21-cr-00120-KBJ-1 Notice has been electronically mailed to:**

Leslie A. Goemaat     leslie.goemaat@usdoj.gov, Mariela.Andrade@usdoj.gov, USADC.CriminalDocket@usdoj.gov, USADC.ECF.Fraud2@usdoj.gov

**1:21-cr-00120-KBJ-1 Notice will be delivered by other means to::**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.