Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.  Criminal No.   21-120   (RCL)

SCOTT KEVIN FAIRLAMB  Category   B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __4/9/2021__ from __Judge Ketanji Brown Jackson__ to __Judge Royce C. Lamberth__ by direction of the Calendar Committee.

(Case Transferred by Consent)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:  Judge Ketanji Brown Jackson   & Courtroom Deputy
Judge Royce C. Lamberth   & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk