**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 1:21-CR-00120-RCL |
| SCOTT KEVIN FAIRLAMB, | *let this be filed.*<br>*Royce C. Lamberth*<br>*U.S.D.J.  8/5/21* |
| Defendant. | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
HARLEY D. BREITE**

Pursuant to Local Criminal Rule 44.1 & (d) of the Rules of the United States District Court for the District of Columbia, I, Alex Cirocco, a member of the bar of this court, respectfully move for the admission *pro hac vice* of Harley D. Breite, Esq., 562 Black Oak Ridge Road, Wayne, New Jersey 07470, telephone number 973-872-0604, email: harleydbreite@aol.com, for purposes of appearance as co-counsel on behalf of Defendant, Scott Kevin Fairlamb, in the above-styled case only. In support thereof, the Declaration of Harley D. Breite is attached pursuant to Local Criminal Rule 44.1(d).

Dated: August 4, 2021              Respectfully Submitted,

s/ Alex Cirocco
Alex Cirocco, Esq.
Admitted To District Court of DC: 07/08/21
New Jersey Bar No. 196662017
600 Getty Avenue, Suite 305
Clifton, N.J. 07011
Tel: 973-519-3633
Email: alex@ciroccolaw.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to all counsel of record.

This 5th day of August, 2021

Respectfully Submitted,

s/ Alex Cirocco

Alex Cirocco, Esq.
Admitted To District Court of DC: 07/08/21
New Jersey Bar No. 196662017
600 Getty Avenue, Suite 305
Clifton, N.J. 07011
Telephone: 973-519-3633
Email: alex@ciroccolaw.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT KEVIN FAIRLAMB,

    Defendant.

1:21-CR-00120-RCL

**DECLARATION OF HARLEY D. BREITE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

In accordance with Local Criminal Rule 44.1(d) of the Rules of the United States District Court for the District of Columbia, I, Harley D. Breite, declare the following:

1. My full name is Harley D. Breite.

2. My office address is 562 Black Oak Ridge Road, Wayne, New Jersey, telephone: 973-872-0604.

3. I am admitted to practice in the State of New Jersey, State of New York, the United States 3rd Circuit Court of Appeals, United States District Court of New Jersey, Southern District of New York, Manhattan, Eastern District of New York, Brooklyn and Northern District of New York, Albany and am a member in good standing of those bars.

4. I certify I have never been disciplined by any bar.

5. I have never been admitted to *pro hac vice* in this Court.

6. An application for my admission to the bar of the United States District

Court for the District of Columbia is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 4, 2021        Respectfully Submitted,

s/ [signature]
Harley D. Breite
Law Office of Harley D. Breite
562 Black Oak Ridge Road
Wayne, N.J. 07470
Telephone: 973-872-0604
Fax: 973-305-9112
Email: harleydbreite@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | 1:21-CR-00120-RCL |
| SCOTT KEVIN FAIRLAMB, : | |
| Defendant. : | |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Harley D. Breite, it is hereby ORDERED that the Motion is GRANTED. Harley D. Breite is admitted *pro hac vice* and may appear on behalf of Defendant Scott Kevin Fairlamb in the above-captioned matter.

Dated:_____, 2021

_____
Judge Royce C. Lamberth