UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT KEVIN FAIRLAMB,

    Defendant.

1:21-CR-00120-RCL

[~~PROPOSED~~] ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Harley D. Breite, it is hereby ORDERED that the Motion is GRANTED. Harley D. Breite is admitted *pro hac vice* and may appear on behalf of Defendant Scott Kevin Fairlamb in the above-captioned matter.

Dated: 8/5, 2021

_____
Judge Royce C. Lamberth