AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States of America
)
Plaintiff
)
v.
)   Case No. 1:21-CR-00120-RCL
Scott Kevin Fairlamb
)
Defendant
)

*let this be filed.*
*Royce C. Lamberth*
*8/6/21*

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Scott Kevin Fairlamb

Date: 08/06/21

_____
Attorney's signature

Harley Breite - NJ-011031994
Printed name and bar number

562 Black Oak Ridge Rd.
Wayne, N.J. 07470
Address

harleydbreite@aol.com
E-mail address

973-872-0604
Telephone number

973-305-9112
FAX number