

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 23, 2021

THE LAW OFFICE OF HARLEY D. BREITE
562 Black Oak Ridge Road
Wayne, N.J. 07470
harleydbreite@aol.com

**BY EMAIL**

      Re:    *United States v. Scott Kevin Fairlamb, Volume 2 of Informal Discovery*
              Case No. 21-cr-00120-RCL

Dear Counsel:

    Please find enclosed Volume 2 of Preliminary Discovery in this matter, which is a USAFx file that contains the following documents:

266O-NK-3347256_0000062_1A0000010_0000008.mp4
266O-NK-3347256_0000062_1A0000010_0000009.jpg
266O-NK-3347256_0000062_1A0000010_0000010.PNG
266O-NK-3347256_0000062_1A0000010_0000011.jpg
266O-NK-3347256_0000062_1A0000010_0000012.jpg
266O-NK-3347256_0000062_1A0000010_0000013.mp4
266O-NK-3347256_0000062_1A0000011_0000001.mov
266O-NK-3347256_0000062_1A0000012_0000001.pdf
266O-NK-3347256_0000062_1A0000013_0000001.pdf
266O-NK-3347256_0000063.pdf
266O-NK-3347256_0000057.pdf
266O-NK-3347256_0000058.pdf
266O-NK-3347256_0000059.pdf
266O-NK-3347256_0000059_1A0009654_0000001REDACTED.pdf
266O-NK-3347256_0000061.pdf
266O-NK-3347256_0000061_1A0000015_0000001.pdf
266O-NK-3347256_0000062.pdf

266O-NK-3347256_0000062_1A0000009_0000001.jpg
266O-NK-3347256_0000062_1A0000009_0000002.jpg
266O-NK-3347256_0000062_1A0000010_0000001.mp4
266O-NK-3347256_0000062_1A0000010_0000002.jpg
266O-NK-3347256_0000062_1A0000010_0000003.jpg
266O-NK-3347256_0000062_1A0000010_0000004.mp4
266O-NK-3347256_0000062_1A0000010_0000005.jpg
266O-NK-3347256_0000062_1A0000010_0000006.mp4
266O-NK-3347256_0000062_1A0000010_0000007.jpg

Additionally, this volume includes an **executable Cellebrite reader** with materials seized from you client's cell phone.

This material is subject to the terms of the Protective Order issued in this case, Doc No. 27. If you have any questions as to whether certain material is covered by the terms of the protective order, please contact me prior to providing copies to your client.

Sincerely,

*/s/ Leslie A. Goemaat*
Leslie A. Goemaat
Gauri Gopal
Assistant United States Attorneys
U.S. Attorney's Office for the
District of Columbia