UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 21-cr-120-RCL |
| v. | : | |
| | : | |
| SCOTT KEVIN FAIRLAMB | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING OF VIDEO SENTENCING EXHIBITS

The United States of America hereby provides notice that it submitted the following video exhibits to the Government's Sentencing Memorandum by email to Chambers in the above-captioned matter:

- Exhibit 1 – Video of Fairlamb on scaffolding
- Exhibit 2 – Fairlamb Instagram video on scaffolding
- Exhibit 3 – Fairlamb Facebook video with police baton
- Exhibit 4 – Capitol CCV of Senate Wing Door
- Exhibit 5 – Clip from "Cop Vs The American People!!"
- Exhibit 6 – Body worn camera video
- Exhibit 7 – Video of Fairlamb seized from cell phone

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By: *Leslie A. Goemaat*

LESLIE A. GOEMAAT
MA Bar No. 676695
Assistant United States Attorney
Fraud Section
U.S. Attorney's Office
555 4th Street, N.W., Room 5840

Washington, D.C.  20530
Office: 202-803-1608
Leslie.Goemaat@usdoj.gov