AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-CR-120 (RCL) |
| SCOTT KEVIN FAIRLAMB | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Scott Kevin Fairlamb .

Date: 11/24/2021

/s/ Blerina Jasari
*Attorney's signature*

Blerina Jasari, Bar ID: 888314723
*Printed name and bar number*

1050 Connecticut Ave
Suite 500
Washington, D.C. 20036

*Address*

bjasari@dennisboylelegal.com
*E-mail address*

(202) 430-1900
*Telephone number*

*FAX number*