# United States District Court for the District of Columbia

UNITED STATES OF AMERICA  )
)
vs.  )  Criminal No. 21-CR-120 (RCL)
)
SCOTT KEVIN FAIRLAMB  )

## NOTICE OF APPEAL

Name and address of appellant:   Scott Kevin Fairlamb
Correctional Treatment Facility
1901 E St SE
Washington, DC 20003

Name and address of appellant's attorney:   Dennis Boyle, Esq.
Blerina Jasari, Esq.
1050 Connecticut Ave, NW, Suite 500
Washington, DC 20036

Offense:   Obstruction of an Official Proceeding and Aiding and Abetting; Assaulting, Resisting or Impeding Certain Officers.

Concise statement of judgment or order, giving date, and any sentence:

Defendant Fairlamb plead guilty and was sentenced to 41 months to be served concurrently as to counts 2 and 3 of the Superseding Indictment, with credit for time served, on November 10, 2021 [ECF 57].

Name and institution where now confined, if not on bail:   Correctional Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

November 24, 2021                                   /s/ Scott K. Fairlamb
DATE                                                APPELLANT
                                                    /s/ Dennis E. Boyle
                                                    ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE  ☐
PAID USDC FEE  ☐
PAID USCA FEE  ☐

Does counsel wish to appear on appeal?                    YES ☑   NO ☐
Has counsel ordered transcripts?                          YES ☐   NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☑   NO ☐