APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00120−RCL</u> All Defendants

Case title: USA v. FAIRLAMB

Magistrate judge case number:  1:21−mj−00140−RMM

Date Filed: 02/12/2021

Assigned to: Judge Royce C. Lamberth

**<u>Defendant (1)</u>**

**SCOTT KEVIN FAIRLAMB**          represented by   **Alex Cirocco**
LAW OFFICES OF ALEX CIROCCO
600 Getty Avenue
Suite 305
Clifton, NJ 07011
973−327−9995
Email: alex@ciroccolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Dennis E. Boyle**
1050 Connecticut Ave
Suite 500
20036
Washington, DC 20036
202−430−1900
Email: dboyle@dennisboylelegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harley Breite**
562 Black Oak Ridge Road
Wayne, NJ 07470
(973) 872−0604
Fax: (973) 305−9112
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Blerina Jasari**
1050 Connecticut Ave
Suite 500
20036
Washington, DC 20036

202–293–5555
Email: bjasari@dennisboylelegal.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder (1) | Dismissed |
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder (1s) | Dismissed |
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2) | Dismissed |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2s) | Defendant sentenced to the custody of the Bureau of Prisons for a term of 41 months to be served concurrently as to Counts 2s and 3s, with credit for time served. The Defendant is further sentenced to serve 36 months to be served concurrently, as to Counts 2s and 3s and to pay a $200 special assessment. |
| 18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (3) | Dismissed |
| 18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (3s) | Defendant sentenced to the custody of the Bureau of Prisons for a term of 41 months to be served concurrently as to Counts 2s and 3s, with credit for time served. The Defendant is further sentenced to serve 36 months to be served concurrently, as to Counts 2s and 3s and to pay a $200 special assessment. |
| 18 U.S.C. 1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon (4) | Dismissed |
| 18:1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | Dismissed |

(4s)

| | |
|---|---|
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (5) | Dismissed |
| 18:1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon (5s) | Dismissed |
| 18 U.S.C. 1752(a)(3); TEMPORARY RESIDENCE OF THE PRESIDENT; Impeding Ingress and Egress in a Restricted Building or Grounds (6) | Dismissed |
| 18:1752(a)(3); TEMPORARY RESIDENCE OF THE PRESIDENT; Impeding Ingress and Egress in a Restricted Building or Grounds (6s) | Dismissed |
| 18 U.S.C. 1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds (7) | Dismissed |
| 18:1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds (7s) | Dismissed |
| 40 U.S.C. 5104(e)(2)(D); FEDERAL STATUTES, OTHER; Disorderly Conduct in a Capitol Building (8) | Dismissed |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (8s) | Dismissed |
| 40 U.S.C. 5104(e)(2)(E); FEDERAL STATUTES, OTHER; Impeding Passage Through the Capitol Grounds or Buildings (9) | Dismissed |
| | Dismissed |

40:5104(e)(2)(E); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Impeding Passage
Through the Capitol Grounds or Buildings
(9s)

40 U.S.C. 5104(e)(2)(F); FEDERAL
STATUTES, OTHER; Act of Physical
Violence in the Capitol Grounds or                    Dismissed
Building
(10)

40:5104(e)(2)(F); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Act of Physical
Violence in the Capitol Grounds or                    Dismissed
Building
(10s)

40 U.S.C. 5104(e)(2)(G); FEDERAL
STATUTES, OTHER; Parading,
Demonstrating, or Picketing in a Capitol              Dismissed
Building
(11)

40:5104(e)(2)(G); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Parading,
Demonstrating, or Picketing in a Capitol              Dismissed
Building
(11s)

40 U.S.C. 5104(d); FEDERAL
STATUTES, OTHER; Stepping,
Climbing, Removing, or Injuring Property              Dismissed
on the Capital Grounds
(12)

40:5104(d); VIOLENT ENTRY AND
DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Stepping,
Climbing, Removing, or Injuring Property              Dismissed
on the Capitol Grounds
(12s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                    **Disposition**

COMPLAINT in Violation of
18:231(a)(3), 18:111(a)(1),
18:1752(a)(1)–(4), 18:1752(b)(1)(A) and
40:5104(e)(2)

