# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
|  | : Case No. 21-CR-120 (RCL) |
| v. | : |
| SCOTT KEVIN FAIRLAMB, | : |
| Defendant. | : |

## DEFENDANT SCOTT FAIRLAMB'S MOTION TO WITHDRAW NOTICE OF APPEAL

Defendant Scott K. Fairlamb ("Mr. Fairlamb"), by and through undersigned counsel, respectfully moves this Court to withdraw the notice of appeal which he entered on November, 24, 2021 [ECF 61]. In support thereof, Mr. Jenkins states that an appeal of his sentence is no longer necessary.

Respectfully Submitted,

*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire
Blerina Jasari, Esquire
Boyle & Jasari
1050 Connecticut Ave, Suite 500
Washington, D.C., 20036
Email: dboyle@dennisboylelegal.com
         bjasari@dennisboylelegal.com
Phone: (202) 430-1900

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2022, I electronically filed the foregoing Motion and proposed Order with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire