# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Case No. 21-CR-120 (RCL) |
| v. | : |
| | : |
| **SCOTT KEVIN FAIRLAMB,** | : |
| | : |
| **Defendant.** | : |
| | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Scott K. Fairlamb's Motion to withdraw the notice of appeal, it is

**ORDERED**, that the Motion is **GRANTED**.


Date: _____            _____
                                 Royce C. Lamberth
                                 United States Judge