# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3083**                                                    **September Term, 2021**

**1:21-cr-00120-RCL-1**

**Filed On: March 29, 2022** [1941091]

United States of America,

      Appellee

  v.

Scott Kevin Fairlamb,

      Appellant

## <u>M A N D A T E</u>

In accordance with the order of March 29, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
     Amanda Himes
     Deputy Clerk

Link to the order filed March 29, 2022