# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 21-3083**                                   **September Term, 2021**

                                                  **1:21-cr-00120-RCL-1**

                                                  **Filed On:** March 29, 2022

United States of America,

     Appellee

  v.

Scott Kevin Fairlamb,

     Appellant

## O R D E R

Upon consideration of appellant Scott Fairlamb's motion to withdraw notice of appeal, construed by the court as a motion for voluntary dismissal; and the affidavit in support thereof, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate to the district court forthwith.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                               BY:    /s/
                                           Amanda Himes
                                           Deputy Clerk