UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                    ) | Criminal No. 1:21-cr-00120 (RCL) |
| ) | |
| SCOTT KEVIN FAIRLAMB,               ) | |
| Defendant.                          ) | |

## PROPOSED ORDER

Upon consideration of the government's motion for extension of time to file its response to defendant Scott Kevin Fairlamb's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, and for good cause shown, it is this __20__ day of __Oct.__ 2022 hereby:

**ORDERED** that the motion is granted and that the government shall file its response to the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by December 13, 2022.

**SO ORDERED.**

_____
HONORABLE ROYCE C. LAMBERTH
United States District Judge