1              **IN THE UNITED STATES DISTRICT COURT**

2                **FOR THE DISTRICT OF COLUMBIA**

3    UNITED STATES OF AMERICA      .
                     Plaintiff,   .
4    vs.                          .  Docket No. CR 21-120-RCL
                                  .
5    SCOTT KEVIN FAIRLAMB         .  Washington, D.C.
                                  .  November 10, 2021
6                     Defendant.  .
     . . . . . . . . . . . . . . . .x  11:07 a.m.

7

8                    TRANSCRIPT OF SENTENCING

9      BEFORE THE HONORABLE SENIOR JUDGE ROYCE C. LAMBERTH

10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Government:  Leslie A. Goemaat, AUSA
                         **U.S. ATTORNEY'S OFFICE**
13                       **FOR THE DISTRICT OF COLUMBIA**
                         555 Fourth Street, NW
14                       Washington, DC 20530
                         (202) 803-1608
15                       Email: leslie.goematt@usdoj.gov

16
     For the Defendant:  Harley Breite, Esquire
17                       562 Black Oak Ridge Road
                         Wayne, NJ 07470
18                       (973) 872-0604

19

20   Court Reporter:  Cathryn J. Jones, RPR
                      Official Court Reporter
21                    Room 6521, U.S. District Court
                      333 Constitution Avenue, N.W.
22                    Washington, D.C. 20001

23

24   Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.

25

1                    **P R O C E E D I N G S**

2          THE DEPUTY CLERK:  Your Honor, we're on the record

3   in Criminal Case 21-120, United States of America versus

4   Scott Kevin Fairlamb.

5          Counsel, please approach the middle lectern and

6   identify yourselves for the record.

7          MS. GOEMAAT:  Good morning, Your Honor, Assistant

8   United States Attorney Leslie Goemaat on behalf of the

9   government.

10         MR. BREITE:  Good morning, Your Honor, Harley

11  Breite on behalf of the defendant, Scott Fairlamb, who's

12  present in court.

13         THE COURT:  All right.  I need to go over the

14  sentencing guidelines -- All right.  The first part of this

15  has to be the Court's determination of the guidelines, so I

16  did review the presentence report and it did appear to me

17  that what the, both counsel had agreed upon originally was

18  the correct statement of the guidelines rather than what is

19  in the report.  So that I will disagree with the probation

20  calculations that are in the report, and I will agree with

21  the counsels' recommendation as the government set it forth

22  in their, in the original plea agreement.

23         So that the guideline calculation should be the

24  criminal history category of one still, but the total

25  offense level will be 22 rather than 25.  That's because

```
 1   when you calculate the guidelines for the Count 3 assault

 2   charge and you group that with the other charge, the

 3   grouping, you do not apply the, because the obstruction

 4   charge is obstruction and official proceeding you would not

 5   apply the enhancement, that is the three additional points

 6   that the guideline has calculated by the probation office

 7   would apply.  Because this is an official proceeding that

 8   was obstructed here, so it's not a personal -- you do not

 9   enhance it for the personal conduct that's included in the

10   assault charge.

11           So that the Court's findings then would be under

12   total offense level of 22 rather than 25 and a criminal

13   history category of one.  The guideline calculations would

14   be 41 to 51 months as counsel initially calculated in the

15   presentence report.  Supervised release would be one to

16   three years, ineligible for probation, fine range would be

17   15,000 to 150,000, and the guideline range of restitution

18   would be 2,000 as agreed upon in the plea agreement, and the

19   special assessment required to be imposed by law of $100 for

20   each count.

21           So with those guideline calculations then the

22   Court would turn to the arguments of counsel in their

23   allocution of the Court's balancing of the factors under

24   3553(a).  Are there any other objections to the presentence

25   report by either side before we go to allocution then?
```

1          MS. GOEMAAT:  No, Your Honor, no objections from

2     either party.

3          THE COURT:  Okay.  Mr. Breite, that's correct?

4          MR. BREITE:  Yes, sir.

5          THE COURT:  I'll take the government's allocution

6     first then.

7          MS. GOEMAAT:  Thank you, Your Honor.  With the

8     Court's indulgence and the assistance of Ms. Jenkins, I

9     would like to play some videos during the allocution.  Thank

10    you for your patience.

11         Does the Court mind if I remove my mask?

12         THE COURT:  That's fine.

13         MS. GOEMAAT:  Thank you, Your Honor.

14         THE COURT:  I can probably hear better.

15         MS. GOEMAAT:  The government filed a sentencing

16    memorandum in this matter, and I'm happy to address any of

17    its contents, but I don't want to belabor it except to

18    highlight the most salient points from the government's

19    prospective.  And I'm going to use some of the exhibits that

20    were submitted in support of that.

21         As to the nature and circumstance of the offense

22    here the Court is by now well aware of the unprecedented

23    nature of the January 6th violent attack on the Capitol.

24    I'm going to focus today on the defendant, who must be

25    sentenced for his individual conduct, but this defendant

1  participated in an attack on our democracy that is

2  unparalleled in American history.

3          It was a grave threat to our democratic norms, one

4  of the only times in our history when the United States

5  Capitol building was literally occupied by hostile

6  participants.  By its very nature it defies comparison to

7  other events.  I'm going to start by noting the defendant's

8  own statements on that day which suggests that he came

9  prepared for violence.

10          On arriving in Washington, D.C., he put on social

11  media, "How far are you willing to go to defend our

12  Constitution?  Put up or shut up."  As he advanced upon the

13  Capitol after attending the rally, he first posed with a

14  photo -- I'm sorry, he posed for a photo with a sign stating

15  "area closed".  He is smiling and he is gesticulating with

16  his middle finger.  And this is relevant, Your Honor,

17  because as he approached far away from the Capitol on the

18  green he knew that this was a protected and restricted area.

19  And his smirk towards the camera tells the Court what he

20  thought about that.

21          When he first approached the Capitol he ascended

22  the scaffolding on the northwest terrace.  He can be seen in

23  the video, Exhibit 1, this is a still from that video.  And

24  while he was on that scaffolding he recorded his own video

25  which he posted to Instagram.  While on the scaffolding and

1   to the world on Instagram he incited the crowd screaming

2   repeatedly that he was not going to leave.

3           [Video played.]

4           MS. GOEMAAT:  From that scaffolding the defendant

5   could see the rioters fighting with police below.  Pepper

6   balls were flying through the air.  He reports that one

7   pepper ball actually struck him, but he was undeterred.  In

8   fact, he later took a photo with an undetonated pepper ball

9   in his mouth.

10          Below the scaffolding other rioters were

11  overwhelming the police line and the metal barricades.  And

12  as you can see in this photo they successfully breached the

13  police line.  This photo is from a video that is exactly 18

14  seconds prior to this defendant's crossing of the exact same

15  line.  So he comes 18 seconds after the rioters forcefully

16  succeed in pushing through the police line.  And you can see

17  in the bottom left corner that bicycle rack that has been

18  knocked over.  And at this point he obtains a collapsible

19  police baton, and he continues towards the United States

20  Capitol with that weapon.

21          He records another video at that point.  This one

22  he posts to Facebook.  And in this video he brandishes the

23  weapon that he has just obtained and he screams about

24  disarming them and storming the Capitol.

25          [Video played.]

1            MS. GOEMAAT:  The Court can perhaps see in the

2      background of this video the three cutouts.  At this point

3      the defendant is approaching the Senate Wing door, which I

4      believe to the first place where the United States Capitol

5      was breached.  At that time or just shortly thereafter other

6      rioters are breaching the United States Capitol by slamming

7      through an adjacent window using a stolen riot shield.

8      After the window is breached the first rioters enter,

9      jumping over this pile of glass.  This is a still from

10     Exhibit four.  And it's relevant, Your Honor, because it's

11     exactly 42 seconds prior to defendant Fairlamb's own entry

12     less than a minute after the door is first breached.

13            And as he enters in this next photo he can be seen

14     brandishing the collapsible police baton that he just

15     obtained.  However, the defendant does not spend very long

16     inside the Capitol.  He spends approximately two minutes.

17     He turns to the right after less than a minute.  He turns

18     around and he exits.  And actually he exits against a very

19     large crowd that's streaming in through the door.  He can be

20     seen inside the red circle on this photo.

21            After exiting the Capitol approximately ten

22     minutes later the defendant is captured both in video and

23     photographs that were obtained during this investigation

24     having an encounter with several, probably five United

25     States Capitol police officers.  In this encounter the

1    defendant has reported that he was offering them water and

2    offering to render them aid.  This assertion is largely

3    corroborated by the government's investigation.  All of

4    these officers were interviewed.  While some of them did not

5    remember the encounter, others did remember someone offering

6    them water and offering to help them leave.

7           There are several videos that do depict

8    Mr. Fairlamb, who is in this photo on the right inside the

9    red circle, leading a line of U.S. Capitol police officers

10   around the corner.  These police officers were not wearing

11   body worn camera, but I would submit the evidence largely

12   corroborates the defendant's report of what happened.

13          But this unfortunately was not the end of the day

14   for Mr. Fairlamb, because 20 minutes later he is captured on

15   additional video following a single file line of

16   dramatically outnumbered Metropolitan Police Department

17   officers as they attempt to make their way through a crowd

18   of literally thousands of rioters.  He is captured on a

19   third party bystander's video first screaming at the

20   officers that they're not American and that they don't know

21   what they're doing.

22          During this event one of the officers is separated

23   from the line and he attempts to move Mr. Fairlamb out of

24   the way.  Mr. Fairlamb responds by first shoving and then

25   punching the victim officer, Officer Z.B., in the face

1  shield.  This is all captured in Exhibit 5, and I would

2  submit to you that the assault is very swift and it's very

3  violent.

4           [Video played.]

5           MS. GOEMAAT:  This is also captured by body worn

6  camera that shows generally the same assault, but has a much

7  clearer audio stream, and the Court can hear the defendant

8  screaming at these police officers that they have no idea

9  what they're doing.

10          [Video played.]

11          MS. GOEMAAT:  I would submit to you, Your Honor,

12  that the swift, violent assault is reflective of the

13  defendant's training as an amateur MMA fighter and as a

14  boxing coach, something I will again address in history and

15  characteristics.

16              After the riot it appears that the defendant left,

17  but in the days following the riot he posted numerous things

18  to social media indicating that he celebrated the riot and

19  its purpose.  He promoted the idea that former President

20  Trump would be re-inaugurated on March 4th.  And in response

21  an Instagram user said to him, "What will happen with all

22  these unhinged liberals if this happens?"  And his answer

23  was, "War versus patriates.  They don't want that.  It's go

24  time.  Q said this word for word."  In an apparent reference

25  to the QAnon conspiracy theory.

1          Even more concerning on January 15th, FBI agents

2     attempted to interview Mr. Fairlamb regarding his

3     participation in this attack.  In an exchange with this same

4     user he stated, "I go again".  As in he would again go to

5     the Capitol, the site of the violent and deadly

6     insurrection.  On January 9th, three days after the attack,

7     the defendant filmed a chilling video where he stated, "they

8     pulled the pin on the grenade and the blackout is coming.

9     What a time to be a patriate."

10         [Video played.]

11         MS. GOEMAAT:  The victim in this case did not want

12    to speak at sentencing, but submitted a victim impact

13    statement for the Court's consideration.  The victim wrote

14    that in 12 years on the police force he had never felt the

15    dread and the fear that he felt when he responded to the

16    call that the Capitol had been breached.  He was alone when

17    he responded to that call.  He did not have a partner.  He

18    did not have a platoon.  He was by himself when he responded

19    to the U.S. Capitol being breached by thousands of rioters.

20         As he told the Court in his statement it was the

21    scariest day of his career.  And I would ask you to consider

22    the terror that he felt on that day.  He was there bravely

23    responding to a call of duty, notwithstanding the fact that

24    he was all by himself when he responded.  The defendant was

25    there to interfere with democracy.

1          The Court must also consider the history and

2    characteristics of the defendant.  And as I mentioned he's a

3    former MMA fighter who owned a gym where he was a boxing

4    coach.  And I would submit that this matters, Your Honor,

5    because he was trained to throw a punch and he was well

6    aware of the injury that he could have caused that officer

7    when he punched him.  Thankfully, the officer did not

8    sustain an injury.

9          The defendant also has an somewhat significant

10   criminal history, notwithstanding his category of one and

11   his criminal history is essentially a series of arrests for

12   various assaults.  And he has been twice convicted.  Once of

13   aggravated assault and once of simple assault both of which

14   involved punching as does this case.  And I would submit in

15   short this defendant has a history of getting angry and then

16   violently punching people.

17         He also has a history of violent rhetoric.  During

18   this investigation the FBI received a tip that he had

19   previously threatened Congresswoman Cori Bush by posting to

20   Instagram a collection of violent and threatening posts

21   directed to the congresswoman.  And I would submit that

22   these are not extraneous facts as defense counsel argues in

23   his sentencing memorandum.  These are important as they go

24   directly to the history and characteristics of the

25   defendant.

1          All of these facts militate towards a lengthy term

2     of incarceration.  But the Court should also consider the

3     defendant took very early responsibility for his actions,

4     and he was actually the very first defendant to plead guilty

5     to assaulting a police officer on January 6th.  He also

6     participated in an interview as agreed upon in his plea

7     agreement where he expressed what appeared to be sincere

8     remorse during his debrief and he apologized through the

9     prosecutors to the victim in this case.  He also expressed

10    great shame as to his actions on that day.  The Court should

11    consider that as well.

12          The Court must also consider the need for the

13    sentence to reflect the seriousness of the offense and also

14    promote respect for law.  It almost goes without saying

15    here, Judge, that the attack on the U.S. Capitol was itself

16    an attack on the rule of law.  This Court has previously

17    observed that if any crime establishes a disregard for the

18    rule of law it is assaulting a riot gear clad police

19    officer.

20          This defendant targeted police officers who were

21    struggling to control the Capitol on that day, and his

22    conduct undoubtedly contributed to the chaos and to the

23    fear.  This factor strongly supports a significant sentence

24    of incarceration.  Similarly, with respect to general

25    deterrence, your Honor there is perhaps no other crime that

1    so greatly demands a sentence that will cause deterrence.

2    It is just critical that this Court sentence convey to

3    future would be rioters that there will be very, very

4    serious consequences for those who intend to obstruct the

5    rule of law and to obstruct democracy particularly through

6    assault on law enforcement.

7           With regard to specific deterrence on one hand

8    this defendant has taken responsibility for his actions and

9    he has apologized.  But on the other hand, this assault is

10   yet another assault in a bit of a long line of assaults

11   committed by this defendant.  And his previous sentences

12   were not sufficient to deter this particular assault.  And

13   so we would submit that there is a real need for specific

14   deterrence here.

15          Further, although his contrition is laudable his

16   statements after the riot are deeply concerning,

17   particularly his assertion that he would go again, and his

18   assertion that they had pulled the pin on the grenade.

19   Therefore on balance we would submit that the need for

20   specific deterrence also waves in further of incarceration.

21          And finally, of course, the Court must consider

22   the need to avoid unwarranted sentencing disparities, but

23   here this defendant is the very first defendant to be

24   sentenced for this particular combination of obstruction of

25   a congressional proceeding and assault on a police officer,

1   and so we would submit there are no unwarranted sentencing

2   disparities at this time.  But we would urge the Court to

3   sentence the defendant to a guideline sentence because the

4   guidelines always important are particularly important here

5   as we attempt uniformity and consistency with the large

6   number of defendants related to that day.

7          So as defense counsel rightly notes in his

8   memorandum we do have here a multi-dimensional defendant.

9   On the one hand, we have a defendant who incited mob

10  violence, who obtained a weapon, who storms the Capitol by

11  his own words while brandishing that weapon, who assault a

12  uniformed police officer, and who then celebrated the riot

13  on social media threatening to go again.

14         On the other hand, we have a defendant who

15  otherwise revels law enforcement which I expect you to hear

16  from defense counsel.  He comes from a law enforcement

17  family and he has repeatedly expressed his respect for law

18  enforcement.  He also has taken --

19         THE COURT:  Even that day on a prior occasion did.

20         MS. GOEMAAT:  Yes.  Even on that day he attempted

21  to render aid to the U.S. Capitol police just 20 minutes

22  prior to striking the victim in this case.  He also has

23  taken early responsibility for his actions and he has

24  expressed what appears to be sincere remorse, and he has not

25  yet attempted to justify his unlawful conduct on that day.

1              And so the government's recommendation has

2    attempted to take into account all of these factors.  And

3    for these reasons and those stated in our sentencing

4    memorandum after a careful analysis of everything that we

5    considered to be the most relevant information, we would

6    request that this Court sentence the defendant to a mid

7    guideline sentence of 44 months, three years of supervised

8    release, the agreed upon $2,000 of restitution to be paid

9    towards restoring the United States Capitol building, and we

10   would also ask the Court to consider a fine and I'll explain

11   that.

12             This defendant has undoubtedly experienced great

13   financial trouble as a result of being incarcerated.  He has

14   lost his business and that is true.  However, he does have a

15   website where he is soliciting donations, and he has

16   received as of yesterday more than $30,000 in donations.  I

17   would submit, Your Honor, that it is just not appropriate to

18   financially benefit from a crime such as this.  And so for

19   that reason would ask you to consider whether or not a fine

20   is appropriate in this case.

21             Unless the Court has any additional questions

22   would otherwise rest on the papers.

23             THE COURT:  Thank you very much.  That's very

24   helpful.

25             MS. GOEMAAT:  Thank you, Your Honor.

1              THE COURT:  Mr. Breite.  It's nice to see you in

2      person, Mr. Breite.

3              MR. BREITE:  Certainly my pleasure, thank you.

4      Judge, I won't be a long time going, but I'll be a long time

5      gone, so I very much appreciate the Court's indulgence here

6      to allow me to say what I'd like to say and I will be

7      cognizant of time.

8              First, I need to thank both myself, and of course,

9      on behalf of my client, Your Honor and Your Honor's staff

10     and everyone here.  It's no secret that I had some

11     technological difficulties throughout this case which were

12     not common in my practice, but nevertheless, it could have

13     caused an impediment and Your Honor was most gracious and

14     patient with your time and your court clerks and staff have

15     been nothing but gracious as well, so I wanted to personally

16     thank them.

17             Judge, I also need to personally thank Assistant

18     U.S. Attorney Leslie Goemaat and Assistant U.S. Attorney

19     Gawree Gopul.  Not really in the habit of siding with law

20     enforcement that often, but they have been nothing more than

21     but fair, honest, and decent throughout this entire

22     prosecution.

