UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

SCOTT KEVIN FAIRLAMB,

*Defendant.*

Case No. 1:21-cr-120-RCL

## ORDER

Defendant Scott Kevin Fairlamb has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Def.'s Mot, ECF No. 65. For the reasons in the corresponding Memorandum Opinion issued this date, the Court hereby **ORDERS** that the motion be **DENIED**. It is further **ORDERED** that no certificate of appealability shall issue.

It is **SO ORDERED**.

SIGNED this 1st day of February, 2023.

Royce C. Lamberth
United States District Judge

1