UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

SCOTT KEVIN FAIRLAMB,

    *Defendant.*

Case No. 1:21-cr-120-RCL

## ORDER

Pursuant Defendant Scott Kevin Fairlamb's letter received in chambers, Fairlamb's *pro se* motion for compassionate release and his *pro se* motion for appointment of counsel shall be filed on the docket in this case. It is **ORDERED** that Fairlamb's *pro se* motion for appointment of counsel be **GRANTED**. The Federal Public Defender is hereby designated as counsel. The Federal Public Defender shall file any supplement to or memorandum in support of Fairlamb's *pro se* motion for compassionate release by May 5, 2023. The government shall respond to Fairlamb's *pro se* motion for compassionate release and any supplement or memorandum submitted through counsel, by June 2, 2023.

It is **SO ORDERED**.

SIGNED this 6th day of April, 2023.

                                                             Royce C. Lamberth
                                                            United States District Judge