---

**Plaintiff**

USA                                         represented by   **Leslie A. Goemaat**
                                                            U.S. ATTORNEY'S OFFICE
                                                            555 4th St. NW
                                                            Washington, DC 20530
                                                            202–803–1608
                                                            Email: leslie.goemaat@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/21/2021 | 1 | | SEALED COMPLAINT as to SCOTT KEVIN FAIRLAMB (1). (Attachments: # 1 Affidavit in Support) (zstd) [1:21–mj–00140–RMM] (Entered: 01/21/2021) |
| 01/21/2021 | 3 | | MOTION to Seal Case by USA as to SCOTT KEVIN FAIRLAMB. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21–mj–00140–RMM] (Entered: 01/21/2021) |
| 01/21/2021 | 4 | | ORDER granting 3 Motion to Seal Case as to SCOTT KEVIN FAIRLAMB (1). Signed by Magistrate Judge Robin M. Meriweather on 1/21/2021. (zstd) [1:21–mj–00140–RMM] (Entered: 01/21/2021) |
| 01/22/2021 | 5 | | ORDER, as to SCOTT KEVIN FAIRLAMB, GRANTING the government's 7 Motion to Stay. Signed by Chief Judge Beryl A. Howell on January 22, 2021. (lcbah4) Modified to add linkage on 1/22/2021 (ztg). [1:21–mj–00140–RMM] (Entered: 01/22/2021) |
| 01/22/2021 | 6 | | ORDER, as to SCOTT KEVIN FAIRLAMB, GRANTING the government's 8 Motion to Transport. Signed by Chief Judge Beryl A. Howell on January 22, 2021. (lcbah4) Modified to add linkage on 1/22/2021 (ztg). [1:21–mj–00140–RMM] (Entered: 01/22/2021) |
| 01/22/2021 | 7 | | MOTION for Emergency Stay and for Review and Appeal of Release Order by USA as to SCOTT KEVIN FAIRLAMB. (ztg) [1:21–mj–00140–RMM] (Entered: 01/22/2021) |
| 01/22/2021 | 8 | | MOTION for Transport Order by USA as to SCOTT KEVIN FAIRLAMB. (ztg) [1:21–mj–00140–RMM] (Entered: 01/22/2021) |
| 01/22/2021 | 9 | | ENTERED IN ERROR as a duplicate entry .....ORDER granting 7 Motion to Stay and for Review and Appeal of a Release Order as to SCOTT KEVIN |

| | | | |
|---|---|---|---|
| | | | FAIRLAMB. Signed by Chief Judge Beryl A. Howell on 1/22/2021. (ztg) Modified on 1/22/2021 (ztg). [1:21−mj−00140−RMM] (Entered: 01/22/2021) |
| 01/22/2021 | 10 | | ENTERED IN ERROR as a duplicate entry .....ORDER granting 8 Motion for Transport Order as to SCOTT KEVIN FAIRLAMB. Signed by Chief Judge Beryl A. Howell on 1/22/2021. (ztg) Modified on 1/22/2021 (ztg). [1:21−mj−00140−RMM] (Entered: 01/22/2021) |
| 01/22/2021 | 16 | | Rule 5(c)(3) Documents Received as to SCOTT KEVIN FAIRLAMB from U.S. District Court for the District of New Jersey Case Number 2:21−mj−12058−JBC (zltp) (Entered: 02/19/2021) |
| 01/22/2021 | | | Arrest of SCOTT KEVIN FAIRLAMB in U.S. District for the District of New Jersey. (zltp) (Entered: 02/19/2021) |
| 01/23/2021 | 11 | | MOTION to Unseal Case by USA as to SCOTT KEVIN FAIRLAMB. (Attachments: # 1 Text of Proposed Order)(bb) [1:21−mj−00140−RMM] (Entered: 01/25/2021) |
| 01/25/2021 | | | MINUTE ORDER granting 11 Motion to Unseal Case as to SCOTT KEVIN FAIRLAMB. Upon consideration of the government's Motion to Unseal Case, it is hereby ORDERED that this case be unsealed and entered on the public docket. Signed by Chief Judge Beryl A. Howell on 1/25/2021. (ztg) [1:21−mj−00140−RMM] (Entered: 01/25/2021) |
| 01/25/2021 | | | Case unsealed by Chief Judge Beryl A. Howell as to SCOTT KEVIN FAIRLAMB. (zhsj) [1:21−mj−00140−RMM] (Entered: 01/25/2021) |
| 02/05/2021 | 12 | | NOTICE OF ATTORNEY APPEARANCE Andrew Talis Floyd appearing for USA. (Floyd, Andrew) [1:21−mj−00140−RMM] (Entered: 02/05/2021) |
| 02/09/2021 | 13 | | NOTICE OF ATTORNEY APPEARANCE Leslie Goemaat appearing for USA. (Goemaat, Leslie) [1:21−mj−00140−RMM] (Entered: 02/09/2021) |
| 02/12/2021 | 14 | | INDICTMENT as to SCOTT KEVIN FAIRLAMB (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12. (zltp) (Entered: 02/18/2021) |
| 03/15/2021 | | | MINUTE ORDER as to SCOTT KEVIN FAIRLAMB. It is hereby ORDERED that the Government shall file its brief in support of its detention appeal on or before 3/18/2021, and Defendant shall file his response on or before 3/23/2021. Signed by Judge Ketanji Brown Jackson on 3/15/2021. (jag) (Entered: 03/15/2021) |
| 03/15/2021 | 17 | | Unopposed MOTION for Protective Order by USA as to SCOTT KEVIN FAIRLAMB. (Attachments: # 1 Text of Proposed Order)(Goemaat, Leslie) (Entered: 03/15/2021) |
| 03/17/2021 | 18 | | MEMORANDUM in Support of Pretrial Detention by USA as to SCOTT KEVIN FAIRLAMB (Goemaat, Leslie) (Entered: 03/17/2021) |
| 03/17/2021 | 19 | | NOTICE *of Filing of Video Detention Exhibits to Government's Memorandum in Support of Detention* by USA as to SCOTT KEVIN FAIRLAMB (Goemaat, Leslie) (Entered: 03/17/2021) |
| 03/22/2021 | 20 | | Joint MOTION to Modify *Deadline for Defendant's Response to Government's Memorandum in Support of Detention* by USA as to SCOTT KEVIN FAIRLAMB. (Goemaat, Leslie) (Entered: 03/22/2021) |