23             I don't know -- I don't really watch the news

24     much.  I'm not sorry to admit it, but I admit it, so but I

25     do have some sense of what the world is looking at.  But the

 1    world somehow needs to know that this government as far as

 2    my client is concerned has fairly prosecuted my client.

 3    They've done nothing untoward.  Nothing immoral.  Nothing

 4    indecent.  And they have been absolutely fair with my

 5    client, but not just fair they've been humane.

 6           While I may not agree with everything that the

 7    United States attorney said just now, and I respectfully

 8    don't agree with everything she said.  I can tell you that

 9    the decency of prosecutors like this serve only to elevate

10    the entire criminal justice system.  So whatever people

11    think is going on out there with this government I can only

12    speak about my experience.  I have two other Capitol riot

13    defendants, and I would say the same about those

14    prosecutors.  But here today it should be noted somewhere in

15    the record that these U.S. attorneys have done nothing but

16    elevate the status of their office.

17           Initially, and most important, I wish to stress

18    that Mr. Fairlamb does not by this application or by the

19    arguments contained therein in any way attempt to diminish

20    the government's extremely important obligation to protect

21    the public and law enforcement officers from harm.  On the

22    contrary, Mr. Fairlamb has dedicated most of his adult life

23    to helping law enforcement personnel all over the country.

24           In appropriately evaluating my client's

25    suitability for a time served sentence the Court should take

1  difference, exception with the government's assertion that

2  my client has a long history of violence.  Is this in fact

3  true?  Has Mr. Fairlamb been involved in a long history of

4  violence thereby warranting consideration for a lengthy

5  prison sentence?

6          I here respectfully submit to the Court that the

7  defense's sentencing memorandum presents a more accurate

8  view of the so-called long history of violence which is in

9  large part what the government rests upon in asking you to

10 sentence my client to almost four years in prison.

11         It is certainly appropriate that the Court

12 consider a defendant's criminal record.  It is not however

13 just or fair respectfully for the Court to give any weight

14 to any of the charges resulting in a dismissal.  Moreover,

15 it is clear from carefully examining the nature of these

16 charges as well as actually reviewing their various

17 dispositions that they're not in any sense suggestive of a

18 defendant who would not be worthy of a time served sentence

19 or in the alternative to house arrest with electronic

20 monitoring.

21         I don't believe that there's any real need for me

22 to reiterate all that I wrote in the sentencing memorandum.

23 I'm sure your Honor's read it and appreciate that.  And so

24 the details of some of the offenses, even which my client

25 was found guilty to a simple assault, involved my client

1    coming to the aid of someone who was targeted with the most

2    offensive racial slur that we can think of.  I represented

3    the defendant in that matter so as an officer of the court,

4    I wish to say that I have a profound and intimate knowledge

5    of that case.  My client paid a monetary fine.  There was no

6    probation.  There was nothing else.  And as far as I would

7    do it again I'm sure that if my client were next to a

8    gentleman, a friend of his or even someone he didn't know

9    and someone hurled that racial epithet at that person my

10   client would do it again.

11          It is clear that this Court will consider any

12   benefit to society realized by imposing a time served

13   sentence or in the alternative home detention.  To make such

14   an evaluation requires a focus on the personal history of a

15   defendant, a history that in the instant case is far from

16   typical in our criminal justice system.  A brief synopsis

17   illustrates that the release of Mr. Fairlamb has great

18   potential to be, that he has to be a valuable member of

19   society.

20          His personal history unequivocally demonstrates

21   that he is deserving of a time served sentence or in the

22   alternative he would be an especially good candidate and one

23   certain to respond positively to home detention and who

24   consequently would return to making the kinds of

25   contributions in society that genuinely characterize his

1    life.

2              In addition to his professional work, Mr. Fairlamb

3    has been active in the community, involved in charitable

4    work and has dedicated many years of his life to supporting

5    law enforcement.  Indeed, Mr. Fairlamb comes from a family

6    of individuals who have often chosen public service

7    including a father who was a New Jersey state trooper and a

8    brother is was a Secret Service agent.  Judge, I only

9    reference that here today.  We've made no -- I just want to

10   leave it at that.

11             THE COURT:  I understand.

12             MR. BREITE:  In short, Mr. Fairlamb has a long

13   history of commitment to the community both in his

14   professional and personal life.  The instant case assaulting

15   a police officer is clearly aberrational.  Indeed, I

16   respectfully submit to the Court that for those of us --

17             THE COURT:  And it's out of character with what he

18   did earlier the same day.

19             MR. BREITE:  It is, Judge.  And it's even out of

20   character for his prior convictions and his prior arrests

21   which led to a dismissal.  Assaulting a police officer is

22   absolutely aberrational as far as --

23             THE COURT:  And it's out of character for what you

24   would expect for his whole philosophy of living his life.

25   That's what makes it a sad case.

1           MR. BREITE:  Exactly, Your Honor.  That's what

2    makes this the most tragic case of all.  Because a gentleman

3    whose lived his life by certain principles violates those

4    principles in one moment and his whole life is forever

5    changed; his reputation, his business.  By the way, his, he

6    used to own a gym.  The government referred to.  That gym is

7    gone.  He doesn't have that.  His wife is here.  His mother

8    is here.  His sister is here.  They're all suffering

9    financially as well as emotionally because of that instance

10   which is aberrational to even the prior assaults that he was

11   charged with.  Thank you.

12           It's rare, Judge, there are few instances where we

13   see an individual taking this type of wrong step after such

14   a long life history of commendable and often extraordinary

15   contributions to the law enforcement community.  Judge, my

16   client is a leukemia survivor.  He deals with that every day

17   of his life.  While he was incarcerated for this charge in

18   New Jersey he suffered a heart attack in the Hudson County

19   jail.  Then he was transferred to the D.C. jail.

20           And Judge, I would be remiss if I didn't spend

21   just a little bit of time talking about his stay and the

22   accommodations provided to him by this jail.  Because it's

23   our position that the, not just the quantity of sentence

24   that you're going to prescribe, but Your Honor, in Your

25   Honor's calculus can think about not just the quantity of

1    time he served, but the quality and the measure of

2    retribution in that what the government would say is a short

3    amount of time.

4         We are arguing that qualitatively speaking he has

5    spent an enormous time under extraordinarily harsh

6    conditions.  So if I may, Judge, and I don't say this with

7    any pleasure about any penal system.  The defendant is

8    housed in an area particular to only those charged in the

9    Capitol riot case.  This intentional segregation impedes any

10   critical reflection and ability to introspect.  How can any

11   such inmate question the assumptions that led him to any

12   criminal action on January 6th, 2021, when continuously

13   surrounded by those refusing to acknowledge any wrongdoing.

14        Incarceration is not meant to be a holiday.  But

15   the denial of one's pretrial liberty is not a license to

16   violate any prisoner's civil rights.  The D.C. jail is more

17   of reminiscent of Solzhenitsyn's, *One Day In The Life of*

18   *Ivan Denisovich* than it is of any remotely acceptable

19   American penal institution.  It's caloric ideology in terms

20   of what it feeds these inmates is both qualitatively

21   repugnant and embarrassing as well as quantitative

22   embarrassing.

23        It is so utterly shameful and far reaching that

24   Your Honor saw fit for other reasons not related to this

25   case at all to hold both the director of the city's

 1    Department of Corrections and the warden of the D.C. jail in

 2    contempt of court.  I've been held in contempt of court.  I

 3    know how far you have to go to have a judge rain that order

 4    down.  It's not acceptable.  Mr. Fairlamb has a result of

 5    participating in a nightly routine of singing God Bless

 6    America along with all the Capitol riot inmates was then

 7    repeatedly threatened by an Officer Holmes, who entered the

 8    defendant's cell leaving two guards outside with their back

 9    turned.  Officer Holmes proceeded to tell Mr. Fairlamb

10    quote, "I am going to kick your ass," close quote.

11         Mr. Fairlamb immediately wrote and submitted a

12    complaint which was met with another visit from Officer

13    Holmes, who once again threatened Mr. Fairlamb with

14    violence.  I have practiced criminal defense as an attorney

15    throughout this entire country, and have never seen such a

16    blatant disregard for inmate's rights as I have seen from

17    this D.C. jail.

18         The countless hours I fought through D.C. jail

19    bureaucracy simply to be told how I could forward discovery

20    to my own client is nothing more than a veiled attempt to

21    thwart and to discourage inmates from receiving the proofs

22    in their own cases.  I would like to note this has nothing

23    to do with the United States Attorney's Office and nothing

24    I'm saying here should be inferred to have any part with the

25    U.S. Attorney's Office.  This is strictly the D.C. jail.

1              When I finally learned the D.C. jail's

2      requirements and fully complied the flash drive of discovery

3      I provided was returned to me without so much as a single

4      note or letter as to why it was not given to my client.  To

5      this very day I cannot obtain an answer as to why that

6      discovery was returned to me in such a derelict fashion.

7              In September of 2021, Mr. Fairlamb through me was

8      asked by Senior Investigative Counsel Sean P. Tonolli if he

9      would be willing to speak to the select committee to

10     investigate the January 6th attack on the U.S. Capitol.

11     Mr. Fairlamb without hesitation agreed.  When the defendant

12     was advised that the United States Attorney's Office would

13     take no position on his cooperation with the Committee and

14     not offer him any credit he did not waiver, and still

15     insisted on assisting the Committee.  But of course, the

16     D.C. jail would not allow the United States House of

17     Representatives permission to come inside the jail and

18     interview the defendant along with counsel.

19             In fact, the D.C. jail has done nothing but impede

20     my ability to even receive an answer as to how such a

21     meeting could be conducted.  My client formally part of the

22     problem now clearly demonstrates that he wishes to be part

23     of the solution, but once again the D.C. jail can't get out

24     of its own way to foster and promote wellness and progress.

25             Your Honor, the sum of any man's life cannot be

1   his worse moment.  That is I believe the philosophy

2   underlying the principle of forgiveness.  Indeed, concept

3   such as rehabilitation exists precisely because there are

4   people who make a misstep in life yet deserve another chance

5   because of who they are as a person and what we know of how

6   they have lived their lives prior to the present

7   circumstance.

8          That is not to say that they should be given a

9   free pass.  Regardless of Your Honor's decision today, Mr.

10  Fairlamb has and will continue to pay a very severe price

11  for his unacceptable actions on January 6th, 2021.  But he

12  is ready to make that serious commitment to a change of

13  course, and in fact, has such demonstrated so while still

14  incarcerated.

15         Your Honor is well aware that my client 25 seconds

16  prior to assaulting a police officer assisted several other

17  officers.  It's corroborated.  There were two officers who

18  couldn't remember things, but the government acknowledges

19  that this happened.  It's a very, very unique and

20  idiosyncratic if I can use that word because sometimes

21  sentencing decisions are made based upon idiosyncratic

22  elements of a defendant or a case.  But I'm not sure that

23  another Capitol riot case will come to a court here and have

24  that one fact specific to it, and I ask Your Honor to

25  seriously consider that in your decision today.

1          My client has expressed sincere remorse.  Not just

2   the type of crocodile tears because he got caught.  I

3   believe that if you were to ask the government how was he

4   really in that debriefing with the FBI and the government, I

5   think they would tell you and perhaps they have already.

6          THE COURT:  I think she did.

7          MR. BREITE:  I believe she did.  I didn't want to

8   speak for the U.S. attorney.  But my ears look funny, but

9   they sort of work, so I believe I heard her say that he was

10  sincere.  That it was real.  And it wasn't just part of the

11  plea.  He has shown sincere remorse.

12         THE COURT:  That is hard to tell because my first

13  sentencing in one of these I really got spun badly.

14         MR. BREITE:  Well, Your Honor, I believe you're a

15  man whose seen enough of the world to make good decisions if

16  people are pulling your --

17         THE COURT:  I'm going on 34 years this month, so I

18  have been around for a while.

19         MS. WEST:  Right.  I don't think my client has

20  the -- with all due respect to my client, I don't think he

21  has wherewithal to pull the wool in front of Your Honor's

22  eyes.  He's not here today to do that.  I'm sure that he

23  wants to address the Court and everyone else, and whatever

24  he says I'm going to stand that, stand by that he means it.

25  He has shown genuine contrition.

1              I've had talks with my client.  I have spoken to

2    him about what it meant to go there and do that whether you

3    intended to do it when you left New Jersey, whether you

4    intended to do it when you got on exit 15 of the turnpike.

5    Whether you intended to do it when you hit exit 3 on the New

6    Jersey turnpike.  I made that drive very early this morning,

7    and I was thinking for someone to leave New Jersey early in

8    the morning like I did about 4:15, 4:30, and drive down, and

9    Mr. Fairlamb drove himself down.  No weapon with him, but he

10   drove.

11             For one to contemplate and premeditate violence

12   you have to hold that thought exit 15, exit 14, now you're

13   going through Newark.  Exit 13.  By the time you get to

14   Trenton it's exit 7.  By the time you hit Delaware there's a

15   Waffle House, and you have to stop at Waffle House if you're

16   from New Jersey.  So all of this, all of this begs the

17   question.  He had all of that time to show premeditation.

18   He didn't.  There would be signs of it.  There's rhetoric.

19   There's boisterous rhetoric out there.  Even after, even

20   after the event.  But Your Honor, there's a real and serious

21   difference between actions and words.  And so I just call

22   that to your attention.

23             Your Honor, was Mr. Fairlamb's dream a lie because

24   it didn't come true that day?  No.  His dream was a lie

25   because it was in fact not true.  The thoughts, the

1    principles, the ideologies he held that day he no longer

2    holds.  But that's not because he got caught.  That's not

3    because he's around people and they are trying to sway him.

4    It's because he's had time to critically reflect.

5             This case, Your Honor, represents both the best

6    and the worse of America today.  The current political

7    divide has compromised the integrity of this country's moral

8    compass.  And there will be no correction without the

9    application of critical thinking and the questioning of the

10   basic assumptions comprising each and every one of our own

11   personal beliefs systems.

12            Thankfully I don't want to call it an epiphany,

13   but thankfully one thing that this D.C. jail has provided

14   for my client is the time and space to really think about

15   what he did.  Most inmates are thinking about how to get

16   out.  He spent his time thinking about how did I get here.

17   Why is my wife about to lose our home.  Why did I lose my

18   business?  Why did I bring shame upon my family.  What was I

19   thinking, and more importantly why.

20            We know what he was thinking.  That's clear,

21   right.  We see the video.  He was fervent in what he was

22   believing.  But the question is why.  Now he knows why.

23   He's corrected that.  And that's the important part of the

24   rehabilitation.

25            Judge, I want to close by my talking about one

1   thing.  I don't have it now, but I want to express it.  So

2   growing up I had two dreams.  I grew up and I still live in

3   New Jersey, so one of those dreams was to meet Bruce

4   Springsteen.  The other dream was to be able to prove --

5              THE COURT:  I like that one.

6              MR. BREITE:  I like it too.  Didn't happen but

7   that's not client's fault, but it didn't happen.  So the

8   other dream though was to prove myself in some sort of

9   fighting arena.  Graduating high school at 88 pounds, being

10  the targeting of bullying I had a dream, and it sounded like

11  a ridiculous dream to many people.

12             And I went to Mr. Fairlamb personally in 2018, in

13  January of 2018, so I was already 51 years old, 50 years

14  old.  And I told him, I said someone referred me to him.  I

15  didn't know him.  He was a boxing coach.  I already trained

16  mixed martial arts for 28 years.  But I went to him and I

17  said look, I have a dream.  There's this 29-year-old dude in

18  Brazil.  He's a professional fighter, and I'm going to fight

19  him in what we call a garage fight.  A garage fight is just

20  two guys agree to fight.  They make their own rules.  They

21  go somewhere.  There's no referee.  There's no money.  You

22  just fight 'cause you want to fight each other and see what

23  you're made out of.

24             I know that sounds a little crazy, but there's a

25  point to this.  So I went to Mr. Fairlamb with my dream.

1    And you know what he did?  I'll tell you what he didn't do,

2    he didn't laugh at me.  He didn't say you're a lawyer, what

3    are you doing here?  Get out.  He didn't say you're 50 years

4    old and you want to get killed, and he trained me for eight

5    months.  And when I didn't want to come in because I was

6    busy he called me, said let's go, get in here.

7           He recognized something, that it was important to

8    live by a principle, to have a dream and to meet that dream

9    and to sacrifice.  And my whole goal was to survive the

10   fight.  I knew I wasn't going to win.  I just didn't want to

11   get knocked out or submitted.  And Scott told me, I call him

12   coach.  Coach told me, Harley, because there was a point

13   where I was really, really nervous about this thing.  And he

14   sat me down, not as my coach.  He sat me down and said

15   Harley, you're going to go the distance not because of what

16   I'm doing with you, but because of who you are inside.

17          And from that moment a calmness came over me.  And

18   I ended up going the distance.  I spent three days in a

19   hospital in Brazil with surgeries, but the point, Judge, is

20   that Scott Fairlamb is a human being who sees through people

21   and into people.  Forget about all the people he helps who

22   are mentally and physically challenged.  I don't want to get

23   into that right now.

24          But he saw in me a dream, and he helped me realize

25   that dream not because it benefited him in any great -- his

1   name didn't increase.  His stature because rise because

2   Harley Breite got beat up in Brazil.  But he helped someone

3   achieve their dream, and he was happy, genuinely happy about

4   that.

5          It troubles me, it troubles me to be here.  It

6   troubled me to take this case.  It troubled me to meet his

7   wife and mother in a diner and tell them basically what was

8   going to happen to him.  It was -- this is a difficult case

9   for me as a lawyer and as a friend.  And I know Judge and I

10  represent to the Court -- let's say I know, I don't want get

11  epistemology here, but I strongly feel as close to knowing

12  as we can know Mr. Fairlamb is never going to be in a

13  courtroom like this again.

14         As much as I can know anything I know that the

15  remorse he has is real.  I know that he wants to get out of

16  that suit, put on an athletic suit and help people.  Because

17  when he helped me he was the happiness I ever saw him, and

18  it meant something to him.  And so when Your Honor considers

19  all of these factors, the terrible videos, the terrible

20  thing he did, the terrible comments he made, all of that in

21  conjunction with who I believe he was up to that terrible

22  moment when he intentionally made that terrible mistake.

23         I'm not trying to diminish the serious nature of

24  the charge, but I'm asking Your Honor to look a little

25  deeper inside a defendant who not only feels sincere

1   remorse, but spent his whole life prior to that and even a

2   little bit that day trying to help the underdog, trying to

3   help the subjugated.  Trying to help the weak and bullied.

4            And I would ask Your Honor to sentence him to 17

5   months, a variant -- to vary, and 17 months would

6   essentially mean a time served sentence.  If Your Honor does

7   not feel that that's appropriate, and I put some math in the

8   sentencing memo but believe me I wasn't even close to MIT,

9   so my math could be well off, but I believe that a 17 month

10  sentence would do it.