| 03/24/2021 | | | MINUTE ORDER granting 20 Motion to Modify Deadline for Defendant's Response to Government's Memorandum in Support of Detention, nunc pro tunc, as to SCOTT KEVIN FAIRLAMB (1). It is hereby ORDERED that Defendant shall respond to the Government's detention filing on or before 3/30/2021. Signed by Judge Ketanji Brown Jackson on 3/24/2021. (jag) (Entered: 03/24/2021) |
|---|---|---|---|
| 03/30/2021 | 21 | | MOTION for Hearing *Setting Status Hearing for Ascertainment of Counsel* by USA as to SCOTT KEVIN FAIRLAMB. (Goemaat, Leslie) Modified event title on 4/1/2021 (znmw). (Entered: 03/30/2021) |
| 03/31/2021 | | | MINUTE ORDER granting 21 Motion for Order Scheduling a Status Conference as to SCOTT KEVIN FAIRLAMB (1). It is hereby ORDERED that a VTC Status Conference is set for 4/8/2021 at 02:30 PM before Judge Ketanji Brown Jackson. Signed by Judge Ketanji Brown Jackson on 3/31/2021. (jag) (Entered: 03/31/2021) |
| 04/02/2021 | 22 | | LETTER by SCOTT KEVIN FAIRLAMB "Let this be filed as a "Letter in Response to the Court Informing Counsel Who Has Yet to Enter an Appearance of a Status Conference" by Judge Ketanji Brown Jackson on 4/2/2021. (bb) (Entered: 04/02/2021) |
| 04/07/2021 | 23 | | SUPERSEDING INDICTMENT as to SCOTT KEVIN FAIRLAMB (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s, 12s. (bb) (Entered: 04/08/2021) |
| 04/08/2021 | | | MINUTE ORDER as to SCOTT KEVIN FAIRLAMB. The Court previously advised the attorney who purports to represent the defendant in this matter to file the necessary paperwork to be admitted to the Bar of this Court, either pro hac or as a full member, prior to the Status Conference that is scheduled for 4/8/2021 at 2:30 PM. Because the Court has not received any confirmation of admission, the defendant is without official representation at this time, and it is therefore hereby ORDERED that the Status Conference set for 4/8/2021 is VACATED and will be reset at a later date. Signed by Judge Ketanji Brown Jackson on 4/8/2021. (jag) (Entered: 04/08/2021) |
| 04/09/2021 | 25 | | Case as to SCOTT KEVIN FAIRLAMB directly reassigned to Judge Royce C. Lamberth with consent. Judge Ketanji Brown Jackson is no longer assigned to the case. (rj) (Entered: 04/09/2021) |
| 04/09/2021 | | | MINUTE ORDER Any filing in opposition to the government's detention memorandum shall be filed by 5:00 PM on 4/12/2021. Arraignment and Detention Hearing set for 4/13/2021 at 11:00 AM by videoconference before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 4/9/2021. (lcrcl2) (Entered: 04/09/2021) |
| 04/12/2021 | | | MINUTE ORDER Arraignment and Detention Hearing reset for 4/13/2021 at 11:45 AM by videoconference before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 4/12/2021. (lcrcl2) (Entered: 04/12/2021) |
| 04/13/2021 | | | Minute Entry for video Arraignment held before Judge Royce C. Lamberth as to SCOTT KEVIN FAIRLAMB on 4/13/2021. Defendant's oral motion to continue the Detention Hearing is GRANTED. Detention Hearing reset for 4/23/2021 at 2:00 PM in by VTC before Judge Royce C. Lamberth. Defendant arraigned on Counts 1s through 12s of the superseding Indictment. The Defendant enters a |