11           But if Your Honor doesn't feel that that's

12  appropriate for all Your Honor's reasoning then I would

13  implore Your Honor, I would beseech you to consider a home

14  detention sentence where at least the beginning of the

15  rebuilding of his life, his wife's life, his mother's life,

16  his family's life can begin.  Thank you very much.

17           THE COURT:  Thank you, Mr. Breite.  If the

18  defendant would come forward I'm certainly interested in

19  anything you'd like to say, Mr. Fairlamb.  I know you would

20  be nervous at a time like this, but anything you'd like to

21  say I'm certainly interested in hearing.

22           THE DEFENDANT:  Good to see you again, Your Honor.

23  Unfortunately, I wish it was under better conditions.

24           I've had ten, ten months to replay everything from

25  that day, from getting up in the morning, to making the trip

1   down to the Capitol that day.  And just a matter of moments

2   something that -- excuse me.  Something that took my family

3   so long to build up.  My father --

4           THE COURT:  Just take your time.

5           THE DEFENDANT:  My father, a proud Vietnam veteran

6   who served his country honorably and went on to serve his

7   state as a lieutenant state's commander.  For 28 years my

8   mother who worked for a county taking care of all the women

9   and men feeding them and delivering meals to them every day

10  for almost 30 years.  I was raised by the best.

11          I have a brother whom I haven't been able to talk

12  to.  I have respect for his position with our government.

13  He's an incredible role model.  It pains me not to be able

14  to talk to him.  My sister, no matter what, will always be

15  there, is always supporting me, taking care of my wife while

16  I'm in here.  Stepping up and taking care of our mother who,

17  who needs us, who needs me.

18          After an unfortunately accident on Mother's Day in

19  2012, my mother and a father were out enjoying lunch on

20  their motorcycle when they were struck head on and I lost my

21  father.  My mother has undergone over 20-something surgeries

22  and try to get her life back to normal which I don't think

23  it ever will be.

24          I want to apologize to them.  I want to apologize

25  to them for just a short time taking our family name that we

1   built, that they built their whole life up and putting that

2   reputation with the Fairlamb name.  I want to apologize to

3   them for complete irresponsible, reckless behavior that I

4   showed that day.

5        I want to apologize to my wife.  We were just

6   getting set to really start to process of starting our

7   family.  We had just purchased our house eight months prior

8   to my arrest.  And that Friday we had come back, we were

9   making the trips to the doctor and working with fertility

10  doctors.  You know, faced with my cancer I take chemo

11  medication every day, so all the formalities of that and

12  just trying to get things together when my life got pulled

13  out from under me, and it's nobody's doing but myself.  I

14  take full responsibility for what I did that day.

15       I would like to let you know, Your Honor, that is

16  not Scott Fairlamb.  That's not who I am.  It's not what I

17  was raised to be.  And I mean I truly regret my actions that

18  day.  I have nothing but remorse.  Like Mr. Breite said the

19  prosecution, Ms. Goemaat, has been nothing but professional

20  throughout this is whole ordeal as well as the agents from

21  start to finish.  They have been nothing but professional as

22  well as you Your Honor.  I can tell you're a fair man.  Like

23  I said I just wish we met under different circumstances.

24       Thank you for the Court's time.  I just hope you

25  show some mercy on me, sir, and allow me to get back to my

1    life as a proud man.

2          THE COURT:  All right.  If you come back to the

3    podium I will announce the sentence.  I will say that it is

4    important to the Court and significant to the Court that you

5    were the first of many it turns out defendants who have been

6    charged with the offense of assault on officers that day.  I

7    now have three, but have pled guilty.  Many more have not

8    done that.  I will say I did review yesterday all of the

9    videotapes that the government had filed with their

10   sentencing memo.  And had you gone to trial I don't think

11   there's any jury that could have acquitted you or would have

12   acquitted you.

13         And you certainly made the right decision, you and

14   your attorney to plead guilty.  I also think that the

15   expression of remorse you have done today is sincere, and I

16   find that the government found it sincere I do too.  But the

17   problem is that one of the videos that most impressed me

18   that I looked at yesterday was the link is at page 17,

19   Footnote five of the government's sentencing memo.

20         The dialogue began at 428, and it was another

21   person in the crowd who saw you when you struck the officer.

22   And the person in the crowd said that was crazy.  You guys

23   see that?  That was nuts.  The guy just punched the cop in

24   the face, and that cop didn't do anything about it.  And the

25   reaction of the other demonstrators even there was it was

1    nuts to strike the cop under those circumstances.

2            And it was just from what you say it was out of

3    character even for you at the time and it was out of

4    character with what you had done earlier in that day, but

5    it's so, such a serious offense under those circumstances.

6    And the front to society and to the law to have the Capitol

7    overrun and to have this riot stop the whole function of

8    government that I just find that it is such a serious crime

9    that I cannot give a below guideline sentence or vary or

10   depart below the guidelines.

11           I do find that the minimum under the guidelines is

12   an appropriate sentence and I will give you the 41 month

13   sentence that would be the minimum under the guidelines.  I

14   will not go above that because your early plea.  I think

15   other people in your position with the evidence that, that I

16   assume is existent in the cases I've seen would be well

17   advised to do what you did and to wise up and to plead.

18   Because they're not going to get 41 months.  They are going

19   to get a lot more if they want to go to trial.

20           I can't see, you couldn't have beat this if you

21   went to trial on the evidence that I saw.  And the way you

22   hit him in the face like that.  And you're fortunate he

23   wasn't injured.  That victim impact statement is powerful

24   though and the affect it had on his life.  But that was the

25   overall circumstance, but you were part of that overall

1    circumstance that led to the obstruction of the proceeding,

2    the inability of Congress to even function.  The inability

3    of the electoral college to go forward that day.

4         I agree that you weren't in the planning and

5    execution of the whole plan for that day, whoever if there

6    were people that actually planned it out.  But the offense

7    itself that you committed is so at the heart of our

8    democracy that I cannot in good conscience justify going

9    below the guidelines.

10        So pursuant to the Sentencing Reform Act of 1984,

11   and in consideration of the provisions of 18 U.S.C. Section

12   3553, as well as the advisory sentencing guidelines it's the

13   judgment of the Court that you, Scott Kevin Fairlamb, hereby

14   committed to the custody of the Bureau of Prisons for a term

15   of 41 months, which consists of concurrent terms of 41

16   months on Counts two and three, for the sentence to serve a

17   concurrent term of 36 months of supervised release as to

18   Counts two and three.

19        You're further ordered to pay a special assessment

20   of $200 in accordance with the 18 USC 3013.  While on

21   supervision you shall abide by the following mandatory

22   conditions as well as the standard conditions of supervision

23   which are imposed to establish the basic expectation of

24   conduct while on supervision.

25        Mandatory conditions include; one, you must not

1  commit another federal, state, or local crime; two, you must

2  not unlawfully possess a controlled substance; three, you

3  must reframe from any unlawful use of a controlled

4  substance.  You must submit to one drug test within 15 days

5  of placement on supervision, and at least two periodic drug

6  tests thereafter as determined by the Court.  Four, you must

7  cooperate in the collection of DNA as directed by the

8  probation office; and five, you must make restitution in

9  accordance with 18 U.S.C., Section 3663 and 3663(a), or any

10  other statute authorizing sentence or restitution.

11        You're ordered to make restitution to the

12  Architect of the Capitol in the amount of $2,000 dollars.

13  The Court determines you do not have the ability to pay

14  interest, and therefore, waives any interest or penalties

15  that may accrue on the balance of restitution.  Restitution

16  payment shall be made to the Clerk of the Court via the U.S.

17  District for the District of Columbia for disbursement to

18  the following victim, Architect of the Capitol, also the

19  Chief Financial Officer, attention Kathy Cheryl, CPA, Ford

20  House Office Building, Room H2205B, Washington, D.C. 20515.

21        You shall also comply with the following special

22  conditions of supervised release; you must pay the balance

23  of restitution if not already paid at the rate of no less

24  than $100 a month.  Financial information disclosed, you

25  must provide the probation office access to any requested

1    financial information.  You must authorize the release of

2    any financial information that probation office shall file.

3              Financial information with the U.S. Attorney's

4    office.  You must not incur any new credit charges or open

5    additional financial lines of credit without the approval of

6    the probation officer.  You must participate in an inpatient

7    or outpatient substance abuse treatment program, follow the

8    rules and regulations of that program.

9              Probation officer will supervise your

10   participation in the program, provider location, modality,

11   duration and intensity, et cetera.  You must participate in

12   a mental health treatment and follow the rules and

13   regulations of that program.  Probation officer in

14   consultation with the treatment provider shall supervise

15   your participation in the program, provider location,

16   modality, treatment and intensity, et cetera.

17             You shall not access or use any online social

18   media, chat services, blogs, instant messages, SMS, MSS,

19   digital photos, video sharing, websites, emails or other

20   interactive online or electronic communication applications

21   or sites without the approval of the probation officer

22   during the time when you're on supervised release.  You must

23   submit your computers as defined in 18 USC 1030(E)(1) or

24   other electronic communications or data storages devices are

25   immediate to search.

1              You must warn any other people who use those

2    computers or devices capable of accessing the Internet that

3    the devices may be subject to the searches pursuant to this

4    condition of supervised release.  Probation officer may

5    conduct a search pursuant to this condition only when

6    reasonable suspicion exists that there is a violation of a

7    condition of supervision and that the computer or device

8    contains evidence of the violation.  Any search will be

9    conducted at a reasonable time and in a reasonable matter.

10             You must allow the probation officer to install

11   computer monitoring software on any computer you use to

12   ensure that it complies with the computer monitoring

13   condition.  You must allow the probation officer to conduct

14   initial and periodic unannounced searches of any computers

15   subject to computer monitoring.  Those searches shall be

16   conducted to determine whether the computer contains

17   any provisional data prior to the installation of the

18   monitoring software and whether the monitoring software is

19   functioning effectively after its installation and whether

20   there have been attempts to circumvent the monitoring

21   software after the installation of the software.  You must

22   warn other people who use these computers the computers may

23   be subject to searches pursuant to this condition.

24             Within 60 days of your release from incarceration

25   or placement on supervised release you will appear before

1  the Court for reentry progress hearing.  Prior to the

2  hearing the probation officer will submit a report

3  summarizing your status and compliance with release

4  conditions.  If you're supervised by a district outside of

5  Washington, D.C. metropolitan area the probation office in

6  that district will submit a progress report to the Court

7  within 60 days of the commencement of supervision upon

8  release of the -- upon receipt of the progress report.  The

9  Court will determine whether your personal appearance is

10  required.

11        The Court does find you do not have the ability to

12  pay a fine therefore waives imposition of a fine in this

13  case.

14        THE DEFENDANT:  Thank you, Your Honor.

15        THE COURT:  Yes.  The financial obligations are

16  immediately payable to the Clerk of the Court.  That's the

17  restitution and the $200.

18        THE DEFENDANT:  Yes, Your Honor.

19        THE COURT:  The Clerk of the Court, U.S. District

20  Court, 333 Constitution Avenue, Northwest Washington, D.C.

21  20001.  Within 30 days of any change of address notify the

22  Clerk of the Court until such time as the financial

23  obligation is paid in full.  Probation office shall release

24  the presentence investigate report to all appropriate

25  agencies, which includes the probation office in the

1    approved district of residence in order to execute the

2    sentence of the Court.

3              Treatment agencies shall return the presentence

4    report to the probation office upon the defendant's

5    completion or termination from treatment.

6              Pursuant to 18 USC 3742, you may have the right to

7    appeal whatever sentence I've imposed.  If the period of

8    imprisonment is longer than the statutory maximum or the

9    sentence departs upwards from the guideline range.  If you

10   choose to appeal you must file any appeal within 14 days

11   after the Court enters judgment as defined in 28 USC 2255.

12   You may also have the right to challenge the conviction

13   entered or sentence imposed if new or currently unavailable

14   information becomes available to you or on the claim that

15   you received ineffective assistance of counsel in entering a

16   plea of guilty to the offense or conviction or in connection

17   with sentencing.  If you're unable to afford the cost of

18   appeal you may request permission from the Court to file an

19   appeal without cost to you.

20             Pursuant to the D.C. Circuit opinion in *United*

21   *States v. Hunter* does either counsel have any objections to

22   the sentence imposed today that are not already noted on the

23   record?

24             MS. GOEMAAT:  No, Your Honor.

25             MR. BREITE:  No, Judge.

1           THE COURT:  Okay.  Do you have other any other

2    recommendation -- the defendant can be seated.  Do you have

3    any other recommendation you want me to make about

4    incarceration then?

5           MR. BREITE:  Respectfully, Judge, given the

6    comments made by counsel today we're, we would respectfully

7    request that my client be as expeditiously removed from the

8    D.C. Jail.

9           THE COURT:  I agree with that, and I'll get the

10   J and C hopefully signed today or certainly by Friday so

11   that he can be moved promptly.

12          MR. BREITE:  Thank you.  We would respectfully

13   also request if it's within Your Honor's purview that he be

14   moved to New Jersey or a location that's as close to his

15   home as possible.  We appreciate it.  He understand that

16   Your Honor understands the need for the expedited or the

17   attention to matters --

18          THE COURT:  Is there a FCI near New Jersey?

19          MR. BREITE:  I believe the facility at Picatinny

20   is available.

21          THE COURT:  Okay.  As you know it's totally under

22   the discretion of the AG, but I don't have any problem

23   recommending it.

24          MR. BREITE:  Thank you very much, Judge.

25          THE COURT:  All right.  Last word, Mr. Fairlamb,

1    if you'll come back forward.  You've done everything right

2    now.  You've done the best you could.  Good luck to you.

3              THE DEFENDANT:  Thank you, Your Honor.

4              THE COURT:  It was a bad decision that day as you

5    admit.  You've done what you could now.  Good luck to you.

6              THE DEFENDANT:  Yes, sir.  Just moving forward,

7    pick up the pieces and just start a new chapter in my life

8    and put this in the rearview mirror.  Get home with my

9    family and get back to doing what I do beside.  Thank you,

10   Your Honor.

11             THE COURT:  Good luck.

12             MS. GOEMAAT:  Your Honor, the government moves to

13   dismiss the remaining counts of the indictment.

14             THE COURT:  Remaining counts are dismissed on

15   motion of the United States.

16             MS. FIELD:  Hana Field with U.S. probation, Your

17   Honor.  Did the Court wish to consider substance use testing

18   in addition to treatment to monitor Mr. Fairlamb's sobriety

19   during the period of supervision?

20             THE COURT:  Consider?

21             MS. FIELD:  Substance abuse testing.  I believe

22   the Court ordered substance abuse treatment.  Did the Court

23   wish to consider substance use testing?

24             THE COURT:  I would.  It's not in the standard

25   here.

1          MS. FIELD:  I apologize, Your Honor.  I can

2    provide the Court with that language for the condition.

3          THE COURT:  Substance abuse testing should also be

4    a condition and I agree?

5          MS. FIELD:  Thank you, Your Honor.

6          THE COURT:  And the standard wording for substance

7    abuse testing will be inserted in the Judgment and

8    Commitment order.

9          MS. FIELD:  Thank you, Your Honor.

10          THE COURT:  As a condition of, just in the

11    supervised release.  Time served to this date is credited

12    toward the sentence imposed.  The Court will be in recess.

13          [Thereupon, the proceedings adjourned.]

14

15

16

17

18

19

20

21

22

23

24

25

1                            **CERTIFICATE**

2              **I, Cathryn J. Jones, an Official Court Reporter,**

3     for the United States District Court of the District of

4     Columbia, do hereby certify that I reported, by machine

5     shorthand, the proceedings had and testimony adduced in the

6     above case.

7              I further certify that the foregoing 46 pages

8     constitute the official transcript of said proceedings as

9     transcribed from my machine shorthand notes.

10             In witness whereof, I have hereto subscribed my

11    name, this the 16th day of November, 2021.