| | | | |
|---|---|---|---|
| | | | Plea of Not Guilty as to all counts and waives the formal reading of the indictment. Bond Status of Defendant: remains committed; Court Reporter: Nancy Meyer; Defense Attorney: Harley Breite; US Attorney: Leslie A. Goemaat. (lsj) (Entered: 04/13/2021) |
| 04/13/2021 | 26 | | Unopposed MOTION for Order to Disclose 6(e) and Sealed Materials *in Discovery* by USA as to SCOTT KEVIN FAIRLAMB. (Goemaat, Leslie) Modified relief on 4/21/2021 (znmw). (Entered: 04/13/2021) |
| 04/14/2021 | 27 | | ORDER granting 17 Motion for Protective Order as to SCOTT KEVIN FAIRLAMB (1). Signed by Judge Royce C. Lamberth on 4/14/2021. (lcrcl2) (Entered: 04/14/2021) |
| 04/14/2021 | 28 | | ORDER granting 26 Motion for order authorizing disclosure under Fed. R. Crim. P. 6(e) as to SCOTT KEVIN FAIRLAMB (1). Signed by Judge Royce C. Lamberth on 4/14/2021. (lcrlc2) (Entered: 04/14/2021) |
| 04/14/2021 | 29 | | NOTICE *of Filing (First Preliminary Discovery Letter)* by USA as to SCOTT KEVIN FAIRLAMB (Attachments: # 1 Preliminary Discovery Letter – Volume 1)(Goemaat, Leslie) (Entered: 04/14/2021) |
| 04/21/2021 | 30 | | Memorandum in Opposition by SCOTT KEVIN FAIRLAMB re 18 Memorandum in Support of Pretrial Detention. "Let this be filed." Signed by Judge Royce C. Lamberth on 4/21/21. (bb) Modified docket text and dat filed on 5/10/2021 (znmw). (Entered: 04/22/2021) |
| 04/23/2021 | | | Minute Entry for proceedings held before Judge Royce C. Lamberth:Detention Hearing as to SCOTT KEVIN FAIRLAMB (1) held on 4/23/2021. Oral arguments heard in re of 7 MOTION for Emergency Stay and for Review and Appeal of Release Order by USA. Motion is GRANTED for the reasons stated in the forthcoming Memorandum Opinion. Defendant to remain COMMITTED. The Court also finds that the period from April 13, 2021 through June 23, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). Excludable started as to SCOTT KEVIN FAIRLAMB (1). A further Status Conference is set for 6/23/2021 at 02:00 PM in Telephonic/VTC before Judge Royce C. Lamberth. Memorandum Opinion forthcoming. Bond Status of Defendant: remains COMMITTED/appeared via video; Court Reporter: Jan Dickman; Defense Attorney: Harley Breite; US Attorney: Leslie Goemaat and Gauri Gopal; Pretrial Officer: Andre Sidbury. (nbn) (Entered: 04/23/2021) |
| 04/23/2021 | | | Set/Reset Hearings as to SCOTT KEVIN FAIRLAMB:Status Conference set for 6/23/2021 at 02:00 PM in Telephonic/VTC before Judge Royce C. Lamberth. (nbn) (Entered: 04/23/2021) |
| 04/23/2021 | | | Bond Set/Reset as to SCOTT KEVIN FAIRLAMB (1) HELD WITHOUT BOND (HWOB). (nbn) (Entered: 04/23/2021) |
| 04/26/2021 | 31 | | MEMORANDUM OPINION as to SCOTT KEVIN FAIRLAMB. Signed by Judge Royce C. Lamberth on 4/26/2021. (lcrcl2) (Entered: 04/26/2021) |
| 04/26/2021 | 32 | | ORDER OF PRETRIAL DETENTION – Held Without Bond as to SCOTT KEVIN FAIRLAMB. Signed by Judge Royce C. Lamberth on 4/26/2021. (lcrcl2) (Entered: 04/26/2021) |
| 05/04/2021 | 33 | | TRANSCRIPT OF PROCEEDINGS in case as to SCOTT KEVIN FAIRLAMB before Judge Royce C. Lamberth held on April 23, 2021; Page Numbers: 1–30. |

| | | |
|---|---|---|
| | | Date of Issuance:May 4, 2021. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/25/2021. Redacted Transcript Deadline set for 6/4/2021. Release of Transcript Restriction set for 8/2/2021.(Dickman, Janice) (Entered: 05/04/2021) |
| 05/10/2021 | <u>34</u> | NOTICE of Filing *(First Discovery Letter)* by USA as to SCOTT KEVIN FAIRLAMB (Attachments: # <u>1</u> Discovery Letter Volume 1)(Goemaat, Leslie) (Entered: 05/10/2021) |
| 06/23/2021 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Status Conference as to SCOTT KEVIN FAIRLAMB (1) held on 6/23/2021. The Court finds that the period from June 23, 2021 through August 23, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). Excludable started as to SCOTT KEVIN FAIRLAMB (1). Status Conference set for 8/23/2021 at 11:00 AM in Telephonic/VTC before Judge Royce C. Lamberth. Bond Status of Defendant: remains COMMITTED/appeared via video; Court Reporter: Lisa Bankins; Defense Attorney: Harley Breite; US Attorney: Leslie Goemaat. (nbn) (Entered: 06/23/2021) |
| 07/13/2021 | <u>35</u> | NOTICE of Filing of Discovery Letter by USA as to SCOTT KEVIN FAIRLAMB (Attachments: # <u>1</u> Discovery Letter, Volume 2 of Fast Track Discovery)(Goemaat, Leslie) (Entered: 07/13/2021) |
| 08/03/2021 | | MINUTE ORDER as to SCOTT KEVIN FAIRLAMB: The Status Conference set for 8/23/2021 is hereby VACATED and a Plea Agreement Hearing is set for 8/6/2021 at 01:00 PM by VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 08/03/2021. (lcrcl2) (Entered: 08/03/2021) |
| 08/04/2021 | | Terminate Deadlines and Hearings as to SCOTT KEVIN FAIRLAMB (lsj) (Entered: 08/04/2021) |
| 08/05/2021 | | Payment for <u>36</u> MOTION to Appear Pro Hac Vice by SCOTT KEVIN FAIRLAMB. ($100; Receipt number ADCDC−8647871) (Cirocco, Alex) Modified link on 8/5/2021 (bb). (Entered: 08/05/2021) |
| 08/05/2021 | <u>36</u> | MOTION for Leave to Appear Pro Hac Vice (Harley D. Breite) by SCOTT KEVIN FAIRLAMB. Fee Status: Fee Paid. "Let this be filed. Signed by Royce |