12

13                              /s/_Cathryn J. Jones
14                              Cathryn J. Jones, RPR
                                Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

MR. BREITE: [14]  3/9 5/3 17/2 21/11
21/18 21/25 27/6 27/13 30/5 43/24
44/4 44/11 44/18 44/23
MS. FIELD: [5]  45/15 45/20 45/25
46/4 46/8
MS. GOEMAAT: [14]  3/6 4/25 5/6
5/12 5/14 7/3 7/25 10/4 10/10 11/10
15/19 16/24 43/23 45/11
MS. WEST: [1]  27/18
THE COURT: [33]  3/12 5/2 5/4 5/11
5/13 15/18 16/22 16/25 21/10 21/16
21/22 27/5 27/11 27/16 30/4 33/16
34/3 36/1 42/14 42/18 43/25 44/8
44/17 44/20 44/24 44/24 45/3 45/10 45/13
45/19 45/23 46/2 46/5 46/9
THE DEFENDANT: [6]  33/21 34/4
42/13 42/17 45/2 45/5
THE DEPUTY CLERK: [1]  3/1

$
$100 [2]  4/19 39/24
$2,000 [2]  16/8 39/12
$200 [2]  38/20 42/17
$30,000 [1]  16/16

'
'cause [1]  30/22

.
.x [1]  1/6

/
/s [1]  47/13

0
0604 [1]  1/18
07470 [1]  1/17

1
10 [1]  1/5
1030 [1]  40/23
11:07 [1]  1/6
12 [1]  11/14
120 [1]  3/3
13 [1]  28/13
14 [2]  28/12 43/10
15 [3]  28/4 28/12 39/4
15,000 [1]  4/17
150,000 [1]  4/17
15th [1]  11/1
1608 [1]  1/14
16th [1]  47/11
17 [4]  33/4 33/5 33/9 36/18
18 [7]  7/13 7/15 38/11 38/20 39/9
40/23 43/6
1984 [1]  38/10

2
2,000 [1]  4/18
20 [2]  9/14 15/21
20-something [1]  34/21
20001 [2]  1/22 42/21
2012 [1]  34/19
2018 [2]  30/12 30/13
202 [1]  1/14
2021 [5]  1/5 23/12 25/7 26/11 47/11

20515 [1]  39/20
20530 [1]  1/14
21-120 [1]  3/3
21-120-RCL [1]  1/4
22 [2]  3/25 4/12
2255 [1]  43/11
25 [3]  3/25 4/12 26/15
28 [3]  30/16 34/7 43/11
29-year-old [1]  30/17

3
30 [2]  34/10 42/21
3013 [1]  38/20
333 [2]  1/21 42/20
34 [1]  27/17
3553 [2]  4/24 38/12
36 [1]  38/17
3663 [2]  39/9 39/9
3742 [1]  43/6

4
41 [5]  4/14 37/12 37/18 38/15 38/15
42 [1]  8/11
428 [1]  36/20
44 [1]  16/7
46 [1]  47/7
4:15 [1]  28/8
4:30 [1]  28/8
4th [1]  10/20

5
50 [2]  30/13 31/3
51 [2]  4/14 30/13
555 [1]  1/13
562 [1]  1/17

6
60 [2]  41/24 42/7
6521 [1]  1/21
6th [5]  5/23 13/5 23/12 25/10 26/11

8
803-1608 [1]  1/14
872-0604 [1]  1/18
88 [1]  30/9

9
973 [1]  1/18
9th [1]  11/6

A
a.m [1]  1/6
aberrational [3]  21/15 21/22 22/10
abide [1]  38/21
ability [4]  23/10 25/20 39/13 42/11
able [3]  30/4 34/11 34/13
about [19]  6/20 7/23 18/12 18/13
22/21 22/25 23/7 28/2 28/8 29/14
29/15 29/16 29/17 29/25 31/13 31/21
32/3 36/24 44/3
above [2]  37/14 47/6
absolutely [2]  18/4 21/22
abuse [5]  40/7 45/21 45/22 46/3 46/7
acceptable [2]  23/18 24/4
access [2]  39/25 40/17
accessing [1]  41/2
accident [1]  34/18
accommodations [1]  22/22

accordance [2]  38/20 39/9
account [1]  16/2
accrue [1]  39/15
accurate [1]  19/7
achieve [1]  32/3
acknowledge [1]  23/13
acknowledges [1]  26/18
acquitted [2]  36/11 36/12
Act [1]  38/10
action [1]  23/12
actions [7]  13/3 13/10 14/8 15/23
26/11 28/21 35/17
active [1]  21/3
actually [5]  7/7 8/18 13/4 19/16 38/6
addition [2]  21/2 45/18
additional [4]  4/5 9/15 16/21 40/5
address [4]  5/16 10/14 27/23 42/21
adduced [1]  47/5
adjacent [1]  8/7
adjourned [1]  46/13
admit [3]  17/24 17/24 45/5
adult [1]  18/22
advanced [1]  6/12
advised [2]  25/12 37/17
advisory [1]  38/12
affect [1]  37/24
afford [1]  43/17
after [17]  6/13 7/15 8/8 8/12 8/17 8/21
10/16 11/6 14/16 16/4 22/13 28/19
28/20 34/18 41/19 41/21 43/11
AG [1]  44/22
again [11]  10/14 11/4 11/4 14/17
15/13 20/7 20/10 24/13 25/23 32/13
33/22
against [1]  8/18
agencies [2]  42/25 43/3
agent [1]  21/8
agents [2]  11/1 35/20
aggravated [1]  12/13
agree [7]  3/20 18/6 18/8 30/20 38/4
44/9 46/4
agreed [5]  3/17 4/18 13/6 16/8 25/11
agreement [3]  3/22 4/18 13/7
aid [3]  9/2 15/21 20/1
aided [1]  1/24
air [1]  7/6
all [28]  3/13 3/14 9/3 10/1 10/21 11/24
13/1 16/2 18/23 19/22 22/2 22/8 23/25
24/6 27/20 28/16 28/16 28/17 31/21
32/19 32/20 33/12 34/8 35/11 36/2
36/8 42/24 44/25
allocution [4]  4/23 4/25 5/5 5/9
allow [5]  17/6 25/16 35/25 41/10 41/13
almost [3]  13/14 19/10 34/10
alone [1]  11/16
along [2]  24/6 25/18
already [5]  27/5 30/13 30/15 39/23
43/22
also [20]  10/5 12/1 12/9 12/17 13/2
13/5 13/9 13/12 13/13 14/20 15/18
15/22 16/10 17/17 36/14 39/18 39/21
43/12 44/13 46/3
alternative [3]  19/19 20/13 20/22
although [1]  14/15
always [3]  15/4 34/14 34/15
am [2]  24/10 35/16
amateur [1]  10/13

**A**

**AMERICA [4]** 1/3 3/3 24/6 29/6
**American [3]** 6/2 9/20 23/19
**amount [2]** 23/3 39/12
**analysis [1]** 16/4
**angry [1]** 12/15
**announce [1]** 36/3
**another [7]** 7/21 14/10 24/12 26/4 26/23 36/20 39/1
**answer [2]** 10/22 25/5 25/20
**any [41]** 4/24 5/16 13/17 16/21 18/19 19/13 19/14 19/17 19/21 20/11 23/7 23/7 23/9 23/10 23/11 23/13 23/16 23/18 24/24 25/14 25/25 31/25 36/11 39/3 39/9 39/14 39/25 40/2 40/4 40/17 41/1 41/8 41/11 41/14 41/17 42/21 43/10 43/21 44/1 44/3 44/22
**any provisional [1]** 41/17
**anything [4]** 32/14 33/19 33/20 36/24
**apologize [5]** 34/24 34/24 35/2 35/5 46/1
**apologized [2]** 13/8 14/9
**apparent [1]** 10/24
**appeal [5]** 43/7 43/10 43/10 43/18 43/19
**appear [2]** 3/16 41/25
**appearance [1]** 42/9
**APPEARANCES [1]** 1/11
**appeared [1]** 13/7
**appears [2]** 10/16 15/24
**application [2]** 18/18 29/9
**applications [1]** 40/20
**apply [3]** 4/3 4/5 4/7
**appreciate [3]** 17/5 19/23 44/15
**approach [1]** 3/5
**approached [2]** 6/17 6/21
**approaching [1]** 8/3
**appropriate [7]** 16/17 16/20 19/11 33/7 33/12 37/12 42/24
**appropriately [1]** 18/24
**approval [2]** 40/5 40/21
**approved [1]** 43/1
**approximately [2]** 8/16 8/21
**Architect [2]** 39/12 39/18
**are [27]** 3/20 4/24 6/11 8/6 9/7 12/22 12/23 14/16 15/1 15/4 22/12 23/4 26/3 26/5 26/21 27/16 29/3 29/15 31/3 31/16 31/22 37/18 38/23 40/24 42/15 43/22 45/14
**area [4]** 6/15 6/18 23/8 42/5
**arena [1]** 30/9
**argues [1]** 12/22
**arguing [1]** 23/4
**arguments [2]** 4/22 18/19
**around [4]** 8/18 9/10 27/18 29/3
**arrest [2]** 19/19 35/8
**arrests [2]** 12/11 21/20
**arriving [1]** 6/10
**arts [1]** 30/16
**as [77]**
**ascended [1]** 6/21
**ask [6]** 11/21 16/10 16/19 26/24 27/3 33/4
**asked [1]** 25/8
**asking [2]** 19/9 32/24
**ass [1]** 24/10
**assault [15]** 4/1 4/10 10/2 10/6 10/12 12/13 12/13 14/6 14/9 14/10 14/12 14/25 15/11 19/25 36/6

**assaulting [5]** 13/5 13/18 21/14 21/21 26/16
**assaults [3]** 12/12 14/10 22/10
**assertion [4]** 9/2 14/17 14/18 19/1
**assessment [2]** 4/19 38/19
**assistance [2]** 5/8 43/15
**Assistant [3]** 3/7 17/17 17/18
**assisted [1]** 6/14
**assisting [1]** 25/15
**assume [1]** 37/16
**assumptions [2]** 23/11 29/10
**athletic [1]** 32/16
**attack [8]** 5/23 6/1 11/3 11/6 13/15 13/16 22/18 25/10
**attempt [4]** 9/12 15/5 18/19 24/20
**attempted [4]** 11/2 15/20 15/25 16/2
**attempts [2]** 9/23 41/20
**attending [1]** 6/13
**attention [3]** 28/22 39/19 44/17
**attorney [7]** 3/8 17/18 17/18 18/7 24/14 27/8 36/14
**ATTORNEY'S [5]** 1/12 24/23 24/25 25/12 40/3
**attorneys [1]** 18/15
**audio [1]** 10/7
**AUSA [1]** 1/12
**authorize [1]** 40/1
**authorizing [1]** 39/10
**available [2]** 43/14 44/20
**Avenue [2]** 1/21 42/20
**avoid [1]** 14/22
**aware [3]** 5/22 12/6 26/15
**away [1]** 6/17

**B**

**back [7]** 24/8 34/22 35/8 35/25 36/2 45/1 45/9
**background [1]** 8/2
**bad [1]** 45/4
**badly [1]** 27/13
**balance [3]** 14/19 39/15 39/22
**balancing [1]** 4/23
**ball [2]** 7/7 7/8
**balls [1]** 7/6
**barricades [1]** 7/11
**based [1]** 26/21
**basic [2]** 29/10 38/23
**basically [1]** 32/7
**baton [2]** 7/19 8/14
**be [64]**
**beat [2]** 32/2 37/20
**because [31]** 3/25 4/3 4/7 6/17 8/10 9/14 12/5 15/3 22/2 22/9 22/24 26/3 26/5 26/20 27/2 27/12 28/23 28/25 29/2 29/3 29/4 31/5 31/12 31/15 31/16 31/25 32/1 32/1 32/16 37/14 37/18
**becomes [1]** 43/14
**been [16]** 7/17 11/16 12/12 17/15 17/20 18/4 18/5 19/3 21/3 24/2 27/18 34/11 35/19 35/21 36/5 41/20
**before [3]** 1/9 4/25 41/25
**began [1]** 36/20
**begin [1]** 33/16
**beginning [1]** 33/14
**begs [1]** 28/16

**behalf [3]** 3/8 3/11 17/9
**behavior [1]** 35/3
**being [4]** 11/19 16/13 30/9 31/20
**belabor [1]** 5/17
**beliefs [1]** 29/11
**believe [12]** 8/4 19/21 26/1 27/3 27/7 27/9 27/14 32/21 33/8 33/9 44/19 45/21
**believing [1]** 29/22
**below [5]** 7/5 7/10 37/9 37/10 38/9
**benefit [2]** 16/18 20/12
**benefited [1]** 31/25
**beseech [1]** 33/13
**beside [1]** 45/9
**best [3]** 29/5 34/10 45/2
**better [2]** 5/14 33/23
**between [2]** 28/21
**bicycle [1]** 7/17
**bit [3]** 14/10 22/21 33/2
**Black [1]** 1/17
**blackout [1]** 11/8
**blatant [1]** 24/16
**Bless [1]** 24/5
**blogs [1]** 40/18
**body [2]** 9/11 10/5
**boisterous [1]** 28/19
**both [8]** 3/17 8/22 12/13 17/8 21/13 23/20 23/25 29/5
**bottom [1]** 7/17
**boxing [3]** 10/14 12/3 30/15
**brandishes [1]** 7/22
**brandishing [2]** 8/14 15/11
**bravely [1]** 11/22
**Brazil [3]** 30/18 31/19 32/2
**breached [6]** 7/12 8/5 8/8 8/12 11/16 11/19
**breaching [1]** 8/6
**Breite [8]** 1/16 3/11 5/3 17/1 17/2 32/2 33/17 35/18
**brief [1]** 20/16
**bring [1]** 29/18
**brother [2]** 21/8 34/11
**Bruce [1]** 30/3
**build [1]** 34/3
**building [3]** 6/5 16/9 39/20
**built [2]** 35/1 35/1
**bullied [1]** 33/3
**bullying [1]** 30/10
**Bureau [1]** 38/14
**bureaucracy [1]** 24/19
**Bush [1]** 12/19
**business [3]** 16/14 22/5 29/18
**busy [1]** 31/6
**bystander's [1]** 9/19

**C**

**calculate [1]** 4/1
**calculated [2]** 4/6 4/14
**calculation [1]** 3/23
**calculations [3]** 3/20 4/13 4/21
**calculus [1]** 22/25
**call [7]** 11/16 11/17 11/23 28/21 29/12 30/19 31/11
**called [2]** 19/8 31/6
**calmness [1]** 31/17
**caloric [2]** 23/19
**came [2]** 6/8 31/17

**camera [3]** 6/19 9/11 10/6
**can [21]** 5/14 6/22 7/12 7/16 8/1 8/13 8/19 10/7 18/8 18/11 20/2 22/25 23/10 26/20 32/12 32/14 33/16 35/22 44/2 44/11 46/1
**can't [2]** 25/23 37/20
**cancer [1]** 35/10
**candidate [1]** 20/22
**cannot [4]** 25/5 25/25 37/9 38/8
**capable [1]** 41/2
**Capitol [30]** 5/23 6/5 6/13 6/17 6/21 7/20 7/24 8/4 8/6 8/16 8/21 8/25 9/9 11/5 11/16 11/19 13/15 13/21 15/10 15/21 16/9 18/12 23/9 24/6 25/10 26/23 34/1 37/6 39/12 39/18
**captured [5]** 8/22 9/14 9/18 10/1 10/5
**care [3]** 34/8 34/15 34/16
**career [1]** 11/21
**careful [1]** 16/4
**carefully [1]** 19/15
**case [21]** 3/3 11/11 12/14 13/9 15/22 16/20 17/11 20/5 20/15 21/14 21/25 22/2 23/9 23/25 26/22 26/23 29/5 32/6 32/8 42/13 47/6
**cases [2]** 24/22 37/16
**category [3]** 3/24 4/13 12/10
**Cathryn [4]** 1/20 47/2 47/13 47/14
**caught [2]** 27/2 29/2
**cause [1]** 14/1
**caused [2]** 12/6 17/13
**celebrated [2]** 10/18 15/12
**cell [1]** 24/8
**certain [2]** 20/23 22/3
**certainly [6]** 17/3 19/11 33/18 33/21 36/13 44/10
**CERTIFICATE [1]** 47/1
**certify [2]** 47/4 47/7
**cetera [2]** 40/11 40/16
**challenge [1]** 43/12
**challenged [1]** 31/22
**chance [1]** 26/4
**change [2]** 26/12 42/21
**changed [1]** 22/5
**chaos [1]** 13/22
**chapter [1]** 45/7
**character [5]** 21/17 21/20 21/23 37/3 37/4
**characteristics [3]** 10/15 12/2 12/24
**characterize [1]** 20/25
**charge [6]** 4/2 4/2 4/4 4/10 22/17 32/24
**charged [3]** 22/11 23/8 36/6
**charges [3]** 19/14 19/16 40/4
**charitable [1]** 21/3
**chat [1]** 40/18
**chemo [1]** 35/10
**Cheryl [1]** 39/19
**Chief [1]** 39/19
**chilling [1]** 11/7
**choose [1]** 43/10
**chosen [1]** 21/6
**circle [2]** 8/20 9/9
**Circuit [1]** 43/20
**circumstance [4]** 5/21 26/7 37/25 38/1
**circumstances [3]** 35/23 37/1 37/5
**circumvent [1]** 41/20

**city's [1]** 23/25
**civil [1]** 23/16
**clad [1]** 13/18
**claim [1]** 43/14
**clear [3]** 19/15 20/11 29/20
**clearer [1]** 10/7
**clearly [2]** 21/15 25/22
**Clerk [4]** 39/16 42/16 42/19 42/22
**clerks [1]** 17/14
**client [22]** 17/9 18/2 18/2 18/5 19/2 19/10 19/24 19/25 20/5 20/7 20/10 22/16 24/20 25/4 25/21 26/15 27/1 27/19 27/20 28/1 29/14 44/7
**client's [2]** 18/24 30/7
**close [5]** 24/10 29/25 32/11 33/8 44/14
**closed [1]** 6/15
**coach [6]** 10/14 12/4 30/15 31/12 31/12 31/14
**cognizant [1]** 17/7
**collapsible [2]** 7/18 8/14
**collection [2]** 12/20 39/7
**college [1]** 38/3
**COLUMBIA [4]** 1/2 1/13 39/17 47/4
**combination [1]** 14/24
**come [8]** 25/17 26/23 28/24 31/5 33/18 35/8 36/2 45/1
**comes [3]** 7/15 15/16 21/5
**coming [1]** 11/8 20/1
**commander [1]** 34/7
**commencement [1]** 42/7
**commendable [1]** 22/14
**comments [2]** 32/20 44/6
**commit [1]** 39/1
**commitment [1]** 21/13 26/12 46/8
**committed [3]** 14/11 38/7 38/14
**committee [3]** 25/9 25/13 25/15
**common [1]** 17/12
**communication [1]** 40/20
**communications [1]** 40/24
**community [3]** 21/3 21/13 22/15
**comparison [1]** 6/6
**compass [1]** 29/8
**complaint [1]** 24/12
**complete [1]** 35/3
**completion [1]** 43/5
**compliance [1]** 42/3
**complied [1]** 25/2
**complies [1]** 41/12
**comply [1]** 39/21
**comprising [1]** 29/10
**compromised [1]** 29/7
**computer [7]** 1/24 41/7 41/11 41/11 41/12 41/15 41/16
**computer-aided [1]** 1/24
**computers [5]** 40/23 41/2 41/14 41/22 41/22
**concept [1]** 26/2
**concerned [1]** 18/2
**concerning [2]** 11/1 14/16
**concurrent [2]** 38/15 38/17
**condition [8]** 41/4 41/5 41/7 41/13 41/23 46/2 46/4 46/10
**conditions [7]** 23/6 33/23 38/22 38/22 38/25 39/22 42/4
**conduct [7]** 4/9 5/25 13/22 15/25 38/24 41/5 41/13
**conducted [5]** 25/21 41/9 41/16