| | | | |
|---|---|---|---|
| | | | C. Lamberth, U.S.D.J. on 8/5/21". (zlsj) (Entered: 08/05/2021) |
| 08/05/2021 | | | Payment for Defendant's Motion 36 for Leave to Appear Pro Hac Vice (Harley D. Breite) by SCOTT KEVIN FAIRLAMB. Fee Status: Fee Paid ($100) (lsj) (Entered: 08/05/2021) |
| 08/05/2021 | 37 | | ORDER granting Defendant's Motion 36 for Leave to Appear Pro Hac Vice as to SCOTT KEVIN FAIRLAMB. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a). Click for Instructions** Signed by Judge Royce C. Lamberth on 8/5/21. (lsj) (Entered: 08/05/2021) |
| 08/06/2021 | | | Minute Entry for video Plea Agreement Hearing held before Judge Royce C. Lamberth as to SCOTT KEVIN FAIRLAMB on 8/6/2021. Defendant consents to proceed by video and sworn. Defendant enters a Plea of Guilty as to Counts 2s and 3s. The Court accepts the Plea and the Defendant is found Guilty. Presentence investigation report ordered. Sentencing Memorandum due by 9/20/2021. Sentencing set for 9/27/2021 at 11:00 AM by VTC before Judge Royce C. Lamberth. Bond Status of Defendant: remains committed. Court Reporter: Lisa Bankins. Defense Attorney: Harley Breite; US Attorneys: Leslie Goemaat and Gauri Gopal. (lsj) (Entered: 08/06/2021) |
| 08/06/2021 | 38 | | PLEA AGREEMENT as to SCOTT KEVIN FAIRLAMB. "Let this be filed with signed defendant signatures. Royce C. Lamberth, U.S.D.J on 8/6/21." (Attachment: Defendant's signature) (lsj) (Entered: 08/06/2021) |
| 08/06/2021 | 39 | | STATEMENT OF OFFENSE by USA and SCOTT KEVIN FAIRLAMB. "Let this be filed with signed defendant signatures. Royce C. Lamberth, U.S.D.J on 8/6/21." (Attachment: Defendant's signature) (lsj) (Entered: 08/06/2021) |
| 08/06/2021 | 40 | | WAIVER of Trial by Jury as to SCOTT KEVIN FAIRLAMB. Approved by Judge Royce C. Lamberth on 8/6/21. "Let this be filed with signed defendant signatures. Royce C. Lamberth, U.S.D.J on 8/6/21." (Attachment: Defendant's signature) (lsj) (Entered: 08/06/2021) |
| 08/06/2021 | 41 | | NOTICE OF ATTORNEY APPEARANCE: Harley Breite appearing for SCOTT KEVIN FAIRLAMB. " Let this be filed" by Judge Royce C. Lamberth on 8/6/2021 (bb) Modified text on 8/9/2021 (bb). (Entered: 08/09/2021) |
| 08/10/2021 | | | MINUTE ORDER as to SCOTT KEVIN FAIRLAMB: To provide the Probation Office with adequate time to complete the presentence investigation report, the Sentencing set for 9/27/2021 is vacated and reset for 11/10/2021 at 11:00 AM by VTC before Judge Royce C. Lamberth. Sentencing Memorandum are now due by 11/3/2021. Signed by Judge Royce C. Lamberth on 8/10/21. (lsj) (Entered: 08/10/2021) |
| 09/24/2021 | 42 | | NOTICE *of Filing of Discovery Status Memoranda* by USA as to SCOTT KEVIN FAIRLAMB (Attachments: # 1 Status of Capitol Breach Discovery as of July 12, 2021, # 2 Status of Capitol Breach Discovery as of August 23, 2021, # 3 Status of Capitol Breach Discovery as of September 14, 2021)(Goemaat, Leslie) (Entered: 09/24/2021) |
| 09/28/2021 | 43 | | Unopposed MOTION for Protective Order *(Updated)* by USA as to SCOTT KEVIN FAIRLAMB. (Attachments: # 1 Text of Proposed Order)(Goemaat, Leslie) (Entered: 09/28/2021) |