**Congress [3]** 38/2
**congressional [1]** 14/25
**congresswoman [2]** 12/19 12/21
**conjunction [1]** 32/21
**connection [1]** 43/16
**conscience [1]** 38/8
**consequences [1]** 14/4
**consequently [1]** 20/24
**consider [15]** 11/21 12/1 13/2 13/11 13/12 14/21 16/10 16/19 19/12 20/11 26/25 33/13 45/17 45/20 45/23
**consideration [3]** 11/13 19/4 38/11
**considered [1]** 16/5
**considers [1]** 32/18
**consistency [1]** 15/5
**consists [1]** 38/15
**conspiracy [1]** 10/25
**constitute [1]** 47/8
**Constitution [3]** 1/21 6/12 42/20
**consultation [1]** 40/14
**contained [1]** 18/19
**contains [2]** 41/8 41/16
**contemplate [1]** 28/11
**contempt [2]** 24/2 24/2
**contents [1]** 5/17
**continue [1]** 26/10
**continues [1]** 7/19
**continuously [1]** 23/12
**contrary [1]** 18/22
**contributed [1]** 13/22
**contributions [2]** 20/25 22/15
**contrition [2]** 14/15 27/25
**control [1]** 13/21
**controlled [2]** 39/2 39/3
**convey [1]** 14/2
**convicted [1]** 12/12
**conviction [2]** 43/12 43/16
**convictions [1]** 21/20
**cooperate [1]** 39/7
**cooperation [2]** 25/13
**cop [3]** 36/23 36/24 37/1
**Cori [1]** 12/19
**corner [2]** 7/17 9/10
**correct [2]** 3/18 5/3
**corrected [1]** 29/23
**correction [1]** 29/8
**Corrections [1]** 24/1
**corroborated [2]** 9/3 26/17
**corroborates [1]** 9/12
**cost [2]** 43/17 43/19
**could [9]** 7/5 12/6 17/12 24/19 25/21 33/9 36/11 45/2 45/5
**couldn't [2]** 26/18 37/20
**counsel [12]** 3/5 3/17 4/14 4/22 12/22 15/7 15/16 25/8 25/18 43/15 43/21 44/6
**counsels' [1]** 3/21
**count [2]** 4/1 4/20
**countless [1]** 24/18
**country [3]** 18/23 24/15 34/6
**country's [1]** 29/7
**counts [4]** 38/16 38/18 45/13 45/14
**county [2]** 22/18 34/8
**course [4]** 14/21 17/8 25/15 26/13
**court [61]**
**Court's [7]** 3/15 4/11 4/23 5/8 11/13 17/5 35/24

**C**

courtroom [1] 32/13
CPA [1] 39/19
CR [1] 1/4
crazy [3] 30/24 36/22
credit [3] 25/14 40/4 40/5
credited [1] 46/11
crime [5] 13/17 13/25 16/18 37/8 39/1
criminal [10] 3/3 3/24 4/12 12/10
12/11 18/10 19/12 20/16 23/12 24/14
critical [3] 14/2 23/10 29/9
critically [1] 29/4
crocodile [1] 27/2
crossing [1] 7/14
crowd [5] 7/1 8/19 9/17 36/21 36/22
current [1] 29/6
currently [1] 43/13
custody [1] 38/14
cutouts [1] 8/2

**D**

D.C [19] 1/5 1/22 6/10 22/19 23/16
24/1 24/17 24/18 24/25 25/1 25/16
25/19 25/23 29/13 39/20 42/5 42/20
43/20 44/8
data [2] 40/24 41/17
date [1] 46/11
day [31] 6/8 9/13 11/21 11/22 13/10
13/21 15/6 15/19 15/20 15/25 21/18
22/16 23/17 25/5 28/24 29/1 33/2
33/25 34/1 34/9 34/18 35/4 35/11
35/14 35/18 36/6 37/4 38/3 38/5 45/4
47/11
days [8] 10/17 11/6 31/18 39/4 41/24
42/7 42/21 43/10
DC [1] 1/14
deadly [1] 11/5
deals [1] 22/16
debrief [1] 13/8
debriefing [1] 27/4
decency [1] 18/9
decent [1] 17/21
decision [4] 26/9 26/25 36/13 45/4
decisions [2] 26/21 27/15
dedicated [2] 18/22 21/4
deeper [1] 32/25
deeply [1] 14/16
defend [1] 6/11
defendant [42] 1/6 1/16 3/11 5/24 5/25
7/4 8/3 8/11 8/15 8/22 9/1 10/7 10/16
11/7 11/24 12/2 12/9 12/15 12/25 13/3
13/4 13/20 14/8 14/11 14/23 14/23
15/3 15/8 15/9 15/14 16/6 16/12 19/18
20/3 20/15 23/7 25/11 25/18 26/22
32/25 33/18 44/2
defendant's [7] 6/7 7/14 9/12 10/13
19/12 24/8 43/4
defendants [3] 15/6 18/13 36/5
defense [4] 12/22 15/7 15/16 24/14
defense's [1] 19/7
defies [1] 6/6
defined [2] 40/23 43/11
Delaware [1] 28/14
delivering [1] 34/9
demands [1] 14/1
democracy [4] 6/1 11/25 14/5 38/8
democratic [1] 6/3

demonstrated [1] 26/13
demonstrates [2] 20/20 25/22
demonstrators [1] 36/25
denial [1] 23/15
Denisovich [1] 23/18
depart [1] 37/10
Department [2] 9/16 24/1
departs [1] 43/9
depict [1] 9/7
derelict [1] 25/6
deserve [1] 26/4
deserving [1] 20/21
details [1] 19/24
detention [3] 20/13 20/23 33/14
deter [1] 14/12
determination [1] 3/15
determine [2] 41/16 42/9
determined [1] 39/6
determines [1] 39/13
deterrence [5] 13/25 14/1 14/7 14/14
14/20
device [1] 41/7
devices [3] 40/24 41/2 41/3
dialogue [1] 36/20
did [25] 3/16 3/16 9/4 9/5 11/11 11/17
11/18 12/7 15/19 21/18 25/14 27/6
27/7 28/8 29/15 29/16 29/17 29/18
31/1 32/20 35/14 36/8 37/17 45/17
45/22
didn't [16] 20/8 22/20 27/7 28/18
28/24 30/6 30/7 30/15 31/1 31/2 31/2
31/3 31/5 31/10 32/1 36/24
difference [2] 19/1 28/21
different [1] 35/23
difficult [1] 32/8
difficulties [1] 17/11
digital [1] 40/19
dimensional [1] 15/8
diminish [2] 18/19 32/23
diner [1] 32/7
directed [2] 12/21 39/7
directly [1] 12/24
director [1] 23/25
disagree [1] 3/19
disarming [1] 7/24
disbursement [1] 39/17
disclosed [1] 39/24
discourage [1] 24/21
discovery [3] 24/19 25/2 25/6
discretion [1] 44/22
dismiss [1] 45/13
dismissal [2] 19/14 21/21
dismissed [1] 45/14
disparities [2] 14/22 15/2
dispositions [1] 19/17
disregard [2] 13/17 24/16
distance [2] 31/15 31/18
district [13] 1/1 1/2 1/10 1/13 1/21
39/17 39/17 42/4 42/6 42/19 43/1 47/3
47/3
divide [1] 29/7
DNA [1] 39/7
do [25] 4/3 4/8 9/7 15/8 17/25 20/7
20/10 24/23 27/22 28/2 28/3 28/4 28/5
31/1 33/10 36/16 36/24 37/11 37/17
39/13 42/11 44/1 44/2 45/9 47/4
Docket [1] 1/4

doctor [1] 35/9
doctors [1] 35/10
does [8] 5/11 8/15 12/14 16/14 18/18
33/6 42/11 43/21
doesn't [2] 22/7 33/11
doing [6] 9/21 10/9 31/3 31/16 35/13
45/9
dollars [1] 39/12
don't [17] 5/17 9/20 10/23 17/23 17/23
18/8 19/21 23/6 27/19 27/20 29/12
30/1 31/22 32/10 34/22 36/10 44/22
donations [2] 16/15 16/16
done [9] 18/3 18/15 25/19 36/8 36/15
37/4 45/1 45/2 45/5
door [2] 8/3 8/12 8/19
down [6] 24/4 28/8 28/9 31/14 31/14
34/1
dramatically [1] 9/16
dread [1] 11/15
dream [13] 28/23 28/24 30/4 30/8
30/10 30/11 30/17 30/25 31/8 31/8
31/24 31/25 32/3
dreams [2] 30/2 30/3
drive [3] 25/2 28/6 28/8
drove [2] 28/9 28/10
drug [2] 39/4 39/5
dude [1] 30/17
due [1] 27/20
duration [1] 40/11
during [7] 5/9 8/23 9/22 12/17 13/8
40/22 45/19
duty [1] 11/23

**E**

each [3] 4/20 29/10 30/22
earlier [2] 21/18 37/4
early [5] 13/3 15/23 28/6 28/7 37/14
ears [1] 27/8
effectively [1] 41/19
eight [2] 31/4 35/7
either [3] 4/25 5/2 43/21
electoral [1] 38/3
electronic [3] 19/19 40/20 40/24
elements [1] 26/22
elevate [2] 18/9 18/16
else [2] 20/6 27/23
Email [1] 1/15
emails [1] 40/19
embarrassing [2] 23/21 23/22
emotionally [1] 22/9
encounter [3] 8/24 8/25 9/5
end [1] 9/13
ended [1] 31/18
enforcement [9] 14/6 15/15 15/16
15/18 17/20 18/21 18/23 21/5 22/15
enhance [1] 4/9
enhancement [1] 4/5
enjoying [1] 34/19
enormous [1] 23/5
enough [1] 27/15
ensure [1] 41/12
enter [1] 8/8
entered [2] 24/7 43/13
entering [1] 43/15
enters [2] 8/13 43/11
entire [3] 17/21 18/10 24/15
entry [1] 8/11

## E

epiphany [1] 29/12
epistemology [1] 32/11
epithet [1] 20/9
especially [1] 20/22
Esquire [1] 1/16
essentially [2] 12/11 33/6
establish [1] 38/23
establishes [1] 13/17
et [2] 40/11 40/16
evaluating [1] 18/24
evaluation [1] 20/14
even [15] 11/1 15/19 15/20 19/24 20/8 21/19 22/10 25/20 28/19 28/19 33/1 33/8 36/25 37/3 38/2
event [2] 9/22 28/20
events [1] 6/7
ever [2] 32/17 34/23
every [4] 22/16 29/10 34/9 35/11
everyone [2] 17/10 27/23
everything [5] 16/4 18/6 18/8 33/24 45/1
evidence [4] 9/11 37/15 37/21 41/8
exact [1] 7/14
exactly [3] 7/13 8/11 22/1
examining [1] 19/15
except [1] 5/17
exception [1] 19/1
exchange [1] 11/3
excuse [1] 34/2
execute [1] 43/1
execution [1] 38/5
Exhibit [3] 6/23 8/10 10/1
exhibits [1] 5/19
existent [1] 37/16
exists [2] 26/3 41/6
exit [6] 28/4 28/5 28/12 28/12 28/13 28/14
exiting [1] 8/21
exits [2] 8/18 8/18
expect [2] 15/15 21/24
expectation [1] 38/23
expedited [1] 44/16
expeditiously [1] 44/7
experience [1] 18/12
experienced [1] 16/12
explain [1] 16/10
express [1] 30/1
expressed [5] 13/7 13/9 15/17 15/24 27/1
expression [1] 36/15
extraneous [1] 12/22
extraordinarily [1] 23/5
extraordinary [1] 22/14
extremely [1] 18/20
eyes [1] 27/22

## F

face [3] 9/25 36/24 37/22
Facebook [1] 7/22
faced [1] 35/10
facility [1] 44/19
fact [7] 7/8 11/23 19/2 25/19 26/13 26/24 28/25
factor [1] 13/23
factors [3] 4/23 16/2 32/19
facts [2] 12/22 13/1

fair [5] 17/21 18/4 18/5 19/13 35/22
FAIRLAMB [32] 1/3 3/4 3/11 9/8 9/14 9/23 9/24 11/2 18/18 18/22 19/3 20/17 21/2 21/5 21/12 24/4 24/9 24/11 24/13 25/7 25/11 26/10 28/9 30/12 30/25 31/20 32/12 33/19 35/2 35/16 38/13 44/25
Fairlamb's [3] 8/11 28/23 45/18
fairly [1] 18/2
family [7] 15/17 21/5 29/18 34/2 34/25 35/7 45/9
family's [1] 35/18
far [8] 6/11 6/17 18/1 20/6 20/15 21/22 23/23 24/3
fashion [1] 25/6
father [5] 21/7 34/3 34/5 34/19 34/21
fault [1] 30/7
FBI [3] 11/1 12/18 27/4
FCI [1] 44/18
fear [2] 11/15 13/23
federal [1] 39/1
feeding [1] 34/9
feeds [1] 23/20
feel [3] 32/11 33/7 33/11
feels [1] 32/25
felt [3] 11/14 11/15 11/22
fertility [1] 35/9
fervent [1] 29/21
few [1] 22/12
Field [1] 45/16
fight [7] 30/18 30/19 30/19 30/20 30/22 30/22 31/10
fighter [1] 10/13 12/3 30/18
fighting [2] 7/5 30/9
file [4] 9/15 40/2 43/10 43/18
filed [2] 5/15 36/9
filmed [1] 11/7
finally [2] 14/21 25/1
financial [9] 16/13 39/19 39/24 40/1 40/2 40/3 40/5 42/15 42/22
financially [2] 16/18 22/9
find [4] 36/16 37/8 37/11 42/11
findings [1] 4/11
fine [7] 4/16 5/12 16/10 16/19 20/5 42/12 42/12
finger [1] 6/16
finish [1] 35/21
first [14] 3/14 5/6 6/13 6/21 8/4 8/8 8/12 9/19 9/24 13/4 14/23 17/8 27/12 36/5
fit [1] 23/24
five [3] 8/24 36/19 39/8
flash [1] 7/20
flying [1] 7/6
focus [2] 5/24 20/14
follow [2] 40/7 40/12
following [5] 9/15 10/17 38/21 39/18 39/21
Footnote [1] 36/19
force [1] 11/14
forcefully [1] 7/15
Ford [1] 39/19
foregoing [1] 47/7
forever [1] 22/4
Forget [1] 31/21
forgiveness [1] 26/2
formalities [1] 35/11

formally [1] 25/21
former [2] 10/19 12/3
forth [1] 3/21
fortunate [1] 37/22
forward [5] 24/19 33/18 38/3 45/1 45/6
foster [1] 25/24
fought [1] 24/18
found [2] 19/25 36/16
four [3] 8/10 19/10 39/6
Fourth [1] 1/13
free [1] 26/9
Friday [2] 35/8 44/10
friend [2] 20/8 32/9
front [2] 27/21 37/6
full [2] 35/14 42/23
fully [1] 25/2
function [2] 37/7 38/2
functioning [1] 41/19
funny [1] 27/8
further [4] 14/15 14/20 38/19 47/7
future [1] 14/3

## G

garage [2] 30/19 30/19
Gawree [1] 17/19
gear [1] 13/18
general [1] 13/24
generally [1] 10/6
gentleman [2] 20/8 22/2
genuine [1] 27/25
genuinely [2] 20/25 32/3
gesticulating [1] 6/15
get [19] 25/23 28/13 29/15 29/16 31/3 31/4 31/6 31/11 31/22 32/10 32/15 34/22 35/12 35/25 37/18 37/19 44/9 45/8 45/9
getting [3] 12/15 33/25 35/6
give [3] 19/13 37/9 37/12
given [3] 25/4 26/8 44/5
glass [1] 8/9
go [17] 3/13 4/25 6/11 10/23 11/4 11/4 12/23 14/17 15/13 24/3 28/2 30/21 31/6 31/15 37/14 37/19 38/3
goal [1] 31/9
God [1] 24/5
Goemaat [4] 1/12 3/8 17/18 35/19
goes [1] 13/14
going [20] 5/19 5/24 6/7 7/2 17/4 18/11 22/24 24/10 27/17 27/24 28/13 30/18 31/10 31/15 31/18 32/8 32/12 37/18 37/18 38/8
gone [3] 17/5 22/7 36/10
good [9] 3/7 3/10 20/22 27/15 33/22 38/8 45/2 45/5 45/11
Gopul [1] 17/19
got [6] 27/2 27/13 28/4 29/2 32/2 35/12
government [17] 1/12 3/9 3/21 5/15 18/1 18/11 19/9 22/6 23/2 26/18 27/3 27/4 34/12 36/9 36/16 37/8 45/12
government's [7] 5/5 5/18 9/3 16/1 18/20 19/1 36/19
gracious [2] 17/13 17/15
Graduating [1] 30/9
grave [1] 6/3
great [4] 13/10 16/12 20/17 31/25
greatly [1] 14/1

**G**

**green [1]** 6/18
**grenade [2]** 11/8 14/18
**grew [1]** 30/2
**group [1]** 4/2
**grouping [1]** 4/3
**growing [1]** 30/2
**guards [1]** 24/8
**guideline [9]** 3/23 4/6 4/13 4/17 4/21 15/3 16/7 37/9 43/9
**guidelines [10]** 3/14 3/15 3/18 4/1 15/4 37/10 37/11 37/13 38/9 38/12
**guilty [5]** 13/4 19/25 36/7 36/14 43/16
**guy [1]** 36/23
**guys [2]** 30/20 36/22
**gym [3]** 12/3 22/6 22/6

**H**

**H2205B [1]** 39/20
**habit [1]** 17/19
**had [19]** 3/17 11/14 11/16 12/18 14/18 17/10 28/1 28/17 29/4 30/2 30/10 33/24 35/7 35/8 36/9 36/10 37/4 37/24 47/5
**Hana [1]** 45/16
**hand [4]** 14/7 14/9 15/9 15/14
**happen [4]** 10/21 30/6 30/7 32/8
**happened [2]** 9/12 26/19
**happens [1]** 10/22
**happiness [1]** 32/17
**happy [3]** 5/16 32/3 32/3
**hard [1]** 27/12
**Harley [5]** 1/16 3/10 31/12 31/15 32/2
**harm [1]** 18/21
**harsh [1]** 23/5
**has [48]**
**have [58]**
**haven't [1]** 34/11
**having [1]** 8/24
**he [155]**
**he's [7]** 12/2 27/22 29/3 29/4 29/23 30/18 34/13
**head [1]** 34/20
**health [1]** 40/12
**hear [3]** 5/14 10/7 15/15
**heard [1]** 27/9
**hearing [3]** 33/21 42/1 42/2
**heart [2]** 22/18 38/7
**held [2]** 24/2 29/1
**help [5]** 9/6 32/16 33/2 33/3 33/3
**helped [3]** 31/24 32/2 32/17
**helpful [1]** 16/24
**helping [1]** 18/23
**helps [1]** 31/21
**her [2]** 27/9 34/22
**here [25]** 4/8 5/22 13/15 14/14 14/23 15/4 15/8 17/5 17/10 18/14 19/6 21/9 22/7 22/8 22/8 24/24 26/23 27/22 29/16 31/3 31/6 32/5 32/11 34/16 45/25
**hereby [2]** 38/13 47/4
**hereto [1]** 47/10
**hesitation [1]** 25/11
**high [1]** 30/9
**highlight [1]** 5/18
**him [22]** 7/7 10/21 12/7 22/22 23/11 25/14 28/2 28/9 29/3 30/14 30/14