| | | | |
|---|---|---|---|
| 09/28/2021 | 44 | | NOTICE *of Filing of Discovery Letters* by USA as to SCOTT KEVIN FAIRLAMB (Attachments: # 1 Volume 2 of Informal Discovery (September 23, 2021), # 2 Volume 3 of Informal Discovery (September 28, 2021))(Goemaat, Leslie) (Entered: 09/28/2021) |
| 10/01/2021 | 45 | | ORDER granting 43 Motion for Protective Order as to SCOTT KEVIN FAIRLAMB. Signed by Judge Royce C. Lamberth on 10/1/2021. (Attachments: # 1 Defendant's Acceptance) (lcrcl2) (Entered: 10/01/2021) |
| 10/21/2021 | 47 | | PRETRIAL MEMORANDUM *Regarding the Status of Capitol Breach Discovery as of October 21, 2021* by USA as to SCOTT KEVIN FAIRLAMB (Goemaat, Leslie) (Entered: 10/21/2021) |
| 11/03/2021 | 50 | | SENTENCING MEMORANDUM by USA as to SCOTT KEVIN FAIRLAMB (Goemaat, Leslie) (Entered: 11/03/2021) |
| 11/03/2021 | 51 | | NOTICE *of Submission of Video Exhibits* by USA as to SCOTT KEVIN FAIRLAMB re 50 Sentencing Memorandum (Goemaat, Leslie) (Entered: 11/03/2021) |
| 11/08/2021 | 53 | | NOTICE *of Filing of Memorandum Regarding the Status of Capitol Breach Discovery as of November 5, 2021* by USA as to SCOTT KEVIN FAIRLAMB (Goemaat, Leslie) (Entered: 11/08/2021) |
| 11/08/2021 | 54 | | Defendant's SENTENCING MEMORANDUM by SCOTT KEVIN FAIRLAMB. "Let this be filed" by Judge Royce C. Lamberth on 11/8/2021. (bb) (Entered: 11/08/2021) |
| 11/09/2021 | | | MINUTE ORDER as to SCOTT KEVIN FAIRLAMB: Sentencing reset (IN PERSON) for 11/10/2021 at 11:00 AM in Courtroom 16 before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 11/9/2021. (lcrcl2) (Entered: 11/09/2021) |
| 11/10/2021 | | | Minute Entry for Sentencing held before Judge Royce C. Lamberth as to SCOTT KEVIN FAIRLAMB on 10/2021. It is the judgment of the Court that the Defendant is sentenced to the custody of the Bureau of Prisons for a term of 41 months to be served concurrently as to Counts 2s and 3s, with credit for time served. The Defendant is further sentenced to serve 36 months to be served concurrently, as to Counts 2s and 3s and to pay a $200 special assessment. The Government's oral motion to dismiss the remaining counts of superseding indictment and original indictment is GRANTED. Bond Status of Defendant: remains committed. Court Reporter: Cathryn Jones. Defense Attorney: Harley Breite; US Attorney: Leslie A. Goemaat; Prob Officer: Hana Field. (lsj) Modified on 11/10/2021 (lsj). (Entered: 11/10/2021) |
| 11/10/2021 | 57 | | JUDGMENT as to SCOTT KEVIN FAIRLAMB. Statement of Reasons Not Included. Signed by Judge Royce C. Lamberth on 11/10/2021. (bb) (Entered: 11/19/2021) |
| 11/10/2021 | 58 | | STATEMENT OF REASONS as to SCOTT KEVIN FAIRLAMB re 57 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Royce C. Lamberth on 11/10/2021. (bb) (Entered: 11/19/2021) |
| 11/24/2021 | 59 | | NOTICE OF ATTORNEY APPEARANCE: Dennis E. Boyle appearing for SCOTT KEVIN FAIRLAMB (Boyle, Dennis) (Entered: 11/24/2021) |

| 11/24/2021 | 60 | | NOTICE OF ATTORNEY APPEARANCE: Blerina Jasari appearing for SCOTT KEVIN FAIRLAMB (Jasari, Blerina) (Entered: 11/24/2021) |
|---|---|---|---|
| 11/24/2021 | 61 | | NOTICE OF APPEAL – Final Judgment by SCOTT KEVIN FAIRLAMB re 57 Judgment. Filing fee $ 505, receipt number ADCDC−8889076. Fee Status: Fee Paid. Parties have been notified. (Boyle, Dennis) (Main Document 61 replaced on 11/24/2021) (zltp). (Entered: 11/24/2021) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA            )
                                    )
        vs.                         )        Criminal No. _21-CR-120 (RCL)_
                                    )
SCOTT KEVIN FAIRLAMB                )

## NOTICE OF APPEAL

Name and address of appellant:          Scott Kevin Fairlamb
                                        Correctional Treatment Facility
                                        1901 E St SE
                                        Washington, DC 20003


Name and address of appellant's attorney:   Dennis Boyle, Esq.
                                            Blerina Jasari, Esq.
                                            1050 Connecticut Ave, NW, Suite 500
                                            Washington, DC 20036


Offense:   Obstruction of an Official Proceeding and Aiding and Abetting; Assaulting, Resisting or Impeding Certain Officers.