**himself [3]** 11/18 11/24 28/9
**his [68]**
**his smirk [1]** 6/19
**history [19]** 3/24 4/13 6/2 6/4 10/14 12/1 12/10 12/11 12/15 12/17 12/24 19/2 19/3 19/8 20/14 20/15 20/20 21/13 22/14
**hit [3]** 28/5 28/14 37/22
**hold [2]** 23/25 28/12
**holds [1]** 29/2
**holiday [1]** 23/14
**Holmes [3]** 24/7 24/9 24/13
**home [6]** 20/13 20/23 29/17 33/13 44/15 45/8
**honest [1]** 17/21
**Honor [45]** 3/2 3/7 3/10 5/1 5/7 5/13 6/16 8/10 10/11 12/4 13/25 16/17 16/25 17/9 17/13 22/1 22/24 24/24 25/25 26/15 26/24 27/14 28/20 28/23 29/5 32/18 32/24 33/4 33/6 33/11 33/13 33/22 35/15 35/22 42/14 42/18 43/24 44/16 45/3 45/10 45/12 45/17 46/1 46/5 46/9
**Honor's [7]** 17/9 19/23 22/25 26/9 27/21 33/12 44/13
**HONORABLE [1]** 1/9
**honorably [1]** 34/6
**hope [1]** 35/24
**hopefully [1]** 44/10
**hospital [1]** 31/19
**hostile [1]** 6/5
**hours [1]** 24/18
**house [6]** 19/19 25/16 28/15 28/15 35/7 39/20
**housed [1]** 23/8
**how [9]** 6/11 23/10 24/3 24/19 25/20 26/5 27/3 29/15 29/16
**however [3]** 8/15 16/14 19/12
**Hudson [1]** 22/18
**human [1]** 31/20
**humane [1]** 18/5
**Hunter [1]** 43/21
**hurled [1]** 20/9

**I**

**I'd [1]** 17/6
**I'll [5]** 5/5 16/10 17/4 31/1 44/9
**I'm [20]** 5/16 5/19 5/24 6/7 6/14 17/24 19/23 20/7 24/24 26/22 27/17 27/22 27/24 30/18 31/16 32/23 32/24 33/18 33/21 34/16
**I've [5]** 24/2 28/1 33/24 37/16 43/7
**idea [2]** 10/8 10/19
**identify [1]** 3/6
**ideologies [1]** 29/1
**ideology [1]** 23/19
**idiosyncratic [2]** 26/20 26/21
**illustrates [1]** 20/17
**immediate [1]** 40/25
**immediately [2]** 24/11 42/16
**immoral [1]** 18/3
**impact [2]** 11/12 37/23
**impede [1]** 25/19
**impedes [1]** 23/9
**impediment [1]** 17/13

**implore [1]** 33/13
**important [8]** 12/23 15/4 15/4 18/17 18/20 29/23 31/7 36/4
**importantly [1]** 29/19
**imposed [6]** 4/19 38/23 43/7 43/13 43/22 46/12
**imposing [1]** 20/12
**imposition [1]** 42/12
**impressed [1]** 36/17
**imprisonment [1]** 43/8
**inability [2]** 38/2 38/2
**inaugurated [1]** 41/24
**incarcerated [3]** 16/13 22/17 26/14
**incarceration [6]** 13/2 13/24 14/20 23/14 41/24 44/4
**incited [2]** 7/1 15/9
**include [1]** 38/25
**included [1]** 4/9
**includes [1]** 42/25
**including [1]** 21/7
**increase [1]** 32/1
**incredible [1]** 34/13
**incur [1]** 40/4
**indecent [1]** 18/4
**Indeed [3]** 21/5 21/15 26/2
**indicating [1]** 10/18
**indictment [1]** 45/13
**individual [2]** 5/25 22/13
**individuals [1]** 21/6
**indulgence [2]** 5/8 17/5
**ineffective [1]** 43/15
**ineligible [1]** 4/16
**inferred [1]** 24/24
**information [6]** 16/5 39/24 40/1 40/2 40/3 43/14
**initial [1]** 41/14
**initially [2]** 4/14 18/17
**injured [1]** 37/23
**injury [2]** 12/6 12/8
**inmate [1]** 23/11
**inmate's [1]** 24/16
**inmates [4]** 23/20 24/6 24/21 29/15
**inpatient [1]** 40/6
**inserted [1]** 46/7
**inside [6]** 8/16 8/20 9/8 25/17 31/16 32/25
**insisted [1]** 25/15
**Instagram [4]** 6/25 7/1 10/21 12/20
**install [1]** 41/10
**installation [3]** 41/17 41/19 41/21
**instance [1]** 22/9
**instances [1]** 22/12
**instant [3]** 20/15 21/14 40/18
**institution [1]** 23/19
**insurrection [1]** 11/6
**integrity [1]** 29/7
**intend [1]** 14/4
**intended [3]** 28/3 28/4 28/5
**intensity [2]** 40/11 40/16
**intentional [1]** 23/9
**intentionally [1]** 32/22
**interactive [1]** 40/20
**interest [2]** 39/14 39/14
**interested [2]** 33/18 33/21
**interfere [1]** 11/25
**Internet [1]** 41/2
**interview [3]** 11/2 13/6 25/18

**I**

**interviewed [1]** 9/4
**intimate [1]** 20/4
**introspect [1]** 23/10
**investigate [2]** 25/10 42/24
**investigation [3]** 8/23 9/3 12/18
**Investigative [1]** 25/8
**involved [4]** 12/14 19/3 19/25 21/3
**irresponsible [1]** 35/3
**is [105]**
**it [75]**
**it's [25]** 4/8 8/10 8/10 10/2 10/23 17/1
17/10 21/17 21/19 21/23 22/12 22/22
23/19 24/4 26/17 26/19 28/14 29/4
35/13 35/16 37/5 38/12 44/13 44/21
45/24
**its [5]** 5/17 6/6 10/19 25/24 41/19
**itself [2]** 13/15 38/7
**Ivan [1]** 23/18

**J**

**J and [1]** 44/10
**jail [14]** 22/19 22/19 22/22 23/16 24/1
24/17 24/18 24/25 25/16 25/17 25/19
25/23 29/13 44/8
**jail's [1]** 25/1
**January [8]** 5/23 11/1 11/6 13/5 23/12
25/10 26/11 30/13
**January 6th [5]** 5/23 13/5 23/12 25/10
26/11
**January 9th [1]** 11/6
**Jenkins [1]** 5/8
**Jersey [9]** 21/7 22/18 28/3 28/6 28/7
28/16 30/3 44/14 44/18
**Jones [4]** 1/20 47/2 47/13 47/14
**judge [18]** 1/9 1/10 13/15 17/4 17/17
21/8 21/19 22/12 22/15 22/20 23/6
24/3 29/25 31/19 32/9 43/25 44/5
44/24
**judgment [3]** 38/13 43/11 46/7
**jumping [1]** 8/9
**jury [1]** 36/11
**just [33]** 7/3 8/5 8/14 14/2 15/21
16/17 18/5 18/7 19/13 21/9 22/21
22/23 22/25 27/1 27/10 28/21 30/19
30/22 31/10 34/1 34/4 34/25 35/5 35/7
35/12 35/23 35/24 36/23 37/2 37/8
45/6 45/7 46/10
**justice [2]** 18/10 20/16
**justify [2]** 15/25 38/8

**K**

**Kathy [1]** 39/19
**KEVIN [3]** 1/5 3/4 38/13
**kick [1]** 24/10
**killed [1]** 31/4
**kinds [1]** 20/24
**knew [2]** 6/18 31/10
**knocked [2]** 7/18 31/11
**know [20]** 9/20 17/23 18/1 20/8 24/3
26/5 29/20 30/15 30/24 31/1 32/9
32/10 32/12 32/14 32/14 32/15 33/19
35/10 35/15 44/21
**knowing [1]** 32/11
**knowledge [1]** 20/4
**knows [1]** 29/22

**L**

**LAMBERTH [1]** 1/9
**language [1]** 46/2
**large [3]** 8/19 15/5 19/9
**largely [2]** 9/2 9/11
**Last [1]** 44/25
**later [3]** 7/8 8/22 9/14
**laudable [1]** 14/15
**laugh [1]** 31/2
**law [23]** 4/19 13/14 13/16 13/18 14/5
14/6 15/15 15/16 15/17 17/19 18/21
18/23 21/5 22/15 37/6
**lawyer [2]** 31/2 32/9
**leading [1]** 9/9
**learned [1]** 25/1
**least [2]** 33/14 39/5
**leave [4]** 7/2 9/6 21/10 28/7
**leaving [1]** 24/8
**lectern [1]** 3/5
**led [3]** 21/21 23/11 38/1
**left [3]** 7/17 10/16 28/3
**lengthy [1]** 13/1 19/4
**Leslie [3]** 1/12 3/8 17/18
**leslie.goematt [1]** 1/15
**less [3]** 8/12 8/17 39/23
**let [1]** 25/1
**let's [2]** 31/6 32/10
**letter [1]** 25/4
**leukemia [1]** 22/16
**level [2]** 3/25 4/12
**liberals [1]** 10/22
**liberty [1]** 23/15
**license [1]** 23/15
**lie [2]** 28/23 28/24
**lieutenant [1]** 34/7
**life [23]** 18/22 21/1 21/4 21/14 21/24
22/3 22/4 22/14 22/17 23/17 25/25
26/4 33/11 33/15 33/15 33/16 33/16
34/22 35/1 35/12 36/1 37/24 45/7
**like [16]** 5/9 17/6 18/9 24/22 28/8 30/5
30/6 30/10 32/13 33/19 33/20 33/20
35/15 35/18 35/22 37/22
**line [8]** 7/11 7/13 7/15 7/16 9/9 9/15
9/23 14/10
**lines [1]** 40/5
**link [1]** 36/18
**literally [2]** 6/5 9/18
**little [4]** 22/21 30/24 32/24 33/2
**live [2]** 30/2 31/8
**lived [2]** 22/3 26/6
**lives [1]** 26/6
**living [1]** 21/24
**local [1]** 39/1
**location [3]** 40/10 40/15 44/14
**long [10]** 8/15 14/10 17/4 17/4 19/2
19/3 19/8 21/12 22/14 34/3
**longer [2]** 29/1 43/8
**look [3]** 27/8 30/17 32/24
**looked [1]** 36/18
**looking [1]** 17/25
**lose [2]** 9/17 29/17
**lost [2]** 16/14 34/20
**lot [1]** 37/19
**luck [3]** 45/2 45/5 45/11
**lunch [1]** 34/19

**M**

**machine [3]** 1/24 47/4 47/9
**made [9]** 21/9 26/21 28/6 30/23 32/20
32/22 36/13 39/16 44/6
**make [9]** 9/17 20/13 26/4 26/12 27/15
30/20 39/8 39/11 44/3
**makes [2]** 21/25 22/2
**making [3]** 20/24 33/25 35/9
**man [3]** 27/15 35/22 36/1
**man's [1]** 25/25
**mandatory [2]** 38/21 38/25
**many [4]** 21/4 30/11 36/5 36/7
**March [1]** 10/20
**martial [1]** 30/16
**mask [1]** 5/11
**math [2]** 33/7 33/9
**matter [5]** 5/16 20/3 34/1 34/14 41/9
**matters [2]** 12/4 44/17
**maximum [1]** 43/8
**may [9]** 18/6 23/6 39/15 41/3 41/4
41/22 43/6 43/12 43/18
**me [33]** 3/16 17/6 19/21 25/3 25/6 25/7
30/14 31/2 31/4 31/6 31/11 31/12
31/14 31/14 31/17 31/24 31/24 32/5
32/5 32/6 32/6 32/9 32/17 33/8 34/2
34/13 34/15 34/17 35/13 35/25 35/25
36/17 44/3
**meals [1]** 34/9
**mean [2]** 33/6 35/17
**means [1]** 27/24
**meant [3]** 23/14 28/2 32/18
**measure [1]** 23/1
**media [6]** 6/11 10/18 15/13 40/18
**medication [1]** 35/11
**meet [3]** 30/3 31/8 32/6
**meeting [1]** 25/21
**member [1]** 20/18
**memo [3]** 33/8 36/10 36/19
**memorandum [6]** 5/16 12/23 15/8
16/4 19/7 19/22
**men [1]** 34/9
**mental [1]** 40/12
**mentally [1]** 31/22
**mentioned [1]** 12/2
**mercy [1]** 35/25
**messages [1]** 40/18
**met [2]** 24/12 35/23
**metal [1]** 7/11
**metropolitan [2]** 9/16 42/5
**mid [1]** 16/6
**middle [2]** 3/5 6/9
**militate [1]** 13/1
**mind [1]** 5/11
**minimum [2]** 37/11 37/13
**minute [2]** 8/12 8/17
**minutes [4]** 8/16 8/22 9/14 15/21
**mirror [1]** 45/8
**misstep [1]** 26/4
**mistake [1]** 32/22
**MIT [1]** 33/8
**mixed [1]** 30/16
**MMA [2]** 10/13 12/3
**mob [1]** 15/9
**modality [2]** 40/10 40/16
**model [1]** 34/13
**moment [4]** 22/4 26/1 31/17 32/22
**moments [1]** 34/1

## M

**monetary [1]** 20/5
**money [1]** 30/21
**monitor [1]** 45/18
**monitoring [7]** 19/20 41/11 41/12 41/15 41/18 41/18 41/20
**month [4]** 27/17 33/9 37/12 39/24
**months [11]** 4/14 16/7 31/5 33/5 33/5 33/24 35/7 37/18 38/15 38/16 38/17
**moral [1]** 29/7
**more [9]** 11/1 16/16 17/20 19/7 23/16 24/20 29/19 36/7 37/19
**Moreover [1]** 19/14
**morning [5]** 3/7 3/10 28/6 28/8 33/25
**most [9]** 5/18 16/5 17/13 18/17 18/22 20/1 22/2 29/15 36/17
**mother [6]** 22/7 32/7 34/8 34/16 34/19 34/21
**mother's [2]** 33/15 34/18
**motion [1]** 45/15
**motorcycle [1]** 34/20
**mouth [1]** 7/9
**move [1]** 9/23
**moved [2]** 44/11 44/14
**moves [1]** 45/12
**moving [1]** 45/6
**Mr [30]** 5/3 9/14 9/23 9/24 11/2 17/1 17/2 18/18 18/22 19/3 20/17 21/2 21/5 21/12 24/4 24/9 24/11 24/13 25/7 26/9 28/9 28/23 30/12 30/25 32/12 33/17 33/19 35/18 44/25 45/18
**Mr. [2]** 9/8 25/11
**Mr. Fairlamb [2]** 9/8 25/11
**Ms [2]** 5/8 35/19
**MSS [1]** 40/18
**much [8]** 10/6 16/23 17/5 17/24 25/3 32/14 33/16 44/24
**multi [1]** 15/8
**multi-dimensional [1]** 15/8
**must [22]** 5/24 12/1 13/12 14/21 38/25 39/1 39/3 39/4 39/6 39/8 39/22 39/25 40/1 40/4 40/6 40/11 40/22 41/1 41/10 41/13 41/21 43/10
**my [57]**
**myself [3]** 17/8 30/8 35/13

## N

**N.W [1]** 1/21
**name [4]** 32/1 34/25 35/2 47/11
**nature [5]** 5/21 5/23 6/6 19/15 32/23
**near [1]** 44/18
**need [9]** 3/13 13/12 14/13 14/19 14/22 17/8 17/17 19/21 44/16
**needs [13]** 18/1 34/17 34/17
**nervous [2]** 31/13 33/20
**never [3]** 11/14 24/15 32/12
**nevertheless [1]** 17/12
**new [12]** 21/7 22/18 28/3 28/5 28/7 28/16 30/3 40/4 43/13 44/14 44/18 45/7
**Newark [1]** 28/13
**news [1]** 17/23
**next [2]** 8/13 20/7
**nice [1]** 17/1
**nightly [1]** 24/5
**NJ [1]** 1/17
**no [20]** 1/4 5/1 5/1 10/8 13/25 15/1 17/10 20/5 21/9 25/13 28/9 28/24 29/1 29/8 30/21 30/21 34/14 39/23 43/24 43/25
**nobody's [1]** 35/13
**normal [1]** 34/22
**norms [1]** 6/3
**northwest [2]** 6/22 42/20
**not [68]**
**note [2]** 24/22 25/4
**noted [2]** 18/14 43/22
**notes [2]** 15/7 47/9
**nothing [14]** 17/15 17/20 18/3 18/3 18/3 18/15 20/6 24/20 24/22 24/23 25/19 35/18 35/19 35/21
**notify [1]** 42/21
**noting [1]** 6/7
**notwithstanding [2]** 11/23 12/10
**November [2]** 1/5 47/11
**now [10]** 5/22 18/7 25/22 28/12 29/22 30/1 31/23 36/7 45/2 45/5
**number [1]** 15/6
**numerous [1]** 10/17
**nuts [2]** 36/23 37/1
**NW [1]** 1/13

## O

**Oak [1]** 1/17
**objections [3]** 4/24 5/1 43/21
**obligation [2]** 18/20 42/23
**obligations [2]** 42/15
**observed [1]** 13/17
**obstruct [2]** 14/4 14/5
**obstructed [1]** 4/8
**obstruction [4]** 4/3 4/4 14/24 38/1
**obtain [1]** 25/5
**obtained [4]** 7/23 8/15 8/23 15/10
**obtains [1]** 7/18
**occasion [1]** 15/19
**occupied [1]** 6/5
**off [1]** 33/9
**offense [8]** 3/25 4/12 5/21 13/13 36/6 37/5 38/6 43/16
**offenses [1]** 19/24
**offensive [1]** 20/2
**offer [1]** 25/14
**offering [4]** 9/1 9/2 9/5 9/6
**office [15]** 1/12 4/6 18/16 24/23 24/25 25/12 33/6 39/8 39/20 39/25 40/2 40/4 42/5 42/23 42/25 43/4
**officer [25]** 9/25 9/25 12/6 12/7 13/5 13/19 14/25 15/12 20/3 21/15 21/21 24/7 24/9 24/12 26/16 36/21 39/19 40/6 40/9 40/13 40/21 41/4 41/10 41/13 42/2
**officers [9]** 8/25 9/4 9/9 9/10 9/17 9/20 9/22 10/8 13/20 18/21 26/17 26/17 36/6
**official [6]** 1/20 4/4 4/7 47/2 47/8 47/14
**often [3]** 17/20 21/6 22/14
**Okay [3]** 5/3 44/1 44/21
**old [4]** 30/13 30/14 30/17 31/4
**once [4]** 12/12 12/13 24/13 25/23
**one [24]** 3/24 4/13 4/15 6/3 7/6 7/21 9/22 12/10 14/7 15/9 20/22 22/4 23/17 26/24 27/13 28/11 29/10 29/13 29/25 30/3 30/5 36/17 38/25 39/4
**one's [1]** 23/15
**online [2]** 40/17 40/20
**only [7]** 6/4 18/9 18/11 21/8 23/8 32/25 41/5
**open [1]** 40/4
**opinion [1]** 43/20
**ordeal [1]** 35/20
**order [3]** 24/3 43/1 46/8
**ordered [2]** 38/19 39/11 45/22
**original [1]** 3/22
**originally [1]** 3/17
**other [24]** 4/2 4/24 6/7 7/10 8/5 13/25 14/9 15/14 18/12 23/24 26/16 30/4 30/8 30/22 36/25 37/15 39/10 40/19 40/24 41/1 41/22 44/1 44/1 44/3
**others [1]** 9/5
**otherwise [2]** 15/15 16/22
**our [15]** 6/1 6/3 6/4 6/11 16/3 20/16 22/23 29/10 29/17 34/12 34/16 34/25 35/6 35/7 38/7
**out [18]** 9/23 18/11 21/17 21/19 21/23 25/23 28/19 29/16 30/23 31/3 31/11 32/15 34/19 35/13 36/5 37/2 37/3 38/6
**outnumbered [1]** 9/16
**outpatient [1]** 40/7
**outside [2]** 24/8 42/4
**over [6]** 3/13 7/18 8/9 18/23 31/17 34/21
**overall [2]** 37/25 37/25
**overrun [1]** 37/7
**overwhelming [1]** 7/11
**own [10]** 6/8 6/24 8/11 15/11 22/6 24/20 24/22 25/24 29/10 30/20
**owned [1]** 12/3