Concise statement of judgment or order, giving date, and any sentence:

    Defendant Fairlamb plead guilty and was sentenced to 41 months to be served
    concurrently as to counts 2 and 3 of the Superseding Indictment, with credit for time
    served, on November 10, 2021 [ECF 57].

Name and institution where now confined, if not on bail:   Correctional Treatment Facility


       I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

| November 24, 2021 | /s/ Scott K. Fairlamb |
|---|---|
| DATE | APPELLANT |
| | /s/ Dennis E. Boyle |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE        ☐
CJA, NO FEE                 ☐
PAID USDC FEE               ☐
PAID USCA FEE               ☐
Does counsel wish to appear on appeal?                      YES ☑      NO ☐
Has counsel ordered transcripts?                            YES ☐      NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☑      NO ☐

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

### District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| SCOTT KEVIN FAIRLAMB | Case Number:  21-CR-120 (RCL) |
| | USM Number:  26840-509 |
| | Harley Breite |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   2s and 3s of Superseding Indictment

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1512(c)(2), 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 2s |
| 18 USC 111(a)(1) | Assaulting, Resisting or Impeding Certain Officers | 1/6/2021 | 3s |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)   1s, 4s-12s of the Superseding   ☐ is   ☑ are dismissed on the motion of the United States.
   Indictment and 1-12 of the Indictment filed on 2/12/2021.
   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/10/2021
Date of Imposition of Judgment

Signature of Judge

Honorable Royce C. Lamberth, U.S.D.C. Judge
Name and Title of Judge

11/10/21
Date

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page    2    of    8

DEFENDANT:    SCOTT KEVIN FAIRLAMB
CASE NUMBER:    21-CR-120 (RCL)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

41 months to be served concurrently as to Counts 2s and 3s, with credit for time served.

☑   The court makes the following recommendations to the Bureau of Prisons:

   Placement for the Defendant at a facility at or near New Jersey for the Defendant to be close to home.

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3 — Supervised Release

Judgment—Page <u>3</u> of <u>8</u>

DEFENDANT:   SCOTT KEVIN FAIRLAMB
CASE NUMBER:   21-CR-120 (RCL)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

 36 months as to Counts 2s and 3s, to be served concurrently.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
       ☐ The above drug testing condition is suspended, based on the court's determination that you
           pose a low risk of future substance abuse. *(check if applicable)*
4.   ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
          Sheet 3A — Supervised Release

| | Judgment—Page | 4 | of | 8 |
|---|---|---|---|---|

DEFENDANT:  SCOTT KEVIN FAIRLAMB
CASE NUMBER:  21-CR-120 (RCL)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                Sheet 3B — Supervised Release

Judgment—Page   5   of   8

DEFENDANT:  SCOTT KEVIN FAIRLAMB
CASE NUMBER:  21-CR-120 (RCL)

## ADDITIONAL SUPERVISED RELEASE TERMS

You shall comply with the following special conditions:

1. Restitution Obligation – You must pay the balance of any restitution owed at a rate of no less than $100 each month.

2. Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

3. Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

4. Substance Abuse Treatment -You must participate in an inpatient and/or outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

5. Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

6. Mental Health Treatment - You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

7. Social Media Restriction - You shall not access, view or use any online social media, chat services, blogs, instant messages, SMS, MMS, digital photos, video sharing websites, emails or any other interactive, online or electronic communication applications or sites without the approval of the probation officer.

8. Computer Search - You must submit your computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, to a search. You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.

9. Computer Monitoring - You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(1)) you use.

10. Computer Monitoring/Search - To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. These searches shall be conducted to determine whether the computer contains any prohibited data prior to installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.

11.Re-entry Progress Hearing - Within sixty days of release from incarceration or placement on supervision, you will appear before the Court for a re-entry progress hearing. Prior to the hearing, the probation officer will submit a report summarizing your status and compliance with release conditions. If you are supervised by a district outside of the Washington DC metropolitan area, the United States Probation Office in that district will submit a progress report to the court within 60 days of the commencement of supervision; upon receipt of the progress report, the Court will determine if your appearance is required.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3C — Supervised Release

DEFENDANT:  SCOTT KEVIN FAIRLAMB
CASE NUMBER:  21-CR-120 (RCL)

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

Restitution payments shall be made to the Clerk of the Court for the United States District Court,District of Columbia, for disbursement. SEE PAGE 7 FOR DISBURSEMENT DETAILS.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

NOTICE OF APPEAL

Pursuant to 18 USC § 3742, you have a right to appeal the sentence imposed by this Court if the period of imprisonment is longer than the statutory maximum or the sentence departs upward from the applicable Sentencing Guideline range. If you choose to appeal, you must file any appeal within 14 days after the Court enters judgment.