## P

**page [1]** 36/18
**pages [1]** 47/7
**paid [4]** 16/8 20/5 39/23 42/23
**pains [1]** 34/13
**papers [1]** 16/22
**part [8]** 3/14 19/9 24/24 25/21 25/22 27/10 29/23 37/25
**participants [1]** 6/6
**participate [2]** 40/6 40/11
**participated [2]** 6/1 13/6
**participating [1]** 24/5
**participation [3]** 11/3 40/10 40/15
**particular [3]** 14/12 14/24 23/8
**particularly [3]** 14/5 14/17 15/4
**partner [1]** 11/17
**party [2]** 5/2 9/19
**pass [1]** 26/9
**patience [1]** 5/10
**patient [1]** 17/14
**patriate [1]** 11/9
**patriates [1]** 10/23
**pay [5]** 26/10 38/19 39/13 39/22 42/12
**payable [1]** 42/16
**payment [1]** 39/16
**penal [2]** 23/7 23/19
**penalties [1]** 39/14
**people [14]** 12/16 18/10 26/4 27/16 29/3 30/11 31/20 31/21 31/21 32/16 37/15 38/6 41/1 41/22
**pepper [3]** 7/5 7/7 7/8
**perhaps [1]** 8/1 13/25 27/5

**P**

**period [2]** 43/7 45/19
**periodic [1]** 39/5 41/14
**permission [2]** 25/17 43/18
**person [5]** 17/2 20/9 26/5 36/21 36/22
**personal [7]** 4/8 4/9 20/14 20/20 21/14 29/11 42/9
**personally [3]** 17/15 17/17 30/12
**personnel [1]** 18/23
**philosophy [2]** 21/24 26/1
**photo [8]** 6/14 6/14 7/8 7/12 7/13 8/13 8/20 9/8
**photographs [1]** 8/23
**photos [1]** 40/19
**physically [1]** 31/22
**Picatinny [1]** 44/19
**pick [1]** 45/7
**pieces [1]** 45/7
**pile [1]** 8/9
**pin [2]** 11/8 14/18
**place [1]** 8/4
**placement [2]** 39/5 41/25
**Plaintiff [1]** 1/3
**plan [1]** 38/5
**planned [1]** 38/6
**planning [1]** 38/4
**platoon [1]** 11/18
**play [1]** 5/9
**played [5]** 7/3 7/25 10/4 10/10 11/10
**plea [6]** 3/22 4/18 13/6 27/11 37/14 43/16
**plead [3]** 13/4 36/14 37/17
**please [1]** 3/5
**pleasure [2]** 17/3 23/7
**pled [1]** 36/7
**podium [1]** 36/3
**point [6]** 7/18 7/21 8/2 30/25 31/12 31/19
**points [2]** 4/5 5/18
**police [21]** 7/5 7/11 7/13 7/16 7/19 8/14 8/25 9/9 9/10 9/16 10/8 11/14 13/5 13/18 13/20 14/25 15/12 15/21 21/15 21/21 26/16
**political [1]** 29/6
**posed [2]** 6/13 6/14
**position [4]** 22/23 25/13 34/12 37/15
**positively [1]** 20/3
**possess [1]** 39/2
**possible [1]** 44/15
**posted [2]** 6/25 10/17
**posting [1]** 12/19
**posts [2]** 7/22 12/20
**potential [1]** 20/18
**pounds [1]** 30/9
**powerful [1]** 37/23
**practice [1]** 17/12
**practiced [1]** 24/14
**precisely [1]** 26/3
**premeditate [1]** 28/11
**premeditation [1]** 28/17
**prepared [1]** 6/9
**prescribe [1]** 22/24
**present [2]** 3/12 26/6
**presentence [5]** 3/16 4/15 4/24 42/24 43/3
**presents [1]** 19/7
**President [1]** 10/19

**pretrial [1]** 23/15
**previous [1]** 4/11
**previously [2]** 12/19 13/16
**price [1]** 26/10
**principle [2]** 26/2 31/8
**principles [3]** 22/3 22/4 29/1
**prior [13]** 7/14 8/11 15/19 15/22 21/20 21/20 22/10 26/6 26/16 33/1 35/7 41/17 42/1
**prison [2]** 19/5 19/10
**prisoner's [1]** 23/16
**Prisons [1]** 38/14
**probably [2]** 5/14 8/24
**probation [20]** 3/19 4/6 4/16 20/6 39/8 39/25 40/2 40/6 40/9 40/13 40/21 41/4 41/10 41/13 42/2 42/5 42/23 42/25 43/4 45/16
**problem [3]** 25/22 36/17 44/22
**proceeded [1]** 24/9
**proceeding [4]** 4/4 4/7 14/25 38/1
**proceedings [4]** 1/24 46/13 47/5 47/8
**process [1]** 35/6
**produced [1]** 1/24
**professional [5]** 21/2 21/14 30/18 35/19 35/21
**profound [1]** 20/4
**program [5]** 40/7 40/8 40/10 40/13 40/15
**progress [4]** 25/24 42/1 42/6 42/8
**promote [2]** 13/14 25/24
**promoted [1]** 10/19
**promptly [1]** 44/11
**proofs [1]** 24/21
**prosecuted [1]** 18/2
**prosecution [2]** 17/22 35/19
**prosecutors [3]** 13/9 18/9 18/14
**prospective [1]** 5/19
**protect [1]** 18/20
**protected [1]** 6/18
**proud [2]** 34/5 36/1
**prove [2]** 30/4 30/8
**provide [2]** 39/25 46/2
**provided [4]** 22/22 25/3 29/13
**provider [3]** 40/10 40/14 40/15
**provisional [1]** 41/17
**provisions [1]** 38/11
**public [2]** 18/21 21/6
**pull [1]** 27/21
**pulled [3]** 11/8 14/18 35/12
**pulling [1]** 27/16
**punch [1]** 12/5
**punched [1]** 12/7 36/23
**punching [3]** 9/25 12/14 12/16
**purchased [1]** 35/7
**purpose [1]** 10/19
**pursuant [6]** 38/10 41/3 41/5 41/23 43/6 43/20
**purview [1]** 44/13
**pushing [1]** 7/16
**put [5]** 6/10 6/12 32/16 33/7 45/8
**putting [1]** 35/1

**Q**

**QAnon [1]** 10/25
**qualitatively [2]** 23/4 23/20
**quality [1]** 23/1
**quantitative [1]** 23/21

**quantity [2]** 22/23 22/25
**question [3]** 23/11 28/17 29/22
**questioning [1]** 29/9
**questions [1]** 16/21
**quote [2]** 24/10 24/10

**R**

**racial [2]** 20/2 20/9
**rack [1]** 7/17
**rain [1]** 24/3
**raised [2]** 34/10 35/17
**rally [1]** 6/13
**range [3]** 4/16 4/17 43/9
**rare [1]** 22/12
**rate [1]** 39/23
**rather [3]** 3/18 3/25 4/12
**RCL [1]** 1/4
**re [1]** 10/20
**re-inaugurated [1]** 10/20
**reaching [1]** 23/23
**reaction [1]** 36/25
**read [1]** 19/23
**ready [1]** 26/12
**real [5]** 14/13 19/21 27/10 28/20 32/15
**realize [1]** 31/24
**realized [1]** 20/12
**really [8]** 17/19 17/23 27/4 27/13 29/14 31/13 31/13 35/6
**rearview [1]** 45/8
**reason [1]** 16/19
**reasonable [3]** 41/6 41/9 41/9
**reasoning [1]** 33/12
**reasons [2]** 16/3 23/24
**rebuilding [1]** 33/15
**receipt [1]** 42/8
**receive [1]** 25/20
**received [3]** 12/18 16/16 43/15
**receiving [1]** 24/21
**recess [1]** 46/12
**reckless [1]** 35/3
**recognized [1]** 31/7
**recommendation [4]** 3/21 16/1 44/2 44/3
**recommending [1]** 44/23
**record [5]** 3/2 3/6 18/15 19/12 43/23
**recorded [1]** 1/24 6/24
**records [1]** 7/21
**red [2]** 8/20 9/9
**reentry [1]** 42/1
**referee [1]** 30/21
**reference [2]** 10/24 21/9
**referred [2]** 22/6 30/14
**reflect [2]** 13/13 29/4
**reflection [1]** 23/10
**reflective [1]** 10/12
**Reform [1]** 38/10
**reframe [1]** 39/3
**refusing [1]** 23/13
**regard [1]** 14/7
**regarding [1]** 11/2
**Regardless [1]** 26/9
**regret [1]** 35/17
**regulations [2]** 40/8 40/13
**rehabilitation [2]** 26/3 29/24
**reiterate [1]** 19/22
**related [2]** 15/6 23/24
**release [14]** 4/15 16/8 20/17 38/17

| | | |
|---|---|---|
| **R** | riot [12] 8/7 10/16 10/17 10/18 13/18 14/16 19/12 19/18 23/9 24/6 26/23 37/7 | **September [1]** 25/7 |

Series [1] 12/11

**R**

release... [10] 39/22 40/1 40/22 41/4 41/24 41/25 42/3 42/8 42/23 46/11
relevant [3] 6/16 8/10 16/5
remaining [2] 45/13 45/14
remember [3] 9/5 9/5 26/18
reminiscent [1] 23/17
remiss [1] 22/20
remorse [8] 13/8 15/24 27/1 27/11 32/15 33/1 35/18 36/15
remotely [1] 23/18
remove [1] 5/11
removed [1] 44/7
render [2] 9/2 15/21
repeatedly [3] 7/2 15/17 24/7
replay [1] 33/24
report [11] 3/16 3/19 3/20 4/15 4/25 9/12 42/2 42/6 42/8 42/24 43/4
reported [2] 9/1 47/4
Reporter [4] 1/20 1/20 47/2 47/14
reports [1] 7/6
represent [1] 32/10
Representatives [1] 25/17
represented [1] 20/2
represents [1] 29/5
repugnant [1] 23/21
reputation [2] 22/5 35/2
request [4] 16/6 43/18 44/7 44/13
requested [1] 39/25
required [2] 4/19 42/10
requirements [1] 25/2
requires [1] 20/14
residence [1] 43/1
respect [5] 13/14 13/24 15/17 27/20 34/12
respectfully [7] 18/7 19/6 19/13 21/16 44/5 44/6 44/12
respond [1] 20/23
responded [2] 11/15 11/17 11/18 11/24
responding [1] 11/23
responds [1] 9/24
response [1] 10/20
responsibility [4] 13/3 14/8 15/23 35/14
rest [1] 16/22
restitution [9] 4/17 16/8 39/8 39/10 39/11 39/15 39/15 39/23 42/17
restoring [1] 16/9
restricted [1] 6/18
rests [1] 19/9
result [2] 16/13 24/4
resulting [1] 19/14
retribution [1] 23/2
return [2] 20/24 43/3
returned [2] 25/3 25/6
revels [1] 15/15
review [2] 3/16 36/8
reviewing [1] 19/16
rhetoric [3] 12/17 28/18 28/19
Ridge [1] 1/17
ridiculous [1] 30/11
right [13] 3/13 3/14 8/17 9/8 27/19 29/21 31/23 36/2 36/13 43/6 43/12 44/25 45/1
rightly [1] 15/7
rights [2] 23/16 24/16

riot [12] 8/7 10/16 10/17 10/18 13/18 14/16 19/12 19/18 23/9 24/6 26/23 37/7
rioters [8] 7/5 7/10 7/15 8/6 8/8 9/18 11/19 14/3
rise [1] 32/1
Road [1] 1/17
role [1] 34/13
Room [2] 1/21 39/20
routine [1] 24/5
ROYCE [1] 1/9
RPR [2] 1/20 47/14
rule [3] 13/16 13/18 14/5
rules [3] 30/20 40/8 40/12

**S**

sacrifice [1] 31/9
sad [1] 21/25
said [12] 10/21 10/24 18/7 18/8 30/14 30/17 31/6 31/14 35/18 35/23 36/22 47/8
salient [1] 5/18
same [5] 7/14 10/6 11/3 18/13 21/18
sat [2] 31/14 31/14
saw [5] 23/24 31/24 32/17 36/21 37/21 23/6 26/8 27/9 31/2 31/3 32/10 33/19 33/21 36/3 36/8 37/2
saying [2] 13/14 24/24
says [1] 27/24
scaffolding [5] 6/22 6/24 6/25 7/4 7/10
scariest [1] 11/21
school [1] 30/9
SCOTT [7] 1/5 3/4 3/11 31/11 31/20 35/16 38/13
screaming [3] 7/1 9/19 10/8
screams [1] 7/23
Sean [1] 25/8
search [3] 40/25 41/5 41/8
searches [4] 41/3 41/14 41/15 41/23
seated [1] 44/2
seconds [4] 7/14 7/15 8/11 26/15
secret [2] 17/10 21/8
Section [2] 38/11 39/9
see [11] 7/5 7/12 7/16 8/1 17/1 22/13 29/21 30/22 33/22 36/23 37/20
seen [7] 6/22 8/13 8/20 24/15 24/16 27/15 37/16
sees [1] 31/20
segregation [1] 23/9
select [1] 25/9
Senate [1] 8/3
SENIOR [1] 1/9
sense [2] 17/25 19/17
sentence [31] 13/13 13/23 14/1 14/2 15/3 15/3 16/6 16/7 18/25 19/5 19/10 19/18 20/13 20/21 22/23 33/4 33/6 33/10 33/14 36/3 37/9 37/12 37/13 38/16 39/10 43/2 43/7 43/9 43/13 43/22 46/12
sentenced [2] 5/25 14/24
sentences [1] 14/11
sentencing [18] 1/8 3/14 5/15 11/12 12/23 14/22 15/1 16/3 19/7 19/22 26/21 27/13 33/8 36/10 36/19 38/10 38/12 43/17
separated [1] 9/22

**September [1]** 25/7
serious [6] 14/4 26/12 28/20 32/23 37/5 37/8
seriously [1] 26/25
seriousness [1] 13/13
serve [3] 18/9 34/6 38/16
served [8] 18/25 19/18 20/12 20/21 23/1 33/6 34/6 46/11
service [2] 21/6 21/8
services [1] 40/18
set [2] 3/21 35/6
several [3] 8/24 9/7 26/16
severe [1] 26/10
shall [9] 38/21 39/16 39/21 40/2 40/14 40/17 41/15 42/23 43/3
shame [2] 13/10 29/18
shameful [1] 23/23
sharing [1] 40/19
she [3] 18/8 27/6 27/7
shield [2] 8/7 10/1
short [4] 12/15 21/12 23/2 34/25
shorthand [3] 1/24 47/5 47/9
shortly [1] 8/5
should [8] 3/23 13/2 13/10 18/14 18/25 24/24 26/8 46/3
shoving [1] 9/24
show [2] 28/17 35/25
showed [1] 35/4
shown [2] 27/11 27/25
shows [1] 10/6
shut [1] 6/12
side [1] 4/25
siding [1] 17/19
sign [1] 6/14
signed [1] 44/10
significant [3] 12/9 13/23 36/4
signs [1] 28/18
Similarly [1] 13/24
simple [2] 12/13 19/25
simply [1] 24/19
sincere [8] 13/7 15/24 27/1 27/10 27/11 32/25 36/15 36/16
singing [1] 24/5
single [2] 9/5 25/3
sir [3] 5/4 35/25 45/6
sister [2] 22/8 34/14
site [1] 11/5
sites [1] 40/21
slamming [1] 8/6
slur [1] 20/2
smiling [1] 6/15
smirk [1] 6/19
SMS [1] 40/18
so [41] 3/15 3/19 3/23 4/8 4/11 4/21 7/15 14/1 14/13 15/1 15/7 16/1 16/18 17/5 17/15 17/24 18/10 19/8 19/23 20/3 23/6 23/23 25/3 26/13 27/9 27/17 28/16 28/21 30/1 30/3 30/7 30/13 30/25 32/18 33/9 34/3 35/11 37/5 38/7 38/10 44/10
so-called [1] 19/8
sobriety [1] 45/18
social [4] 6/10 10/18 15/13 40/17
society [4] 20/12 20/19 20/25 37/6
software [5] 41/11 41/18 41/18 41/21 40/25