As defined in 28 USC § 2255, you also have the right to challenge the conviction entered or sentence imposed if new and currently unavailable information becomes available to you or, on a claim that you received ineffective assistance of counsel in entering a plea of guilty to the offense(s) of conviction or in connection with sentencing.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __7__ of __8__

DEFENDANT: SCOTT KEVIN FAIRLAMB
CASE NUMBER: 21-CR-120 (RCL)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol | $2,000.00 | $2,000.00 | |
| Office of the Chief Financial Officer | | | |
| Attn: Kathy Sherrill, CPA | | | |
| Ford House Office Building, Room H2-205 | | | |
| Washington, D.C. 20515 | | | |

SEE PAGES 5-6 FOR THE PAYMENT
SCHEDULE

| TOTALS | $ | 2,000.00 | $ | 2,000.00 |
|---|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 6 — Schedule of Payments

Judgment — Page ___8___ of ___8___

DEFENDANT: SCOTT KEVIN FAIRLAMB
CASE NUMBER: 21-CR-120 (RCL)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __200.00__ due immediately, balance due

        ☐  not later than _____ , or
        ☐  in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:

      The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, 333
      Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
      of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Case Number
Defendant and Co-Defendant Names          Total Amount          Joint and Several          Corresponding Payee,
(including defendant number)                                    Amount                     if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Alex Cirocco (alex@ciroccolaw.com), Leslie A. Goemaat
(leslie.goemaat@usdoj.gov, mariela.andrade@usdoj.gov, usadc.criminaldocket@usdoj.gov,
usadc.ecf.fraud2@usdoj.gov), Judge Royce C. Lamberth (lauren_jenkins@dcd.uscourts.gov,
nicole_bell-norwood@dcd.uscourts.gov, rcl_ecf2@dcd.uscourts.gov, rcl_ecf@dcd.uscourts.gov)
--Non Case Participants: Kyle Cheney (kcheney@politico.com), Michael Daniels
(mdaniels5757@gmail.com), Joshua A. Gerstein (jagalerts@yahoo.com), Samantha Hawkins
(wdc@courthousenews.com), KATELYN POLANTZ (katelyn.polantz@cnn.com), Lauren Russell
(russelll@ballardspahr.com), Jacqueline E. Thomsen (jathomsen@alm.com), Zoe M. Tillman
(zoe.tillman@buzzfeed.com), Marcy Wheeler (emptywheel@gmail.com), David Yaffe-Bellany
(davidyb@bloomberg.net), AUSA Document Clerk (adavis@usa.doj.gov,
carolyn.carter-mckinley@usdoj.gov, usadc.criminaldocket@usdoj.gov,
usadc.ecfhov@usdoj.gov), Pretrial Notification (psadistrictcourtgroup@psa.gov), Probation
Court Notices (dcpdb_probation_court_notices@dcp.uscourts.gov)
--No Notice Sent:

Message-Id:7432558@dcd.uscourts.gov
Subject:Activity in Case 1:21-cr-00120-RCL USA v. FAIRLAMB Sentencing
Content-Type: text/html
```

## U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 11/10/2021 at 2:18 PM EDT and filed on 11/10/2021

| | |
|---|---|
| **Case Name:** | USA v. FAIRLAMB |
| **Case Number:** | 1:21–cr–00120–RCL |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for Sentencing held before Judge Royce C. Lamberth as to SCOTT KEVIN FAIRLAMB on 10/2021. It is the judgment of the Court that the Defendant is sentenced to the custody of the Bureau of Prisons for a term of 41 months to be served concurrently as to Counts 2s and 3s, with credit for time served. The Defendant is further sentenced to serve 36 months to be served concurrently, as to Counts 2s and 3s and to pay a $200 special assessment. The Government's oral motion to dismiss the remaining counts of superseding information and indictment is GRANTED. Bond Status of Defendant: remains committed. Court Reporter: Cathryn Jones. Defense Attorney: Harley Breite; US Attorney: Leslie A. Goemaat; Prob Officer: Hana Field. (lsj)**

**1:21–cr–00120–RCL–1 Notice has been electronically mailed to:**

Leslie A. Goemaat     leslie.goemaat@usdoj.gov, Mariela.Andrade@usdoj.gov, USADC.CriminalDocket@usdoj.gov, USADC.ECF.Fraud2@usdoj.gov

Alex Cirocco     alex@ciroccolaw.com

**1:21–cr–00120–RCL–1 Notice will be delivered by other means to::**

Harley Breite
562 Black Oak Ridge Road
Wayne, NJ 07470