**S**

soliciting [1]  16/15
solution [1]  25/23
Solzhenitsyn's [1]  23/17
some [9]  5/9 5/19 9/4 17/10 17/25
  19/24 30/8 33/7 35/25
somehow [1]  18/1
someone [7]  9/5 20/1 20/8 20/9 28/7
  30/14 32/2
something [6]  10/14 31/7 32/18 34/2
  34/2 34/21
sometimes [1]  26/20
somewhat [1]  12/9
somewhere [2]  18/14 30/21
sorry [2]  6/14 17/24
sort [2]  27/9 30/8
sounded [1]  30/10
sounds [1]  30/24
space [1]  29/14
speak [4]  11/12 18/12 25/9 27/8
speaking [1]  23/4
special [3]  4/19 38/19 39/21
specific [4]  14/7 14/13 14/20 26/24
spend [2]  8/15 22/20
spends [1]  8/16
spent [4]  23/5 29/16 31/18 33/1
spoken [1]  28/1
Springsteen [1]  30/4
spun [1]  27/13
staff [2]  17/9 17/14
stand [2]  27/24 27/24
standard [3]  38/22 45/24 46/6
start [4]  6/7 35/6 35/21 45/7
starting [1]  35/6
state [3]  21/7 34/7 39/1
state's [1]  34/7
stated [3]  11/4 11/7 16/3
statement [4]  3/18 11/13 11/20 37/23
statements [2]  6/8 14/16
STATES [18]  1/1 1/3 1/10 3/3 3/8 6/4
  7/19 8/4 8/6 8/25 16/9 18/7 24/23
  25/12 25/16 43/21 45/15 47/3
stating [1]  6/14
stature [1]  32/1
status [2]  18/16 42/3
statute [1]  39/10
statutory [1]  43/8
stay [1]  22/21
step [1]  22/13
Stepping [1]  34/16
still [6]  3/24 6/23 8/9 25/14 26/13 30/2
stolen [1]  8/7
stop [2]  28/15 37/7
storages [1]  40/24
storming [1]  7/24
storms [1]  15/10
stream [1]  10/7
streaming [1]  8/19
Street [1]  1/13
stress [1]  18/17
strictly [1]  24/25
strike [1]  37/1
striking [1]  15/22
strongly [2]  13/23 32/11
struck [3]  7/7 34/20 36/21
struggling [1]  13/21
subject [3]  41/3 41/15 41/23

subjugated [1]  33/3
submit [16]  9/11 10/2 10/11 12/4
  12/14 12/21 14/13 14/19 15/1 16/17
  19/6 21/16 39/4 40/23 42/2 42/6
submitted [4]  5/20 11/12 24/11 31/11
subscribed [1]  47/10
substance [9]  39/2 39/4 40/7 45/17
  45/21 45/22 45/23 46/3 46/6
succeed [1]  7/16
successfully [1]  7/12
such [12]  16/18 20/13 22/13 23/11
  24/15 25/6 25/20 26/3 26/13 37/5 37/8
  42/22
suffered [1]  22/18
suffering [1]  22/8
sufficient [1]  14/12
suggestive [1]  19/17
suggests [1]  6/8
suit [2]  32/16 32/16
suitability [1]  18/25
sum [1]  25/25
summarizing [1]  42/3
supervise [2]  40/9 40/14
supervised [9]  4/15 16/7 38/17 39/22
  40/22 41/4 41/25 42/4 46/11
supervision [7]  38/21 38/22 38/24
  39/5 41/7 42/7 45/19
support [1]  5/20
supporting [2]  21/4 34/15
supports [1]  13/23
sure [4]  19/23 20/7 26/22 27/22
surgeries [2]  31/19 34/21
surrounded [1]  23/13
survive [1]  31/9
survivor [1]  22/16
suspicion [1]  41/6
sustain [1]  12/8
sway [1]  29/3
swift [2]  10/2 10/12
synopsis [1]  20/16
system [3]  18/10 20/16 23/7
systems [1]  29/11

**T**

take [8]  5/5 16/2 18/25 25/13 32/6 34/4
  35/10 35/14
taken [3]  14/8 15/18 15/23
taking [5]  22/13 34/8 34/15 34/16
  34/25
talk [2]  34/11 34/14
talking [2]  22/21 29/25
talks [1]  28/1
targeted [2]  13/20 20/1
targeting [1]  30/10
tears [1]  27/2
technological [1]  17/11
tell [7]  18/8 24/9 27/5 27/12 31/1 32/7
  35/22
tells [1]  6/19
ten [3]  8/21 33/24 33/24
term [3]  13/1 38/14 38/17
termination [1]  43/5
terms [2]  23/19 38/15
terrace [1]  6/22
terrible [5]  32/19 32/19 32/20 32/21
  32/22
terror [1]  11/22

test [1]  39/4
testimony [1]  47/5
testing [5]  45/17 45/21 45/23 46/3
  46/7
tests [1]  39/6
than [11]  3/18 3/25 4/12 8/12 8/17
  16/16 17/20 23/18 24/20 39/24 43/8
thank [20]  5/7 5/9 5/13 16/23 16/25
  17/3 17/8 17/16 17/17 22/11 33/16
  33/17 35/24 42/14 44/12 44/24 45/3
  45/9 46/5 46/9
thankfully [3]  12/7 29/12 29/13
that [242]
that's [18]  3/25 4/9 5/3 5/12 8/19
  16/23 21/25 22/1 29/2 29/2 29/20
  29/23 30/7 33/7 33/11 35/16 42/16
  44/14
their [13]  3/22 4/22 9/17 18/16 19/16
  24/8 24/22 26/6 30/20 32/3 34/20 35/1
  36/9
them [13]  7/24 9/1 9/2 9/4 9/6 9/6
  17/16 32/7 34/9 34/9 34/24 34/25 35/3
then [11]  4/11 4/21 4/25 5/6 9/24
  12/15 15/12 22/19 24/6 33/12 44/4
theory [1]  10/25
there [25]  4/24 9/7 11/22 11/25 13/25
  14/3 14/13 15/1 18/11 20/5 20/6 22/12
  26/3 26/17 28/2 28/18 28/19 29/8
  31/12 34/15 36/25 38/5 41/6 41/20
  44/18
there's [10]  19/21 28/14 28/18 28/19
  28/20 30/17 30/21 30/24 36/11
thereafter [2]  8/5 39/6
thereby [1]  19/4
therefore [3]  14/19 39/14 42/12
therein [1]  18/19
Thereupon [1]  46/13
these [15]  9/4 9/10 10/8 10/22 12/22
  12/23 13/1 16/2 16/3 18/15 19/15
  23/20 27/13 32/19 41/22
they [24]  7/12 9/17 9/20 10/8 10/23
  11/7 12/23 14/18 17/20 18/4 26/5 26/6
  26/8 27/5 27/5 27/9 29/3 30/20 30/20
  34/20 35/1 35/21 37/18 37/19
they're [6]  9/20 9/21 10/9 19/17 22/8
  37/18
they've [2]  18/3 18/5
thing [4]  29/13 30/1 31/13 32/20
things [3]  10/17 26/18 35/12
think [12]  11/11 20/2 22/25 27/5 27/6
  27/19 27/20 29/14 34/22 36/10 36/14
  37/14
thinking [6]  28/7 29/9 29/15 29/16
  29/19 29/20
third [1]  9/19
this [98]
those [15]  4/21 14/4 16/3 18/13 21/16
  22/3 23/8 23/13 30/3 37/1 37/5 41/1
  41/15
though [2]  30/8 37/24
thought [2]  6/20 28/12
thoughts [1]  28/25
thousands [2]  9/18 11/19
threat [1]  6/3
threatened [3]  12/19 24/7 24/13
threatening [2]  12/20 15/13
three [10]  4/5 4/16 6/2 11/6 16/7 31/18

**T**

**three... [4]** 36/7 38/16 38/18 39/2
**through [11]** 7/6 7/16 8/7 8/19 9/17 13/8 14/5 24/18 25/7 28/13 31/20
**throughout [4]** 17/11 17/21 24/15 35/20
**throw [1]** 12/5
**thwart [1]** 24/21
**time [32]** 8/5 10/24 11/9 15/2 17/4 17/4 17/7 17/14 18/25 19/18 20/12 20/21 22/21 23/1 23/3 23/5 28/13 28/14 28/17 29/4 29/14 29/16 33/6 33/20 34/4 34/25 35/24 37/3 40/22 41/9 42/22 46/11
**times [1]** 6/4
**tip [1]** 12/18
**today [11]** 5/24 18/14 21/9 26/9 26/25 27/22 29/6 36/15 43/22 44/6 44/10
**together [1]** 35/12
**told [5]** 11/20 24/19 30/14 31/11 31/12
**Tonolli [1]** 25/8
**too [2]** 30/6 36/16
**took [3]** 7/8 13/3 34/2
**total [2]** 3/24 4/12
**totally [1]** 44/21
**toward [1]** 46/12
**towards [4]** 6/19 7/19 13/1 16/9
**tragic [1]** 22/2
**trained [3]** 12/5 30/15 31/4
**training [1]** 10/13
**transcribed [1]** 47/9
**transcript [3]** 1/8 1/24 47/8
**transcription [1]** 1/24
**transferred [1]** 22/19
**treatment [8]** 40/7 40/12 40/14 40/16 43/3 43/5 45/18 45/22
**Trenton [1]** 28/14
**trial [3]** 36/10 37/19 37/21
**trip [1]** 33/25
**trips [1]** 35/9
**trooper [1]** 21/7
**trouble [1]** 16/13
**troubled [2]** 32/6 32/6
**troubles [2]** 32/5 32/5
**true [4]** 16/14 19/3 28/24 28/25
**truly [1]** 35/17
**Trump [1]** 10/20
**try [1]** 34/22
**trying [6]** 29/3 32/23 33/2 33/2 33/3 35/12
**turn [1]** 4/22
**turned [1]** 24/9
**turnpike [2]** 28/4 28/6
**turns [3]** 8/17 8/17 36/5
**twice [1]** 12/12
**two [10]** 8/16 18/12 24/8 26/17 30/2 30/20 38/16 38/18 39/1 39/5
**type [2]** 22/13 27/2
**typical [1]** 20/16

**U**

**U.S [16]** 1/12 1/21 9/9 11/19 13/15 15/21 17/18 17/18 18/15 24/25 25/10 27/8 39/16 40/3 42/19 45/16
**U.S.C [2]** 38/11 39/9
**unable [1]** 43/17
**unacceptable [1]** 26/11

**unannounced [1]** 41/14
**unavailable [1]** 43/13
**under [11]** 4/11 4/23 23/5 33/23 35/13 35/23 37/1 37/5 37/11 37/13 44/21
**underdog [1]** 33/2
**undergone [1]** 34/21
**underlying [1]** 26/2
**understand [2]** 21/11 44/15
**understands [1]** 44/16
**undeterred [1]** 7/7
**undetonated [1]** 7/8
**undoubtedly [2]** 13/22 16/12
**unequivocally [1]** 20/20
**unfortunately [3]** 9/13 33/23 34/18
**unhinged [1]** 10/22
**uniformed [1]** 15/12
**uniformity [1]** 15/5
**unique [1]** 26/19
**UNITED [18]** 1/1 1/3 1/10 3/3 3/8 6/4 7/19 8/4 8/6 8/24 16/9 18/7 24/23 25/12 25/16 43/20 45/15 47/3
**unlawful [2]** 15/25 39/3
**unlawfully [1]** 39/2
**Unless [1]** 16/21
**unparalleled [1]** 6/2
**unprecedented [1]** 5/22
**until [1]** 42/22
**untoward [1]** 18/3
**unwarranted [2]** 14/22 15/1
**up [13]** 6/12 6/12 30/2 30/2 31/18 32/2 32/21 33/25 34/3 34/16 35/1 37/17 45/7
**upon [11]** 3/17 4/18 6/12 13/6 16/8 19/9 26/21 29/18 42/7 42/8 43/4
**upwards [1]** 43/9
**urge [1]** 15/2
**us [2]** 21/16 34/17
**USC [4]** 38/20 40/23 43/6 43/11
**usdoj.gov [1]** 1/15
**use [9]** 5/19 26/20 39/3 40/17 41/1 41/11 41/22 45/17 45/23
**used [1]** 22/6
**user [2]** 10/21 11/4
**using [1]** 8/7
**utterly [1]** 23/23

**V**

**valuable [1]** 20/18
**variant [1]** 33/5
**various [2]** 12/12 19/16
**vary [2]** 33/5 37/9
**veiled [1]** 24/20
**versus [2]** 3/3 10/23
**very [20]** 6/6 8/15 8/18 10/2 10/2 13/3 13/4 14/3 14/3 14/23 16/23 16/23 17/5 25/5 26/10 26/19 26/19 28/6 33/16 44/24
**veteran [1]** 34/5
**via [1]** 39/16
**victim [8]** 9/25 11/11 11/12 11/13 13/9 15/22 37/23 39/18
**video [18]** 6/23 6/23 6/24 7/3 7/13 7/21 7/22 7/25 8/2 8/22 9/15 9/19 10/4 10/10 11/7 11/10 29/21 40/19
**videos [4]** 5/9 9/7 32/19 36/17
**videotapes [1]** 36/9
**Vietnam [1]** 34/5

**view [1]** 19/8
**violate [1]** 23/16
**violates [1]** 22/3
**violation [2]** 41/6 41/8
**violence [7]** 6/9 15/10 19/2 19/4 19/8 24/14 28/11
**violent [6]** 5/23 10/3 10/12 11/5 12/17 12/20
**violently [1]** 12/16
**visit [1]** 24/12

**W**

**Waffle [2]** 28/15 28/15
**waiver [1]** 25/14
**waives [2]** 39/14 42/12
**want [20]** 5/17 10/23 11/11 21/9 27/7 29/12 29/25 30/1 30/22 31/4 31/5 31/10 31/22 32/10 34/24 34/24 35/2 35/5 37/19 44/3
**wanted [1]** 17/15
**wants [2]** 27/23 32/15
**War [1]** 10/23
**warden [1]** 24/1
**warn [2]** 41/1 41/22
**warranting [1]** 19/4
**was [80]**
**Washington [7]** 1/5 1/14 1/22 6/10 39/20 42/5 42/20
**wasn't [4]** 27/10 31/10 33/8 37/23
**watch [1]** 17/23
**water [2]** 9/1 9/6
**waves [1]** 14/20
**way [8]** 9/17 9/24 18/19 22/5 25/24 37/21
**Wayne [1]** 1/17
**we [29]** 4/25 14/13 14/19 15/1 15/2 15/5 15/8 15/9 15/14 16/4 16/5 16/9 20/2 22/12 23/4 26/5 29/20 29/21 30/19 32/12 34/25 35/5 35/7 35/8 35/8 35/23 44/6 44/12 44/15
**we're [2]** 3/2 44/6
**We've [1]** 21/9
**weak [1]** 33/3
**weapon [5]** 7/20 7/23 15/10 15/11 28/9
**wearing [1]** 9/10
**website [1]** 16/15
**websites [1]** 40/19
**weight [1]** 19/13
**well [15]** 5/22 12/5 13/11 17/15 19/16 22/9 23/21 26/15 27/14 33/9 35/20 35/22 37/16 38/12 38/22
**wellness [1]** 25/24
**went [5]** 30/12 30/16 30/25 34/6 37/21
**were [19]** 5/20 7/6 7/10 8/23 9/4 9/10 13/20 14/12 17/11 20/7 26/17 27/3 34/19 34/20 35/5 35/8 36/5 37/25 38/6
**weren't [1]** 38/4
**what [40]** 3/17 3/18 6/19 9/12 9/21 10/9 10/21 11/9 13/7 15/24 17/6 17/25 19/9 21/17 21/23 21/25 22/1 23/2 23/20 26/5 28/2 29/15 29/18 29/20 29/21 30/19 30/22 31/1 31/1 31/2 31/15 32/7 34/14 35/14 35/16 37/2 37/4 37/17 45/5 45/9
**whatever [3]** 18/10 27/23 43/7
**when [23]** 4/1 6/4 6/21 11/15 11/16

**when... [18]** 11/18 11/24 12/7 23/12 25/1 25/11 28/3 28/4 28/5 31/5 32/17 32/18 32/22 34/20 35/12 36/21 40/22 41/5

**where [8]** 8/4 11/7 12/3 13/7 16/15 22/12 31/13 33/14

**whereof [1]** 47/10

**wherewithal [1]** 27/21

**whether [8]** 16/19 28/2 28/3 28/5 41/16 41/18 41/19 42/9

**which [15]** 6/8 6/25 8/3 12/13 15/15 17/11 19/8 19/24 21/21 22/10 24/12 34/22 38/15 38/23 42/25

**while [11]** 6/24 6/25 9/4 15/11 18/6 22/17 26/13 27/18 34/15 38/20 38/24

**who [36]** 5/24 9/8 12/3 13/20 14/4 15/9 15/10 15/10 15/11 15/12 15/14 19/18 20/1 20/23 21/6 21/7 24/7 24/13 26/4 26/5 26/17 31/16 31/20 31/21 32/21 32/25 34/6 34/8 34/16 34/17 34/17 35/16 36/5 36/21 41/1 41/22

**who's [1]** 3/11

**whoever [1]** 38/5

**whole [8]** 21/24 22/4 31/9 33/1 35/1 35/20 37/7 38/5

**whom [1]** 34/11

**whose [2]** 22/3 27/15

**why [8]** 25/4 25/5 29/17 29/17 29/18 29/19 29/22 29/22

**wife [5]** 22/7 29/17 32/7 34/15 35/5

**wife's [1]** 33/15

**will [27]** 3/19 3/20 3/25 10/14 10/21 14/1 14/3 17/6 20/11 26/10 26/23 29/8 34/14 34/23 36/3 36/3 36/8 37/12 37/14 40/9 41/8 41/25 42/2 42/6 42/9 46/7 46/12

**willing [2]** 6/11 25/9

**win [1]** 31/10

**window [2]** 8/7 8/8

**Wing [1]** 8/3

**wise [1]** 37/17

**wish [6]** 18/17 20/4 33/23 35/23 45/17 45/23

**wishes [1]** 25/22

**within [6]** 39/4 41/24 42/7 42/21 43/10 44/13

**without [7]** 13/14 25/3 25/11 29/8 40/5 40/21 43/19

**witness [1]** 47/10

**women [1]** 34/8

**won't [1]** 17/4

**wool [1]** 27/21

**word [4]** 10/24 10/24 26/20 44/25

**wording [1]** 46/6

**words [2]** 15/11 28/21

**work [3]** 21/2 21/4 27/9

**worked [1]** 34/8

**working [1]** 35/9

**world [4]** 7/1 17/25 18/1 27/15

**worn [2]** 9/11 10/5

**worse [2]** 26/1 29/6

**worthy [1]** 19/18

**would [58]**

**wrong [1]** 22/13

**wrongdoing [1]** 23/13

**wrote [3]** 11/13 19/22 24/11

**Y**

**year [1]** 30/17

**years [12]** 4/16 11/14 16/7 19/10 21/4 27/17 30/13 30/13 30/16 31/3 34/7 34/10

**Yes [5]** 5/4 15/20 42/15 42/18 45/6

**yesterday [3]** 16/16 36/8 36/18

**yet [3]** 14/10 15/25 26/4

**you [126]**

**you'd [2]** 33/19 33/20

**you'll [1]** 45/1

**you're [15]** 22/24 27/14 28/12 28/15 30/23 31/2 31/3 31/15 35/22 37/22 38/19 39/11 40/22 42/4 43/17

**You've [3]** 45/1 45/2 45/5

**your [69]**

**yourselves [1]** 3/6

**Z**

**Z.B [1]** 9/25