Dear Clerk,

I received from the clerks office returned documents, it appears as though your office construed my documents as me attempting to file a 2241 and or civil complaint.

However, what I filed was a Motion for compassionate release the, documents with it, were meant to be exhibits, specifically the 2241, and supporting documents are exhibits in support of my compassionate release.

I have seperated my motions for compassionate release, and motion for counsel in support of my compassionate release, please file them as such.

I have stapled together the remaining documents with a cover sheet stating that these are Exhibits in support of MY MOTION FOR COMPASSIONATE RELEASE.

I appologize for any confusion and ask, that my motions be docketed as such and treated in an emergency fashion by the court.

Respectfully Scott

Scott Fairlamb

March, 15th,2023



RECEIVED
Mail Room

MAR 27 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

:

Case No. 21-cr-120-(RCL)
: Request for Emergency Consideration

SCOTT FAIRLAMB

:

## EMERGENCY MOTION FOR A SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. 3582(c)(1)(A)

Now comes the movant, Scott Fairlamb, pro se, respectfully requesting this Honorable Court reduce his sentence to time served. As further explained, the Bureau of Prisons, have failed to properly execute his sentence, specifically, they have improperly applied the FSA denying Fairlamb of 180 days of Earned Time credits, and they have also improperly applied the governing provisions and policies concerning his RRC placement, depriving him of the recommended and approved 12 month RRC placement period that was approved at the institution level. A denial based solely on the fact Fairlamb is prescribed a self carry medication.

BOP's failures have substantially, and improperly altered the execution of his sentence, these failures have caused his sentence, to become more punitive than this court intended, and this constitutes Extraordinary and Compelling Reasons. [ Attached is a copy of Fairlambs 2241, where he seeks redress on these issue's, however the facts also support relief from this court, and under Section 3582, this court can take direct, and swift action to remedy the sentence back to complying with 18 USC 3553(a) to be sufficient but NOT GREATER THAN NECESSARY, as it is more than likely the Habeas process will eventually provide him relief, it will likely not be provided swiftly enough.] Fairlamb moves to expressly incorporate his 2241 pleadings and all the exhibits in support of this request.

Fairlamb asserts, this request, is a sentence reduction in the technical sense, Fairlamb's requested relief would not result in a true reduction in his sentence, because Fairlamb's primary relief sought from the court is to (1) reduce the sentence to time served;(2) add the period of community confinement he would of otherwise received from the BOP. This would essentially, not change the length of his sentence, it would instead provide narrow relief, to provide Fairlamb proper execution of his sentence, and critical access to RRC placement. Alternatively, and also warranted Fairlamb does ask the court to consider the loss of 180 days of ETC's, and to consider and order of immediate release, without an added

(1)

RECEIVED
Mail Room

MAR 27 2023

Angela D. Caesar, Clerk of Court

period of community confinement, and allow him to start his supervision upon his immediate release, but minimally provide him the Community confinement period BOP has unjustly deprived him of.

This circuit has recognized that an inmate can set forth any and all reasons in support of his request for a sentence reduction, and where one factor by itself may not rise to Extraordinary and Compelling Reasons, the court must take the factors within the cumulative, here Fairlamb asserts, that the combined reasons of, BOP's failure to properly calculate and apply 180 days of Earned Time Credits, their erroneous denial of his institutional level approved 12 months period of RRC placement, his exceptional post sentencing rehabilitation, and the harsh conditions he has endured through his incarceration, when combined warrant a finding of Extraordinary and Compelling Reasons. See Untied States v. Brooker, (2nd Cir. 2020 S.D.N.Y.) and United States v. McCoy, 4th Cir. App. 2021. 4th Cir. Appellate Court

Provided within the 2241 documents, shows Fairlambs First Step Act classification has been mishandled since his arrival into BOP custody, from his initial issue which was explained that his offense of conviction was "mis-coded" to the later erroneous nationwide issue of being in REFUSE status, to the last basis, of his current REFUSE status coming from the fact he VOLUNTEERED for an RDAP screening, and was subsequently found not to qualify for the program, and staff carelessly placing him in REFUSE status instead of the correct categorization of NOT INTERESTED.

Fairlamb, presents a claim that hovers in the realm of "FIRST IMPRESSION" he provides a case from the District of New Hampshire, United States v. Joshua Fields, (District of New Hampshire 2020), which provided that BOP's failure to properly execute Fields sentence, led to the deprivation of necessary programming and rehabilitation, and made the sentence far more punitive than what the court expected or intended to happen. Like Fields, Fairlamb is being deprived a critical program from the BOP, probably the most critical program, his RRC placement, and he is essentially being deprived of 180 days of ETC's, which is the equivalent to the BOP adding 180 days to the court's sentence. The Unit team being fully aware that BOP was depriving Fairlamb his ETC's, sought to provide Fairlamb a full 12 months RRC period to try and make-up for the FSA fiasco. The Fields court noted that BOP's error deprived Fields of being able to participate in a rehabilitative program, which also would of reduced his sentence (Namely RDAP) while Fairlamb situation is not over RDAP, his situation is akin to it, as Fairlamb is being deprived a program Namely RRC placement, because of BOP's failure equally Fairlamb's sentence is now not only longer than it should be, and lacking a critical program, and benefit of the RRC program to less restrictive conditions, it also Violates 18 USC 3553(a) subsection D, which requires that Fairlamb receive the necessary rehabilitation, vocational, and medical care, in the most effective manner. Here this is certainly 'NOT THE MOST EFFECTIVE MANNER" in fact it's a complete deprivation of a critical program.

Fairlamb's situation is also clearly identified in the pending changes set forth by the United States Sentencing

Commission, where one provision provides, a reduction is warranted, when "subsequent to the defendants original sentencing, his circumstances have changed, to where requiring him to serve the entire original sentence would be Inequitable. There is no doubt here that is squarely the case.

Furthermore, courts have recognized the harsh conditions of confinement, and one's post sentencing conduct must be considered in the cumulative, and support a sentence reduction. See United States v. Vargas,  No. 88-cr-325 (2020 SDNY) and see also United States v. Rodriguez, F. Supp 3d 306 (SDNY 2020) Fairlamb has completed or is waiting to complete over a dozen programs, he is infraction free, he is a model prisoner, and when combining these factors with the deprivation of his 180 days of FSA Earned Time Credits, and the improper denial of RRC placement in it's entirety, it warrants a finding of Extraordinary and Compelling Reason. See United States v. Brooker, 976 F. 3d @ 228-232 (2d Cir,. 2020) This circuit also recognizes, that courts should take a Holistic approach to a request for a sentence reduction, see United States v. Trenkler, 2021 U.S. Dist. LEXIS 87567, where on appeal the First Circuit, set forth the standard that a HOLISTIC approach is required by the district court, because it may be "that the sum of all parts is greater than the whole".

When congress expanded the compassionate release provision, it did so to allow a court, to reduce a sentence when subsequent circumstances dictate the original sentence no longer complies with the end goal of 18 USC 3553(a), which requires the sentence be SUFFICIENT, but NOT GREATER THAN NECESSARY, which is the case here. BOP's failure to execute Fairlamb's sentence has resulted in his loss of a sentence reduction of 180 days, a reduction he is entitled to as a matter of law, but a reduction he has not received because of BOP's negligence, on top of that he was approved by institution level staff to need and be appropriate for 12 months of RRC placement, that recommendation, was approved by the Institution warden, in part because institution staff recognize BOP's national failure concerning the FSA's earned time credits, only for Fairlamb to be denied RRC in t's entirety, on the basis he is taking a self carry medication. Fairlamb's sentence, has not been executed in the manner in which it should have been, a manner this court believed that it would be carried out by, and as such it has made the sentence far more punitive than this court intended, the added punitive effects, create a sentence that violates 3553(a) because it is NOW GREATER THAN NECESSARY, furthermore it would be inequitable for Fairlamb to serve the remainder of his sentence, based on these circumstances.

Fairlamb also asserts, that a reduction is also warranted under the factors of 3553(a), certainly the government cannot argue nor could this court find that Fairlamb's release would pose a danger to the community, as the facts show, he should of already been released, the overall factors weigh heavily in favor of Fairlamb's immediate release.

Fairlamb asks the court to consider the loss of 180 days, by virtue BOP increased his sentence by 6 months, combined with the loss of RRC placement, and grant him immediate release, without added conditions of community confinement, or in the alternative the court grant his release, and placement in added community confinement equal to what he would of

3

received from BOP, Fairlamb reminds the court, that even if he is granted immediate release, he has at this stage served several additional months in a medium security prison, and as such his debt to this court as it relates to a term of imprisonment should be deemed satisfied. Fairlamb has attached his 2241, with exhibits as well as a Motion for Counsel and supporting Affidavit. For all of these stated reasons, Fairlamb, asks this court to grant his requested relief. He asks for Justice Tempered with Mercy.

Respectfully Submitted,

Scott Fairlamb

February, 1st, 2023

(4)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                        :

                                           :

v.                                              Case No.

                                           :

SCOTT FAIRLAMB                                  :

## MOTION TO APPOINT COUNSEL IN CONNNECTION
## WITH A MOTION FOR A SENTENCE REDUCTION

Now comes the petitioner, Scott Fairlamb, pro se, respectfully requesting this Honorable Court appoint him counsel to

represent him on his motion for compassionate release/ sentence reduction under 18 USC 3582(c)(1)(a). Fairlamb has

presented these pleadings with the aid of another inmate (jailhouse lawyer) and he is not familiar with the law, and given

the constant change of the Covid status between yellow and NOW red, access to inmate assistance is not a guarantee, nor

is it a substitute for competent counsel. Fairlambs situation is very urgent, and is a matter categorized as a matter of

first impression. Additionally, both Fairlamb's factual situation and the legal landscape is very fluid, and the appointment of

counsel is necessary to ensure his claims, are properly presented, in both fact and law. Fairlamb is confined in a facility

that has just upgraded to "COVID RED STATUS" further restricting his movement and access to legal resources and inmate

legal aids. Furthermore, the appointment of Counsel is allowed under 18 U.S.C. 3006(A) when it serves the interest of

Justice, here it not only serves the interest of justice, it promotes fundamental fairness and fair play, and it also allows

the public's continued trust and confidence in our nations criminal justice system. For all these reasons Fairlamb asks that

this court grant his request and appoint him counsel.

Scott Fairlamb                                  February, 9th,2023

PROVIDED TO THE COURT IS A COMPLETE COPY OF THE 2241 HABEAS PETITION WITH EXHIBITS

Dear Judge, I have provided you a full copy of my 2241 petition, so you may have the full extent of the gravity of my situation, while I believe at some point I will receive habeas relief, that type of litigation is far more extensive, and time consuming, given the fact I should of been released months ago, I am asking for your intervention, and believe it is both warranted and deserved.

Thank you

Scott Fairlamb

February, _2_ 2023

1 of 1

Clerk, All of the stapled documents, were Provided AS Exhibits - For my MOTION For Compassionate release - I WAS NOT Attempting to File A 2241 or Civil Complaint in this court.

These documents were/Are provided AS supporting Exhibits to my MOTION For Compassionate release, As they Are related to & relevant to my Compassionate Release.

Please File My (1) Motion For Compassionate Release (2) My Motion For Counsel in Support of my Compassionate Release.

AND Please File these Stapled documents AS Supporting Exhibits to my MOTION For Compassionate release.

Scott Fairlamb

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

SCOTT FAIRLAMB                                    :

                                                  :

v.                                                    Case No._____
                                                  :   Request for emegency consideration.

WARDEN KELLY                                      :

### MEMORANDUM IN SUPPORT OF THE MOVANTS PETITION
### PURSUANT TO 28 U.S.C. 2241

Now comes the movant, Scott Fairlamb, pro se, respectfully requesting this Honorable Court issue a court order

directing the Federal Bureau of Prisons, to properly calculate and apply his First Step Act Earned Time Credits (Here in after

"FSA" and "ETC"), and that they also resubmit his RRC packet, and BOP staff place him in RRC in accordance with BOP

policy. As further explained, BOP staff have improperly handled Fairlambs FSA status, ETC calculation, and the application

of his ETC's. They also improperly denied him RRC placement, after his full approval at the institution level, stating he

is medically inappropriate, based on the fact he is prescribed a self carry medication related to his cancer treatment.

Accordingly Fairlamb addresses the issue in turn.

### EXHAUSTION OF THE ADMINISTRATIVE REMEDIES MUST BE WAIVED

The exhaustion requirements under 28 U.S.C. 2241, are a judicially created requirement, meaning this court has the

authority to waive them, and address the claims on the merits. Fairlamb asks this court to do just that, and submits

more than 40 documents in support of his request for a waiver, showing his continued efforts to resolve these matters

at the institution level, these documents go back to March 28th, 2022, addressing BOP's improper classification of

Fairlambs eligibility for the FSA. (Indicating BOP staff having to contact Grand Prairie, which is another term used for

the DSCC Designation and Sentence Computation Center) It is well established that the DSCC is the controlling department/

division of he Bureau of Prisons to make the final determinations concerning the calculation and application of FSA ETC's.

Fairlamb asks that this court waive exhaustion based upon futility, and a clear violation of his statutory right to have

his ETC's properly calculated and applied, and failure to do so also subjects him to possible irreparable harm, See

Larue v. Adams, No. 1:04-cr-0396, 2006 U.S. Dist. LEXIS 38934 (S.D.W. Va. June 12th, 2006) Also a District Court in the

9th Circuit, recently addressed a similar situation, and found a waiver of the exhaustion requirement was warranted, See

Exh. G-2

Jones v. Engleman, 2022 U.S. Dist. LEXIS 185635 (Sept. 7th 2022 Central District of Cal.) Holding when an agency has

acted upon a predetermination to the issue before it, constitutes a waiver of the exhaustion requirement as futile, as

the individual's interest weigh heavily against requiring exhaustion. See Houghton v. Shafer, 392 U.S. 639, U.S. 639,640,

88 S. Ct. 2119, 20 L. Ed 2d 1319 (1968) and also Fraley v. U.S. Bureau of Prisons, 1F.3d 924,925(9th Cir. 1993) Waiving

exhaustion as futile when the initial request for administrative remedy was denied based on BOP policy. Here not only

are the decisions being made by BOP policy, (all be it the improper application of policy) the decisions are all being made by

the DSCC, so any further appeals, to Region or Central office, would only be those offices providing the same answer over

and over again, which all derive from the DSCC. Accordingly, requiring exhaustion, would not only be a waist of Judicial

resources, given the fact by the time a decision is made all the parties will have briefed the issue, it would also be a waste

of BOP's resources, basically just asking the DSCC the same question 4 times. Fairlamb has made more than a substantial

effort to resolve these matters with BOP staff, and at this stage a waiver of the exhaustion requirement is warranted.

RELEVANT FACTUAL BACKGROUND IN RELATION TO THE FSA EARNED TIME CREDITS

Since Fairlambs arrival into BOP Custody in February of 2022, BOP improperly help him to ineligible, because somehow

his offense of conviction was coded incorrectly. They have also failed to calculate the credits correctly, only identifying

30 days of credit (which has disappeared).

1. Since his arrival in BOP custody Fairlamb, at all times has been "LOW" risk recidivism, this afford him 15 days for
every 30 days of successful programing or participating in "productive activities"

2. At all times since his arrival Fairlamb has participated in EBRR (Evidence Based Recidivism Reduction) programs, and
productive activities.

3. After working with staff to fix the coding issue, he was then held ineligible based on "refuse" status, that was later
identified as a nationwide problem, where BOP was improperly deeming inmates ineligible over surveys not being completed,
and inmates were given until December 31st, 2022 to take the necessary survey's which Fairlamb did.

4. Subsequently, they now have held Fairlamb in "REFUSE" status for RDAP, yet Fairlamb does not actually have a need
for RDAP, it was not recommended by his sentencing court, Fairlamb VOLUNTEERED TO BE REVIEWED FOR THE
PROGRAM.

During that volunteer process, staff incorrectly placed him in a "refuse" status instead of "not interested" and as such
has caused him to be deprived of the proper calculation and application of 180 days of ETC's. Fairlamb, NEVER had a NEED
for RDAP, and an inmate can only be put in "REFUSE" if he declines to take a program recommended which if was required
would show as an FSA NEED, to which Fairlamb does not have. The required program is a mandatory drug education program
to which Fairlamb is on the waiting list for, as such BOP staff holding him in "REFUSE" status for RDAP is improper, and
violates BOP policy, and the First Step Act.

FACTUAL BACKGROUND CONCERNING DENIAL OF RRC PLACEMENT

Fairlamb provides substantial exhibits to support his efforts to exhaust this issue, and asserts as to his RRC placement

the following.

1. That he was screened by institution staff, and he was approved for RRC placement by the institution level staff.

(2)

Exh. 63

2. Unit team made a recommendation for a full 12 months of RRC placement.

3. The 12 month recommendation was supported by the Institution Warden. (Warden Kelly)

4. Somewhere, in the RRC final approval stage (outside the institution) an administrative decision was made to hold Fairlamb, medically inappropriate, based on him being prescribed a self carry cancer medication. This decision was made on the same day a medication change was made by Dr. Carden, the decision was made by Patrick McFarland, denied the RRC placement and set forth Fairlamb was ineligible for direct Home Confinement due to his public safety factor being greatest severity.

5.Fairlamb recently spoke to medical staff, Specifically Dr. Carden, and was advised his relevant levels concerning his cancer (Specifically PH Chromosomes transcript levels decreased from 3.4% to 0.46% ) were at an all time low, that he should be dropped from a care level 3 to a level 2, and that there should be no issue (medically) preventing him from going to the half-way house.

FAIRLAMB MEETS THE REQUIREMENTS FOR HIS 180 DAYS OF ETC'S TO BE APPLIED

Under Section 3632(d)(4)(c), he had earned time credits equal to or less than the remainder of his sentence, he has maintained "LOW" risk recidivism for two consecutive periods, as such having been eligible from his first day in BOP Custody, and being low risk recidivism from that same day, as of February 9th, 2023 Fairlamb is entitled to 12 months of ETC's at 15 days per month, for a final total of 180 days. The First Step Act, directs BOP shall, under these circumstances calculate these credits in this manner, and apply them, it is not optional, it's directed by Congress in the FSA, and codified in 28 CFR 523.44

Fairlamb, cannot be held in a REFUSAL status, for a program he volunteered for, in the past prior to the FSA, there would be no adverse effect on an inmate who volunteer's for RDAP, but then later does not take the program, and is placed in a REFUSE status improperly, after the FSA "THE DETAILS MATTER", and the proper category was "NOT INTERESTED", and staff's failure to pay attention to the details, has caused substantial harm to Fairlamb.  Just as the court found in Jones v. Engelman, BOP is failing to follow the LAW, and apply the ETC's Fairlamb has earned, and are allowed to be applied.

BOP'S FAILURES AND THE ACCARDI DOCTRINE

The established maxim that an agency must adhere to it's own rules and regulations, is well established, See Vietnam Veterans v. Sec'y of the Navy, 843 F. 2d, 528, 536 U.S. App. D.C. (D.C. Cir. 1988) it is known as the Accardi Doctrine. Failure to follow it's own rules and regulations is fatal to the deviant action. See Mine Recaimnation Corp. v. FERC, 30 F.3d 1519, 1524, 308 U.S. App. D.C. 152 (D.C. Cir. 1994) Here the BOP (or government) is not adhering to the law under the First Step Act, they have improperly calculated, and failed to apply 180 days of ETC's. In the context of Due process not only is there a liberty interest in this situation, but the right of equal protection to have the law applied to Fairlamb properly as it is to everyone else. Equally Due process recognizes the right possessed by every citizen to require the government according to the law. See Fairchild v. Hughes, 258 U.S. 126,129-30, 66 L. ed 499, 42 S. Ct. 274(1922) Thus Fairlamb has the

(3)

Exhibit G-M

right for the FSA to be applied to him properly, that being said, BOP must properly calculate the days which amounts to 180 days, and apply them.

RRC Placement-- Equally Fairlamb has the right to be treated equally to all other inmates, thus that means policy must be applied properly to him, as it is properly applied to every other inmate, that being the case, his being deemed medically inappropriate for RRC placement, based upon being prescribed a self carry medication, violates the policy, and also constitutes abuse of discretion. The denial of the RRC placement, is based on the misapplication of BOP policy, and this court has the authority to order BOP, to properly apply the policy, which if done properly would result in Fairlamb's immediate placement in RRC custody.

Fairlamb understands he has no constitutional right to an RRC period, but he does have a due process right, that BOP follow it's policy equally, and apply it properly to him as they apply it properly to every other inmate. Here this is not the case, and also warrants a finding of abuse of discretion, as there maybe situations where an inmate is properly deemed medically inappropriate, but this is not one of them.

CONCLUSION

Fairlamb asks that this court find, BOP is violating his rights, that the court order the proper calculation of his ETC's be done (which is 180 days) and these days be applied to his sentence immediately, and that the court further order the resubmission of his RRC placement packet, to be reconsidered and to have the proper policy provisions applied, to which if done correctly, commands his placement in RRC custody without further delay. Staff recognized the errors concerning Fairlambs FSA credits, this was in part, the basis for the full 12 month recommendation in RRC placement, at this stage Fairlamb has not received either one of these things, justice is not being served, accordingly Fairlamb seeks equity to it's fullest extent at this time, by the court granting his request as soon as possible.

Respectfully

Scott Fairlamb

February, 9th, 2023

(4)

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

*Exhibit G-5*

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

*— Incorrect Filing by the DC Clerks office*

RECEIVED
Mail Room

FEB 27 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

①

|  |  |
|---|---|
| SCOTT FAIRLAMB | ) |
| *Petitioner* | ) |
|  | ) |
| v. | ) |
|  | ) Case No. _____ |
|  | ) *(Supplied by Clerk of Court)* |
| WARDEN KELLY | ) |
| *Respondent* | ) |

*(name of warden or authorized person having custody of petitioner)*
FCI Butner II

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Scott Kevin Fairlamb
    (b) Other names you have used: _____

2.  Place of confinement: Federal Correctional Institution 2
    (a) Name of institution: BUTNER 2
    (b) Address: P.O. BOX 1500
        Butner NC 27509
    (c) Your identification number: 26840509

3.  Are you currently being held on orders by:
    ☐ Federal authorities    ☐ State authorities    ☐ Other - explain: _____

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: US District-District of Columbia
        (b) Docket number of criminal case: 21-cr-120 (RCL)
        (c) Date of sentencing: 11-10-21
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*: _____

    _____
    _____

① This 2241 petition was provided to the D.C. District Court as an exhibit in Support of Compassionate release.

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

Exh. 6-6

## Decision or Action You Are Challenging

5.   What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

6.   Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  FBOP

_____

(b) Docket number, case number, or opinion number:  Redidy ID # 1139372 F1

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

_____ Failure to properly calculate and apply FSA Earned
      time credits.

_____ Failure to properly assess, and provide RRC placement.

(d) Date of the decision or action:  11/04/22

## Your Earlier Challenges of the Decision or Action

7.   First appeal

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes              ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:  Warden-FCI butner  2

_____

(2) Date of filing: copies attached

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

Exh. B-7

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b)  If you answered "No," explain why you did not appeal: _____

_____

_____

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☐ No          Waiting --see memorandum

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____

    (3)  Docket number, case number, or opinion number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

_____

_____

_____

_____

_____

(b)  If you answered "No," explain why you did not file a second appeal: _____

_____

_____

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☐ No          Waiting see memorandum

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____

    (3)  Docket number, case number, or opinion number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

_____

_____

Exh. B-8

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No          NA

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____
_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No
                        NA

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____

Exh. G-9

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
conviction or sentence: _____

11.   **Appeals of immigration proceedings**
Does this case concern immigration proceedings?

☐ Yes            ☐ No                    NA

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____
(b)   Date of the removal or reinstatement order: _____
(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes            ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes            ☐ No

If "Yes," provide:                    NA

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

Exh. B-10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☐ No          NA

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**     BOP is failing to calculate and apply my FSA credits

_____

_____

_____

Exh. B-11

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

    See attached Memorandum

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes        ☐ No        See attach. memorandum

**GROUND TWO:** Failure by BOP to properly assess and apply RRC policy.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

    See attached memorandum

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes        ☐ No

**GROUND THREE:**     NA

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

    NA

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes        ☐ No

Exh. G-12

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____ NA _____

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
    NA

(b) Did you present Ground Four in all appeals that were available to you?

  ☐ Yes      ☐ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did
    not:        NA

## Request for Relief

15.  State exactly what you want the court to do:  Order BOP to calculate FSA Time Credits
    and apply them.
    Resubmit RRC placement paperwork.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

2 - 8 - 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:   2 - 8 - 2023

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Exh. G-14

## EXHIBIT COVER SHEET WITH BRIEF SUMMARIES

Please be advised, I have divided the exhibits into two primary categories, FSA and RRC, for the courts convenience

and to ensure a clear presentation to the court. I have organized primaraly in chronological order, except for a few

documents I added on after preparing them initially. The exhibits are labeled in the upper right corner. Please also

be advised that the issue's are intertwined, and all of the exhibits should be considered as needed in support of both

claims.

### FSA EXHIBITS

FSA Exh. #'s 1 & 2 : Provide a copy of Fairlambs current custody classification. **Noteworthy Fairlamb's security total is 11, which is minimum custody, yet he has been confined in a medium security prison since his arrival into BOP custody.

FSA Exh. #3 : The last answer he received concerning all the issue's surrounding BOP's failure to properly calculate and apply his FSA ETC's.

FSA Exh. #4 & 5 : Provides in October 2022, Fairlamb was held eligible to earn and apply the ETC's, allthough the number of days is incorrect, he was eligible in October.

FSA Exh. # 6, 7, and 8 : Provide more evidence of Fairlamb's efforts to resolve these matters.

FSA Exh. 9 & 10 : An earlier computation sheet showing Fairlamb correct status as ELIGIBLE, under the FSA, although the calculation of days is incorrect.

FSA Exh. 11-21 : Further provide proof that BOP has improperly applied the FSA to Fairlamb since his arrival into BOP custody.

FSA Exh. 22-25 : Are informative documents concerning the FSA provisions and policies.

***It is more than evident Fairlamb has taken substantial efforts to resolve these issue,s and that BOP has failed him since DAy 1.

### RRC EXHIBITS

RRC 1 & 2 : Provide that Fairlamb is Low Risk Recividism, and has been since his arrival into BOP Custody, in Feb. 2022, which provides a period of 12 months at LOW risk which provides 15 days per month totaling 180 days.

RRC 3-11 : Provide proof of Fairlamb's extensive efforts to also resolve this issue with institution staff.

RRC 12 : Provides proof that Unit team recommended the maximum 12 month period of RRC placement.

Note: Please be Advised- Exhibit MArk with A G= Are
General Exhibits IN Support (1) of the overAll clAIMs.

Exh.
G-15

The **_Accardi_ doctrine** "provides that when an agency fails to follow its own procedures or regulations, that agency's actions are generally invalid." _Nader v. Blair_, 549 F.3d 953, 962 (4th Cir. 2008) (citing _United States ex rel. Accardi v. Shaughnessy_, 347 U.S. 260, 74 S. Ct. 499, 98 L. Ed. 681 (1954)). "The crucial question is whether the alleged conduct . . . deprived petitioner of any of the rights guaranteed him by the statute or by the regulations issued pursuant thereto." _Accardi_, 347 U.S. at 265. Nothing in P.S. 5100.08, however, guarantees or mandates that prisoners with low security points{**2021 U.S. Dist. LEXIS 7**} be placed in or transferred to low-level facilities. Instead, P.S. 5100.08 merely "establishes guidelines for designating inmates to institutions according to security level and for assigning custody

1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

92613035

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

FSA # 1

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| *GLANCY* | *12.24.22* |
| FROM: *FAIRLAMB, SCOTT* | REGISTER NO.: *26840.509* |
| WORK ASSIGNMENT: *REC RM ORDERLY* | UNIT: *LC* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

*I WOULD PLEASE LIKE A COPY OF MY MALE CUSTODY CLASSIFICATION SHEET.*

*THANK YOU*

(Do not write below this line)

DISPOSITION:

*See attached.*

| Signature Staff Member | Date *1/3/23* |

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER          **SECTION 6**

```
    ⸱  606.00 *     MALE CUSTODY CLASSIFICATION FORM              01-03-2023
PAGE 001 OF 001                                                   07:32:26
                        (A) IDENTIFYING DATA
REG NO..: 26840-509            FORM DATE: 10-12-2022        ORG: DSC
NAME....: FAIRLAMB, SCOTT KEVIN

                                  MGTV: MED/PSY
PUB SFTY: GRT SVRTY               MVED: N/A
                        (B) BASE SCORING
DETAINER: (0) NONE             SEVERITY.......: (7) GREATEST
MOS REL.: 14                   CRIM HIST SCORE: (00) 1 POINT
ESCAPES.: (0) NONE             VIOLENCE.......: (5) < 5 YRS MINOR
VOL SURR: (0) N/A              AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (1) <5 YEARS
                        (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%      PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD        TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


                   --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+15  +20    -4      +11     LOW           N/A              IN      DECREASE


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

FSA # 3

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**FCC Butner**

**Request for Administrative Remedy**
**Part B - Response**

---

**Admin Remedy Number:**   1139372 F1

---

This is in response to your Request for Administrative Remedy received in my office, wherein you request First Step Act credit calculations for programs completed.

According to FSA guidelines, you are being credited for the number of days you are in "programming status" and not the number of classes you have taken. Additionally, you cannot earn time credits if you are in "refuse" status for FRP or on any of the Needs Assessment surveys on TRULINCS. Records indicate you did not complete the last survey until August 24, 2022; therefore, you did not earn additional time credits until after that date. While there has been some confusion and conflicting information about FSA guidelines, appropriate steps are being taken to prevent this in the future.

Your Case Manager did request extra time at the halfway house for you and you are currently waiting for an RRC release date.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Mid-Atlantic Regional Office, 302 Sentinel Drive, Suite 200, Annapolis Junction, MD  20701.  Your appeal must be received in the Regional Office within 20 calendar days from the date of this response.

_FoR  ƨ ƨ_

L. B. Kelly, Warden

_11/4/22_

Date



```
BTFH5  540*23 *              SENTENCE MONITORING           *   10-12-2022
PAGE 001         *            COMPUTATION DATA              *   10:55:03
                              AS OF 10-12-2022
```

REGNO..: 26840-509 NAME: FAIRLAMB, SCOTT KEVIN

```
FBI NO..........: 15589PC8          DATE OF BIRTH: ▇▇▇▇▇▇  AGE:  45
ARS1............: BTF/A-DES
UNIT............: LC/D UNIT          QUARTERS.....: L03-067L
DETAINERS.......: NO                 NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 00-01-0000

FINAL STATUTORY RELEASE FOR INMATE.: 12-20-2023 VIA GCT REL
          WITH APPLIED FSA CREDITS.:  30  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 11-20-2023 VIA FSA REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER...................: 21-CR-120 (RCL)
JUDGE...........................: LAMBERTH
DATE SENTENCED/PROBATION IMPOSED: 11-10-2021
DATE COMMITTED..................: 02-09-2022
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00        $00.00          $00.00       $00.00
```

RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $2,000.00

-----------------------CURRENT OBLIGATION NO: 010 -----------------------
OFFENSE CODE....: 011     18:1512 ASSLT/RESIST FED OFFR
OFF/CHG: CT-1 18:1512(C)(2), 2 OBSTRUCTION OF AN OFFICIAL PROCEEDING
         AND AIDING AND ABETTING CT-2 18:111(A)(1) ASSAULTING, RESISTIN
         OR IMPEDING CERTAIN OFFICERS

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:  41 MONTHS
TERM OF SUPERVISION............:  36 MONTHS
DATE OF OFFENSE................: 01-06-2021
```

G0002      MORE PAGES TO FOLLOW . . .

FSA
#5

```
   BTFH5  540*23 *              SENTENCE MONITORING        *      10-12-2022
PAGE 002 OF 002 *              COMPUTATION DATA           *      10:55:03
                                 AS OF 10-12-2022

REGNO..: 26840-509 NAME: FAIRLAMB, SCOTT KEVIN


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-30-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-30-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN.........: 11-10-2021
TOTAL TERM IN EFFECT...........:    41 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS      5 MONTHS
EARLIEST DATE OF OFFENSE.......: 01-06-2021

JAIL CREDIT....................:    FROM DATE      THRU DATE
                                   01-22-2021     11-09-2021

TOTAL PRIOR CREDIT TIME.........: 292
TOTAL INOPERATIVE TIME.........: 0
TOTAL GCT EARNED AND PROJECTED..: 184
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 12-20-2023
ELDERLY OFFENDER TWO THIRDS DATE: 05-03-2023
EXPIRATION FULL TERM DATE.......: 06-21-2024
TIME SERVED....................:     1 YEARS      8 MONTHS      21 DAYS
PERCENTAGE OF FULL TERM SERVED..: 50.4
PERCENT OF STATUTORY TERM SERVED: 59.1

PROJECTED SATISFACTION DATE.....: 11-20-2023
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 30

REMARKS.......: 02-25-22 UPD JUDGE NAME D/LMS
                03-29-2022:CORRECT OFFENSE CODE TO 011.D/MLH




S0055     NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

FSA # 6

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Ms. BYRD - CMC | DATE: 9-23-22 |
|---|---|
| FROM: SCOTT FAIRLAMB | REGISTER NO.: 26840-509 |
| WORK ASSIGNMENT: RECREATION | UNIT: LC |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

HELLO MAAM, I AM FOLLOWING UP WITH THIS COP-OUT AS YOU
SUGGESTED PERTAINING TO MY FSA AND FTC TIME CREDITS. I HAVE
YET TO SEE CREDIT FOR EARNING MY GED (COMPLETION DATE 6-3-22)
AS WELL AS A HANDFUL OF OTHER FSA CLASSES. I HAVE BEEN LOW RECIDIVISM
SINCE ARRIVAL, BEEN EMPLOYED, MAINTAINED CLEAR CONDUCT, AND LOWERED
MY SECURITY POINTS TO 14 FROM 16. AS I UNDERSTAND, SO LONG AS I AM
PROGRAMMING WITH THE ABOVE COMBINED, I AM ALSO TO BE AWARDED AN
ADDITIONAL 15 DAYS PER MONTH. I HAVE NO REFUSALS AND HAVE ALL FRP
PAYMENTS UP TO DATE. PLEASE HELP ME TO SEE THAT ANY AND ALL CORRECTIONS
ARE MADE AND MY SENTENCE COMPUTATION IS ADJUSTED ACCORDINGLY. THANK
YOU FOR YOUR TIME.

RESPECTFULLY SUBMITTED,

(Do not write below this line)

---

DISPOSITION:

According to your FSA Records you were in Refuse
Status FROM 2/26/22 to 8/18/22. In Cogntv and
Antiso. You were Not eligible to begin earning credit
until 8-18-22..

BP-10    8-18-22 WAS THE DAY I WAS TOLD
ABOUT THE SURVEY FOR THE 1ST TIME!

| Signature Staff Member | Date 9/28/22 |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

FSA 7

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: FAIRLAMB, SCOTT K          26840-509          LC          BUTNER II
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A- INMATE REQUEST**

UPDATE MY FSA TIME CREDITS FOR THE FOLLOWING COMPLETED CLASSES.

1. GED - COMPLETED ON 6-3-22 (19 MONTHS 17 DAYS FROM RELEASE DATE) 240 HRS.
2. WORK KEYS
3. PSY. MGT. DRUG ABUSE EDUCATION
4. BRAIN HEALTH
5. WALK WITH EASE
6. TALK TO YOUR DOCTOR

I AM LOW POINTS, LOW RECIDIVISM, AND HAVE MAINTAINED CLEAR CONDUCT. I
AM IN "PROGRAMMING STATUS" AND ON THE WAITING LIST FOR:

① THRESHOLD
② ANGER MANAGEMENT
③ CORE
④ NATIONAL PARENTING PROGRAM

9-20-22
DATE                                        SIGNATURE OF REQUESTER

**Part B- RESPONSE**

---

DATE                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: _____

----------------------------------------

CASE NUMBER: 1139372-F1

**Part C- RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR          PRINTED ON RECYCLED PAPER          BP-229(13)
                                                    APRIL 1982



U. S. Department of Justice

BP-8 Administrative Remedy – CORRESPONDENCE

Federal Bureau of Prisons

FCI II Butner, North Carolina

## TO: FAIRLAMB, SCOTT (L03-067)
**Register Number: 26840-509**

DATE: September 15, 2022

Mr. Fairlamb, in response to your BP-8 regarding Federal Time Credits applied to your Sentence Computation, please see the rational below.

According to the FSA guidelines, you are being credited for the number of days you are in "programming status" and not the number of classes you are taking. You received 30 days credit which is why your release date changed by 30 days. Your release date will not change again for the following reason;

"Eligible inmates will continue to earn FTCs toward early release until they have accumulated 365 days _OR_ are 18 months from their release date, whichever happens first. At this point, their release date becomes fixed, and all additional credit is applied toward RRC/HC placement."

This information came out after I processed your RRC referral. Once your referral is sent to the RRM office, I will request additional days at the RRC based on the number of days you were in programming status after you hit the 18 month mark.

I hope this addresses your concerns. If you are not satisfied with this response, please continue to follow the administrative remedy process.

J. Glancy, Case Manager

9/15/22
Date

cc: Central File

I COMPLETED MY GED ON 6-3-22, "16 MONTHS 12 DAYS" OF TIME SERVED ON 36 MONTHS - (85% OF 41 MONTHS") - 19 MONTHS 8 DAYS FROM 36 MONTHS. UPON COMPLETION OF GED I WAS 19 MONTHS 17 DAYS FROM MY RELEASE DATE, WHICH IS A MONTH AND A HALF MORE THAN THE 18 MONTHS CUT OFF.

- WHAT HAPPENED TO 15/30 DAYS FOR LOW RECIDIVISM?
- AM I IN PROGRAMMING STATUS?

```
BTFH5  540*23 *            SENTENCE MONITORING          *    09-15-2022   FSA #9
PAGE 001        *          COMPUTATION DATA             *    15:20:44
                           AS OF 09-15-2022
```

REGNO..: 26840-509 NAME: FAIRLAMB, SCOTT KEVIN


```
FBI NO...........: 15589PC8          DATE OF BIRTH:  ███████  AGE:  45
ARS1.............: BTF/A-DES
UNIT.............: LC/D UNIT          QUARTERS.....: L03-067L
DETAINERS........: NO                 NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 07-20-2023

FINAL STATUTORY RELEASE FOR INMATE.: 12-20-2023 VIA GCT REL
        WITH APPLIED FSA CREDITS.:  30 DAYS
THE INMATE IS PROJECTED FOR RELEASE: 11-20-2023 VIA FSA REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION..........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER..................: 21-CR-120 (RCL)
JUDGE..........................: LAMBERTH
DATE SENTENCED/PROBATION IMPOSED: 11-10-2021
DATE COMMITTED.................: 02-09-2022
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $200.00        $00.00          $00.00     $00.00
```

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $2,000.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
```
OFFENSE CODE....: 011    18:111 ASSLT/RESIST FED OFFR
OFF/CHG: CT-1 18:1512(C)(2), 2 OBSTRUCTION OF AN OFFICIAL PROCEEDING
         AND AIDING AND ABETTING CT-2 18:111(A)(1) ASSAULTING, RESISTIN
         OR IMPEDING CERTAIN OFFICERS
```

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:  41 MONTHS
TERM OF SUPERVISION............:  36 MONTHS
DATE OF OFFENSE................: 01-06-2021
```


G0002      MORE PAGES TO FOLLOW . . .

```
  BTFH5  540*23 *               SENTENCE MONITORING           *      09-15-2022
PAGE 002 OF 002 *              COMPUTATION DATA               *      15:20:44
                                AS OF 09-15-2022
```

FSA #10

REGNO..: 26840-509 NAME: FAIRLAMB, SCOTT KEVIN


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-30-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-30-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 11-10-2021
TOTAL TERM IN EFFECT............:    41 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS      5 MONTHS
EARLIEST DATE OF OFFENSE........: 01-06-2021

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                    01-22-2021    11-09-2021

TOTAL PRIOR CREDIT TIME.........: 292
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 184
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 12-20-2023
ELDERLY OFFENDER TWO THIRDS DATE: 05-03-2023
EXPIRATION FULL TERM DATE.......: 06-21-2024
TIME SERVED.....................:     1 YEARS      7 MONTHS      25 DAYS
PERCENTAGE OF FULL TERM SERVED..: 48.2
PERCENT OF STATUTORY TERM SERVED: 56.6

PROJECTED SATISFACTION DATE.....: 11-20-2023
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 30

REMARKS.......: 02-25-22 UPD JUDGE NAME D/LMS
                03-29-2022:CORRECT OFFENSE CODE TO 011.D/MLH
```

G0000       TRANSACTION SUCCESSFULLY COMPLETED

FSA # 11

B.U.X 1330.18A
September 1, 2018
Page 4
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

Bureau of Prisons Program Statement 1330.18, dated 01/06/2014, Administrative Remedy Program, requires that "inmates shall informally present their complaints to staff and staff attempt to informally resolve an issue before an inmate files a "Request for Administrative Remedy". The staff member must try to resolve the issue informally before the inmate will be given a "Request for Administrative Remedy" form.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To be completed by the Counselor:

Inmate's Name _Fairlamb, Scott_  Reg # _26840-509_  Date _9-6-22_

Date and time given to inmate: _9/6/22  12:27 PM_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To be completed by the Inmate:

1. Nature of Problem: _MY FSA HAS NOT BEEN UPDATED ON MY SENTENCE COMPUTATION_

2. State what action or resolution you expect. Be specific _UPDATE MY COMPLETED PROGRAMS - GED, DRUG ED, WORK KEYS, WALK WITH EASE, BRAIN HEALTH, AND WAITING LIST CREDITS FOR THRESHHOLD, ANGER MANAGEMENT, CORE_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To be completed by the Counselor:

1. Date & Time received from inmate: _9-13-22    1341_

2. Summary of Investigation: _Case Manager reviewed FSA guidelines_

3. Actions staff members have taken to resolve the matter informally: _Will request additional halfway house time based on number of programming days._

Counselor to check applicable section:

(  )  Problem informally resolved on _____

(  )  Problem not resolved.  Continue formal procedure.
      Explanation for Non-Resolution: _____

_____

Date:  _9-21-22_      Counselor's Signature: _____

Date:  _9-21-22_      Unit Manager's Signature: _____

Date:  _9-13-22_      Inmate's Signature: _____

FSA # 12



## Individualized Needs Plan - Program Review   (Inmate Copy)
### Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN  26840-509

SEQUENCE: 02266136
Team Date: 08-18-2022

| | |
|---|---|
| Facility: | BTF  BUTNER MED II FCI |
| Name: | FAIRLAMB, SCOTT KEVIN |
| Register No.: | 26840-509 |
| Age: | 45 |
| Date of Birth: | |

Proj. Rel. Date:   11-20-2023 ?
Proj. Rel. Mthd:   FIRST STEP ACT RELEASE
DNA Status:   PHL11798 / 01-31-2022

*FSA*
ASK "HOURS COMPLETED ?

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BTF | REC PM/2 | RECREATION ORDERLY PM 2 | 07-06-2022 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BTF | ESL HAS | ENGLISH PROFICIENT | 02-14-2022 |
| BTF | GED EARNED | GED EARNED IN BOP ✓ | 06-03-2022 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BTF | | S-ACT WORK KEYS  FSA | 07-13-2022 | F ✓CURRENT  WALK WITH EASE ✓ |
| BTF | | ALTERNATIVE ENERGY | 07-27-2022 | I ✓CURRENT  BRAIN HEALTH ✓ |
| BTF | | PSY. MGT DRUG ABUSE EDUCATION  FSA | 08-11-2022 | N ✓CURRENT TALK WITH YOUR DR- - - - |
| BTF | | CAREER READY- UNIT BASED | 07-27-2022 | S ✓CURRENT ✓ |
| BTF | | REENTRY-SP (UB) | 07-27-2022 | H ✓CURRENT ✓ |
| BTF | | SPANISH 1 | 07-27-2022 | E ✓CURRENT ✓ |
| BTF GP | C | POETRY- UNIT BASED CLASS | 06-15-2022 | D 07-28-2022 |
| BTF GP | C | GED 730 | 04-15-2022 | 06-03-2022  6-22 " 17 MONTHS |
| BTF GP | C | WELLNESS SPINNING CLASS | 05-02-2022 | 05-20-2022   SERVED. |
| BTF GP | C | INTRODUCTION TO LEATHER CRAFT | 04-06-2022 | 06-02-2022   RELEASE DATE |
| BTF GP | C | INTRAMURAL CODE OF CONDUCT | 04-09-2022 | 04-14-2022   WAS 12-20-23 |
| BTF GP | C | INTRODUCTION TO HOBBYCRAFT | 03-15-2022 | 03-16-2022 |

9-6

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 02-24-2022 |
| CARE3 | UNSTABLE, COMPLEX CHRONIC CARE | 02-01-2022 - INCORRECT |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 03-01-2022 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY ✓ | 03-01-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-01-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DECL | RESIDENT DRUG TRMT DECLINED - (NO TIME OFF) | 04-20-2022  "RDAP" |
| ED PART R | DRUG EDUCATION PARTICIPNT-REQD  FSA | 08-11-2022 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE - "TIME OFF" | 04-07-2022 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

12-20-23 PRD

FSA # 13



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: FAIRLAMB, SCOTT KEVIN  26840-509

SEQUENCE: 02266136
Team Date: 08-18-2022

### Most Recent Payment Plan

**FRP Assignment:** PART    **FINANC RESP-PARTICIPATES**    Start: 03-03-2022

Inmate Decision:  **AGREED**    $25.00    Frequency: **QUARTERLY**

Payments past 6 months:    $25.00    Obligation Balance: **$2,175.00**

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT DC | $200.00 | $175.00 | IMMEDIATE | AGREED | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | | 06-10-2022 | BTF | PAYMENT | INSIDE PMT | $25.00 |
| 2 | REST DC | $2,000.00 | $2,000.00 | IMMEDIATE | AGREED | |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:  $2,767.59    Payments commensurate ?  N

New Payment Plan:  6 mo deposits increased, needs new contract.

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-31-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 08-18-2022 _/_ SURVEY |
| N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE - COMPLOTED | 08-18-2022 _/_ SURVEY |
| N-COGNTV R | NEED - COGNITIONS REFUSE- COMPLETED | 08-18-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 03-16-2022 |
| N-EDUC N | NEED - EDUCATION NO | 08-18-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 08-18-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-18-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-18-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 08-18-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 08-18-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 08-18-2022 |
| N-TRAUMA N | NEED - TRAUMA NO | 08-18-2022 |
| N-WORK Y | NEED - WORK YES | 08-18-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 08-18-2022 |

### Progress since last review

Since last review, you have completed several educational and FSA classes and are currently enrolled in several other classes as well as on the waiting list for the National Parenting Program and Anger management. You have maintained clear conduct and secured employment as a Unit Orderly and now work in the Recreation Department.  AND THRESHHOLD  HAVE EMAIL FROM CHAPLAIN

### Next Program Review Goals

By next review complete the programs you are currently enrolled in, continue to identify programs of interest and maintain clear conduct. Continue to participate in FSA programs.

### Long Term Goals

No later than 5/2023 complete the following:
- Release Preparation Orientation Seminar
- Identify (3) employers near your release residence and prepare a resume.  ALREADY HAVE EMPLOYMENT WAITING

### RRC/HC Placement

Recommended Placement in a range between 151-180 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments

FSA 4 14



### Individualized Needs Plan - Program Review    (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN  26840-509

SEQUENCE: 02266136
Team Date: 08-18-2022

FRP - Account assessed for program review. Has made satisfactory progress with his obligation. Six month deposit total increased, needs to sign new contract.

Finance/Poverty:
Finance/Poverty Need Screen
Is there documentation in the PSR of any of the following?
___ Any history of Bankruptcy
X__ No bank account
_X_ No assets nor liabilities noted in PSR
_X_ Debts noted in Credit Report or other sources
___ Tax Liabilities/back taxes
___ Unpaid alimony/child support
___ other indications of lack of financial management skills (specify)

_____

YES ___X___ NO _____ (if any of the above, check yes)
If the answer is yes, the inmate has a financial/poverty skills need.





**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN  26840-509

SEQUENCE: 02266136
Team Date: 08-18-2022

Name: FAIRLAMB, SCOTT KEVIN
Register No.: **26840-509**
Age: 45
Date of Birth:

DNA Status:  PHL11798 / 01-31-2022

Inmate   (FAIRLAMB, SCOTT KEVIN. Register No.: 26840-509)

Date

Unit Manager / Chairperson                    Case Manager

Date                                          Date



U.S. Department of Justice
Federal Bureau of Prisons
Residential Reentry Management Office
100 29th Street
Brooklyn, NY  11232


December 5, 2022


MEMORANDUM FOR THOMAS J. SCARANTINO, COMPLEX WARDEN
               FCC BUTNER

          *Patrick McFarland*

FROM:     P. McFarland, Residential Reentry Manager
         New York Residential Reentry Management Office  NJ?

SUBJECT:  RRC Denial
         FAIRLAMB, SCOTT 26840-509


This memorandum is to advise you that the requested RRC
placement for the above mentioned inmate has been denied due to
medical reasons. Inmate Fairlamb is not medically appropriate
for RRC.  He is currently on an active treatment plan with
chemotherapy and just had medication changed.  The medical staff
will need to address the pending consults and complete oncology
workup/treatment prior to transfer to RRC/HC consideration.
RRCs have no medical staff and medical needs such as this cannot
be met in RRC.  Home confinement would have to be considered for
an inmate with active cancer treatment with a social worker plan
and detailed availability of care, transportation and other
medical care needs associated with cancer treatment.  The inmate
currently has a PSF of Greater Severity and is not eligible for
placement on HC.


If you have any additional concerns please contact me, at
(718) 840-4219.

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) GLANCY | DATE: 11-4-22 |
|---|---|
| FROM: FAIRLAMB, SCOTT | REGISTER NO.: 26840-509 |
| WORK ASSIGNMENT: REC PM ORDERLY | UNIT: LC-67 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back) if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

① CAN YOU PLEASE LIST ANY RECOMMENDED PROGRAMS OR
SURVEYS I NEED TO SIGN UP FOR OR COMPLETE TO ENSURE I
AM NOT IN REFUSAL STATUS?

② AM I CURRENTLY IN PROGRAMMING STATUS AND ELIGIBLE
TO RECEIVE 15 DAYS FTC PER MONTH?

(Do not write below this line)

DISPOSITION:

You are not in Refuse for anything. You are
"DAP Decline" for RDAP and they are suppose to be
changing this to "No interest" I believe. You should be
in Programming Status.

| Signature Staff Member | Date 12/11/22 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                                        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

SECTION 6.

BP-A0148
JUNE 10                                INMATE REQUEST TO STAFF CDFRM           FSA #16

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) MS. GLANCY – CASE MANAGER | DATE: 3-28-2022 |
|---|---|
| FROM: SCOTT FAIRLAMB | REGISTER NO.: 26840-509 |
| WORK ASSIGNMENT: FIRST STEP ACT | UNIT: LC - 017 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

   HELLO MS. GLANCY, I BELIEVE YOU MADE A MISTAKE
REGARDING MY ELIGIBILITY FOR THE FIRST STEP ACT. I WOULD LIKE
TO SIT DOWN WITH YOU AND MAKE THE CORRECTIONS AT YOUR
EARLIEST CONVIENENCE.

(Do not write below this line)

DISPOSITION:

   I'm still waiting for Legal to respond,
however I did email Grand Prairie this
morning about this as well.

Signature Staff Member                      Date  3/30/22

Record Copy - File; Copy - Inmate

PDF                                  Prescribed by P5511

                              This form replaces BP-148.070 dated Oct 86
                              and BP-S148.070 APR 94

FSA #17



**Individualized Needs Plan - Initial Classification**   (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN  26840-509

SEQUENCE: 02266136
Team Date: 03-03-2022

| | | |
|---|---|---|
| Facility: | BTF BUTNER MED II FCI | Proj. Rel. Date: 12-20-2023 |
| Name: | FAIRLAMB, SCOTT KEVIN | Proj. Rel. Mthd: GOOD CONDUCT TIME |
| Register No.: | 26840-509 | DNA Status: PHL11798 / 01-31-2022 |
| Age: | 44 | |
| Date of Birth: | ████████ | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BTF | ADM DET | ADM DET WORK ASSIGN | 02-09-2022 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BTF | ESL HAS | ENGLISH PROFICIENT | 02-14-2022 |
| BTF | GED EN | ENROLL GED NON-PROMOTABLE | 02-14-2022 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| NO COURSES | | | | |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 02-24-2022 |
| CARE3 | UNSTABLE, COMPLEX CHRONIC CARE | 02-01-2022 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER- *NONE* | 02-13-2022 |
| NOT MED CL | NOT MEDICALLY CLEARED | 02-01-2022 |

### Current Drug Assignments ) *NO RDAP / NRDAP*

| Assignment | Description | Start |
|---|---|---|
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST *MANDATORY FOR ALL INMATES* | 02-10-2022 |

### FRP Payment Plan

Most Recent Payment Plan

| | | | |
|---|---|---|---|
| FRP Assignment: | UNASSG | FINANC RESP-UNASSIGNED | Start: 12-07-2021 |
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $0.00 | | Obligation Balance: $2,200.00 |

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT DC | $200.00 | $200.00 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST DC | $2,000.00 | $2,000.00 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $25.00           Payments commensurate ?   Y

New Payment Plan:   ** No data **

### Current FSA Assignments

FSA 4 18



**Individualized Needs Plan - Initial Classification** (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN  26840-509

SEQUENCE: 02266136
Team Date: 03-03-2022

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED - *WRONG* | 02-10-2022 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO - *WRONG* | 02-08-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 02-10-2022 |
| N-WORK Y | NEED - WORK YES | 02-17-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 02-24-2022 |

**Progress since last review**

New commit on 02/09/2022. Will assess progress at next team meeting.

**Next Program Review Goals**  *WRONG*

Although you are ineligible for Federal Time Credit (FTC) under the First Step Act (FSA), you are still encouraged to take FSA classes to obtain credits for future incentives. By next review it is recommended that you enroll in Anger Management and Brain Health. You may also take any other FSA classes offered by Education, Psychology, Recreation, Religious Services and Unit Team as they come available.

*NO MENTION OF SURVEYS.*

**Long Term Goals**

No later than 12/2022 apply to work in Unicor to save money towards release needs.

**RRC/HC Placement**

Recommended Placement in a range between 151-180 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

**Comments**

FRP - Initial contract, effective Jun 2022. Obligation, payment schedule and consequences of missed payments were discussed with inmate.

Finance/Poverty:
Finance/Poverty Need Screen
Is there documentation in the PSR of any of the following?
___ Any history of Bankruptcy
_X_ No bank account
_X_ No assets nor liabilities noted in PSR
_X_ Debts noted in Credit Report or other sources
___ Tax Liabilities/back taxes
___ Unpaid alimony/child support
___ other indications of lack of financial management skills (specify)
_____

YES ___X___ NO _____ (if any of the above, check yes)
If the answer is yes, the inmate has a financial/poverty skills need.

FSP # 19

**Individualized Needs Plan - Initial Classification**   **(Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN  26840-509

SEQUENCE: 02266136
Team Date: 03-03-2022

Name: FAIRLAMB, SCOTT KEVIN
Register No.: 26840-509
Age: 44
Date of Birth:

DNA Status:  PHL11798 / 01-31-2022

_____
Inmate   (FAIRLAMB, SCOTT KEVIN. Register No.: 26840-509)


_____
Date


_____
Unit Manager / Chairperson

_____
Case Manager


_____
Date

_____
Date

```
BTFDT   540*23 *              SENTENCE MONITORING            *   02-28-2022
PAGE 001          *           COMPUTATION DATA              *   09:39:33
                              AS OF 02-28-2022                              FSA # 20
```

REGNO..: 26840-509 NAME: FAIRLAMB, SCOTT KEVIN

```
FBI NO...........: 15589PC8            DATE OF BIRTH:          AGE:  44
ARS1.............: BTF/A-DES
UNIT.............: LC/D UNIT           QUARTERS.....: L03-017U
DETAINERS........: NO                  NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 08-19-2023

THE INMATE IS PROJECTED FOR RELEASE: 12-20-2023 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER...................: 21-CR-120 (RCL)
JUDGE...........................: LAMBERTH
DATE SENTENCED/PROBATION IMPOSED: 11-10-2021
DATE COMMITTED..................: 02-09-2022
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.: $200.00        $00.00           $00.00       $00.00
```

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $2,000.00

----------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....:  882      18:351 VIOLENCE              FSA INELIGIBLE
OFF/CHG: CT-1 18:1512(C)(2), 2 OBSTRUCTION OF AN OFFICIAL PROCEEDING
         AND AIDING AND ABETTING CT-2 18:111(A)(1) ASSAULTING, RESISTIN
         OR IMPEDING CERTAIN OFFICERS

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   41 MONTHS
TERM OF SUPERVISION............:   36 MONTHS
DATE OF OFFENSE................: 01-06-2021
```

G0002        MORE PAGES TO FOLLOW . . .

```
BTFDT  540*23 *           SENTENCE MONITORING             *    02-28-2022
PAGE 002 OF 002 *         COMPUTATION DATA                *    09:39:33
                          AS OF 02-28-2022
```


REGNO..: 26840-509 NAME: FAIRLAMB, SCOTT KEVIN


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-25-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-25-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 11-10-2021
TOTAL TERM IN EFFECT............:   41 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS       5 MONTHS
EARLIEST DATE OF OFFENSE........: 01-06-2021

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    01-22-2021     11-09-2021

TOTAL PRIOR CREDIT TIME.........: 292
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 184
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 12-20-2023
ELDERLY OFFENDER TWO THIRDS DATE: 05-03-2023
EXPIRATION FULL TERM DATE.......: 06-21-2024
TIME SERVED.....................:    1 YEARS       1 MONTHS      7 DAYS
PERCENTAGE OF FULL TERM SERVED..: 32.3
PERCENT OF STATUTORY TERM SERVED: 37.9

PROJECTED SATISFACTION DATE.....: 12-20-2023
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 02-25-22 UPD JUDGE NAME D/LMS
```



G0000      TRANSACTION SUCCESSFULLY COMPLETED

FSA

DISQUALIFYING STATUTES

FSA # 22

**(4) Time credits.**

(A) **In general.** A prisoner, except for an ineligible prisoner under subparagraph (D), who successfully completes evidence-based recidivism reduction programming or productive activities, shall earn time credits as follows:

(i) A prisoner shall earn 10 days of time credits for every 30 days of successful participation in evidence-based recidivism reduction programming or productive activities.

(ii) A prisoner determined by the Bureau of Prisons to be at a minimum or low risk for recidivating, who, over 2 consecutive assessments, has not increased their risk of recidivism, shall earn an additional 5 days of time credits for every 30 days of successful participation in evidence-based recidivism reduction programming or productive activities.

(B) **Availability.** A prisoner may not earn time credits under this paragraph for an evidence-based recidivism reduction program that the prisoner successfully completed—

(i) prior to the date of enactment of this subchapter [enacted Dec. 21, 2018]; or

(ii) during official detention prior to the date that the prisoner's sentence commences under section 3585(a) [18 USCS § 3585(a)].

(C) **Application of time credits toward prerelease custody or supervised release.** Time credits earned under this paragraph by prisoners who successfully participate in recidivism reduction programs or productive activities shall be applied toward time in prerelease custody or supervised release. The Director of the Bureau of Prisons shall transfer eligible prisoners, as determined under section 3624(g) [18 USCS § 3624(g)], into prerelease custody or supervised release.

(D) **Ineligible prisoners.** A prisoner is ineligible to receive time credits under this paragraph if the prisoner is serving a sentence for a conviction under any of the following provisions of law:

(i) Section 32 [18 USCS § 32], relating to destruction of aircraft or aircraft facilities.

(ii) Section 33 [18 USCS § 33], relating to destruction of motor vehicles or motor vehicle facilities.

(iii) Section 36 [18 USCS § 36], relating to drive-by shootings.

(iv) Section 81 [18 USCS § 81], relating to arson within special maritime and territorial jurisdiction.

(v) Section 111(b) [18 USCS § 111(b)], relating to assaulting, resisting, or impeding certain officers or employees using a deadly or dangerous weapon or inflicting bodily injury.

(vi) Paragraph (1), (7), or (8) of section 113(a) [18 USCS § 113(a)], relating to assault with intent to commit murder, assault resulting in substantial bodily injury to a spouse or intimate

USCS                                                          1

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

90412080



## Inmate Message

## First Step Act Time Credits Calculation

- In January 2022, the federal regulations were published describing how First Step Act time credits (FTCs) are earned and applied. BOP used this guidance to calculate FTCs, and more recently an automated calculator was implemented.

- When this automation happened, some of you may have noticed your time credit balance decreased. The primary reasons for this change are because some inmates did not complete needs assessments and/or declined programs.

- To assist inmates in addressing these issues, Unit Team staff will receive rosters identifying the individuals who lost credit.

- **A grace period will be available until December 31, 2022, to allow you the opportunity to complete all needs assessments or address any declined programs.** During this period, the agency will work to assist all inmates in completing their needs assessments, and if completed by December 31, 2022, you will earn available FTCs.

- Needs assessments will be reissued during this time period to inmates with unassessed needs. In addition, any decline codes in place up to December 31, 2022, will not result in an inmate being placed in non-earning status. The BOP will work with inmates to develop a new plan if you have program decline codes and will only withhold if an inmate again declines to participate in a recommended program.

- **Beginning January 1, 2023, full automation will begin, and any incomplete needs assessments or any declined to participate codes will lead to you not earning FTCs in accordance with the federal regulations.**

- Failure to resolve these issues by the deadline will result in inmates being ineligible to earn or apply the time credits earned when the full auto-calculation resumes (and accounts for program declines and missing needs assessments).

- Three additional changes are being made to how credits are calculated:

  - First, you will soon be able to see all potential FTC you may earn over the course of your sentence. This number is only an estimate; it is not a guarantee and may change depending on your

**Inmate Message – Federal Time Credits (FTC)**
**Auto-Calculation Launches**

FSA #24

Recently, the Bureau has launched the Federal Time Credits (FTCs) auto-calculation application. All eligible inmates will be reviewed regardless of PATTERN risk level release date, and credits will be applied consistent with the final rules language and implementing text.

As a reminder, the unit team will determine an inmate's eligibility to earn FTCs based on the current conviction and prior criminal convictions.

The earning of FTCs is based on "earning status," and NOT participation and/or completion of individual programs. **Inmates who refuse or fail to complete any portion of the needs assessment and/or refuse or decline any program recommended to address as specific identified need area, is considered "opted out" and will not earn FTCs.**

The following items have been incorporated into the calculation of FTCs:

- While inmates can begin earning time credits starting with the enactment of the statute, the "presumed participation" period only extends from December 21, 2018, through January 14, 2020.
- During the "presumed participation" period and through April 28, 2021, the PATTERN risk level calculated on April 28, 2021 (PATTERN auto-calculation start date), will be used to determine the initial risk level and FTC earning rate.
- During the "presumed participation" period, only those days when the inmate was incarcerated outside the facility, housed in the Special Housing Unit, or on refused/declined status for a pre-FSA programming (e.g., FRP, Drug Education, GED, etc.) will be excluded from successful participation and credit will not be earned.
- **From January 15, 2020, forward, all components of the SPARC-13 needs assessment must be complete to be eligible to earn FTCs. Failing to do so is considered "opted out." In other words, if an inmate fails to complete a required survey or declines to enroll in a recommended program which addresses a specific need, the inmate will not be eligible to earn FTCs.**
- In order to earn or apply the higher earning rate of 15 days (for every 30 day period of successful EBRR or PA recommended), inmates need a PATTERN level of minimum or low risk or have dropped to a minimum or low risk level and maintained it for two consecutive assessment periods.

FAIRLAMB, SCOTT 26840509

FSA # 25 

## Inmate Message: FTC Auto-Calculation Transition Update

Under the First Step Act of 2018 (FSA), eligible offenders are able to earn and apply time credits toward time off their sentences and/or early placement in halfway house or home confinement. Since January 2022, these credits have been calculated using the interim procedures which included manual calculation and a simplified review for successful participation. Recently, the auto-calculation application was launched. The move to the fully automated process included both the automated calculation of time credits and the review of all requirements related to successful participation. This led to changes in the "eligible to apply" status for some offenders calculated under the interim procedures which impacted community placement dates.

The intention was never to use the auto-calculation application to return inmates to custody who are in halfway houses or home confinement, nor was it intended to delay entry into already approved halfway house or home confinement starting dates. With the issuance of this memorandum, inmates who are currently in Bureau institutions and earning FSA time credits under the interim calculation procedures and also have halfway house or home confinement placement dates will maintain these placement dates pending completion of their Needs Assessments and resolution of programming participation issues.

Offenders who were impacted will be advised of their status and provided an opportunity to correct any open issue. The due date to correct these issues is **Tuesday, November 1, 2022. Failure to resolve these open issues will result in an "opt out" status and the loss of eligibility to apply the time credits earned.**

For all other inmates, if you did not complete your Needs Assessments and/or you declined to participation in EBRR programs or Productive Activities recommended based on your identified need areas, you are NOT in earning status nor are you eligible to apply any credit. You will need to review your most recent Needs Assessment worksheet and Program Review Report (team) to identify any Needs Assessments which are in "refuse status" and/or program declines and correct in order to ensure you are able to earn and apply time credits. **Failing to complete the Needs Assessment, including the self-assessment surveys on Trulincs, and/or failing to participate in EBRR programs or Productive Activities recommended based on identified need areas WILL negatively impact your ability to both earn and apply time credits.**

If you are not in earning status due to an incomplete Needs Assessment and/or declining to participating recommended EBBR program or productive activity, you are strongly encouraged to correct your status in order to ensure you are able to benefit from the First Step Act.

FAIRLAMB, SCOTT  26840509

AFFIDAVIT OF SCOTT FAIRLAMB

I, Scott Fairlamb, do hereby certify the following information is true and accurate, it is provided under the pains and penalties of perjury, in pursuant to 28 U.S.C 1746.

I assert, that the facts set forth, in the provided petition's are true and accurate, they are expressly incorporated into this affidavit.

In addition I provide the following information.

SINCE ARRIVING AT THE BOP I HAVE BEEN ENROLLED IN EVIDENCE BASED RECIDIVISM REDUCTION PROGRAMS (EBRR) AND PRODUCTIVE ACTIVITIES (PA'S). I HAVE MAINTAINED A LOW RECIDIVISM FOR 12 MONTHS AND HAVE LOWERED MY SECURITY LEVEL 5 POINTS, FROM 16 TO 11. DURING THIS TIME I HAVE ALSO MAINTAINED EMPLOYMENT AS A RECREATION ORDERLY AND NOW CARPENTER IN FACILITIES. WHILE WAITING VERIFICATION OF MY HIGH SCHOOL DIPLOMA I ENROLLED IN DAILY GED CLASSES AND COMPLETED THE PROGRAM JUST DAYS BEFORE VERIFICATION. HOWEVER, ALL OF MY EFFORT AND CONTINUING EDUCATION ARE NOT BEING CREDITED. MY CLEAN CONDUCT, LOW RECIDIVISM, AND PROGRAMMING STATUS MAKE ME MOST QUALIFIED FOR THE 15 DAYS OF FTC PER MONTH VIA THE FIRST STEP ACT. MEDICALLY, MY TREATMENT HAS BEEN WELL BELOW AVERAGE. IN 1 YEAR I HAVE YET TO MEET MY DOCTOR. WE HAVE SPOKEN A TOTAL OF 4 TIMES, OVER THE PHONE. I WAS DENIED RRC PLACEMENT BECAUSE I AM "MEDICALLY INAPPROPRIATE." YET I AM SELF-CARRY MEDICATED, WAS APPROVED FOR RRC PLACEMENT THRU MY HALF-WAY HOUSE MEDICAL ASSESSMENT

IN MAY, WAS ACCEPTED BY THE RRC FACILITY ITSELF, AND HAVE YET TO STEP FOOT AT THE FMC. I CURRENTLY BOAST A PH CHROMOSOME TRANSCRIPT LEVEL THAT DECREASED FROM 3.4% TO 0.46% IN THE MONTH OF NOVEMBER. THE SAME MONTH MY UNJUSTIFIED MEDICATION CHANGE AND THUS DENIAL OF RRC PLACEMENT / HOME CONFINEMENT OCCURRED.

YOUR HONOR, I AM NOT ASKING FOR ANYTHING MORE THAN WHAT I HAVE ALREADY EARNED, BEEN PROMISED BY THE BOP, AND THUS DESERVE. THIS MOVE TO RRC / HC PLACEMENT WOULD ALLOW ME TO RETURN TO THE DILIGENT CARE OF MY OWN ONCOLOGIST, DR. MOHAMMED CHERRY, AT THE CAROL G. SIMON CANCER CENTER WHICH IS JUST MILES FROM THE RRC FACILITY AND MY RESIDENCE.

RESPECTFULLY SUBMITTED,

SCOTT FAIRLAMB

EXECUTED ON THIS ___ DAY OF FEBRUARY IN THE YEAR OF 2023.

Scott Fairlamb

February _8th_, 2023

ADDITIONAL EXHIBITS

Provided are additional exhibits received or uncovered after the initial petition was crafted, and are labeled ADD-1...

ADD-#1 RRC ACCEPTANCE LETTER DATED 11/8/2022

ADD-#2 CONTINUED ATTEMPT AT CARE LEVEL CORRECTION 2/4/2023

ADD-#3 CONTINUED ATTEMPT AT FTC CORRECTION 1/19/2023

ADD-#4 REQUEST FOR RRC/HC RESUBMISSION 2/3/2023
CONFIRMATION OF FACILITIES MEDICAL STAFF RRC APPROVAL

ADD-#5 INDIVIDUALIZED NEEDS PLAN/PROGRAM REVIEW 2/9/2023



**Quality, Integrity and Accountability in Community Corrections**

**To:**   FAIRLAMB, SCOTT KEVIN 26840-509

**From:**  THE KINTOCK GROUP

**Date:**  11/8/2022

---

This letter is to inform you that the above-named resident has been accepted into The Kintock Group's Federal Residential Reentry Center.

-Inside this packet you will find a handbook, please review handbook before arriving to the facility.

Sincerely,

Marquis Johnson

Senior Case Manager

1

TRULINCS 26840509 - FAIRLAMB, SCOTT KEVIN - Unit: BTF-L-C

$A \Delta\Delta$ #2

----------------------------------------------------------------------------------------------------------

FROM: 26840509
TO: BTF/Health Systems Administrator
SUBJECT: ***Request to Staff*** FAIRLAMB, SCOTT, Reg# 26840509, BTF-L-C
DATE: 02/04/2023 07:23:42 AM

To: LONG
Inmate Work Assignment: REC PM ORDERLY

Ms.. Long please make Dr. Firozui aware of my Lab result reading on 2-2-2023 which shows that my PH Chromosome Transcript Level DECREASED significantly from 3.4% to 0.46%. His denial of my Care Level adjustment because "my PH Chromosome Transcript Level continues to rise," is false and my medical records support this statement. Please resubmit my Care Level 3 for correction to a Care Level 2. Thank You

*I had a typo with LONG in the previous cop out and thus sent another.

TRULINCS 26840509 - FAIRLAMB, SCOTT KEVIN - Unit: BTF-L-C

$\Delta\Delta\Delta$ #3

---------------------------------------------------------------------------------------------------------

FROM: BTF/DAP
TO: 26840509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/19/2023 08:22:02 AM

Hello. The status of "declined" is appropriate and as such, will not be changed.

From: ~^! FAIRLAMB, ~^!SCOTT KEVIN <26840509@inmatemessage.com>
Sent: Wednesday, January 18, 2023 12:05 AM
Subject: ***Request to Staff*** FAIRLAMB, SCOTT, Reg# 26840509, BTF-L-C

To: Ms. Delk
Inmate Work Assignment: rec pm orderly

Can you please change my RDAP status from decline to Not Interested. Thank you

ADD #4

BP-S148.055 INMATE REQUEST TO STAFF   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| GLANCY | 2-3-2023 |
| FROM: | REGISTER NO.: |
| FAIRLAMB, SCOTT | 26840-509 |
| WORK ASSIGNMENT: | UNIT: |
| REC PM ORDERLY | LC    L03.068 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I AM REQUESTING THAT I BE RESUBMITTED FOR RRC PLACEMENT
AFTER YESTERDAY'S LAB RESULTS WITH DR. CARDEN AND MS. LONG SHOW
THAT MY PH CHROMOSOME TRANSCRIPT LEVEL DECREASED SIGNIFICANTLY FROM
3.4% TO 0.46%. THESE LAB RESULTS ARE FROM NOVEMBER. INSTEAD OF
BEING PLACED ON A NEW CHEMO PILL AND BEING TOLD I WAS "MEDICALLY
INAPPROPRIATE" FOR RRC PLACEMENT, MEDICAL RECORDS WILL NOW SHOW
THAT NOT ONLY WAS A MEDICATION CHANGE NOT JUSTIFIED, BUT THAT I
WAS AND STILL AM MEDICALLY APPROPRIATE FOR HALF WAY HOUSE. AS
DR. CARDEN STATED, "I SEE NO ISSUE WITH YOU GOING TO A HALF WAY
HOUSE."

(Do not write below this line)

DISPOSITION:
Mr. Fairlamb, the FCI 2 medical staff
previously stated that you are medically appropriate
for RRC placement. The Office of Medical Designations
(OMDT) is who denied you. I cannot resubmit due to that
reason.

Signature Staff Member                    Date   2/8/23



**Individualized Needs Plan - Program Review**   (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN   26840-509

SEQUENCE: 02266136
Team Date: 02-09-2023

| | | |
|---|---|---|
| Facility: | BTF BUTNER MED II FCI | Proj. Rel. Date: 12-20-2023 |
| Name: | FAIRLAMB, SCOTT KEVIN | Proj. Rel. Mthd: GOOD CONDUCT TIME |
| Register No.: | 26840-509 | DNA Status: PHL11798 / 01-31-2022 |
| Age: | 45 | |
| Date of Birth: | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BTF | REC PM/2 | RECREATION ORDERLY PM 2 | 07-06-2022 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BTF | ESL HAS | ENGLISH PROFICIENT | 02-14-2022 |
| BTF | GED EARNED | GED EARNED IN BOP | 06-03-2022 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BTF GP | C | S-ACT WORK KEYS | 07-13-2022 | 12-09-2022 |
| BTF GP | C | SPANISH 1 | 07-27-2022 | 09-13-2022 |
| BTF GP | C | REENTRY-SP (UB) | 07-27-2022 | 09-13-2022 |
| BTF GP | C | CAREER READY- UNIT BASED | 07-27-2022 | 09-13-2022 |
| BTF GP | C | ALTERNATIVE ENERGY | 07-27-2022 | 09-13-2022 |
| BTF GP | C | PSY. MGT DRUG ABUSE EDUCATION | 08-11-2022 | 09-01-2022 |
| BTF GP | C | POETRY- UNIT BASED CLASS | 06-15-2022 | 07-28-2022 |
| BTF GP | C | GED 730 | 04-15-2022 | 06-03-2022 |
| BTF GP | C | WELLNESS SPINNING CLASS | 05-02-2022 | 05-20-2022 |
| BTF GP | C | INTRODUCTION TO LEATHER CRAFT | 04-06-2022 | 06-02-2022 |
| BTF GP | C | INTRAMURAL CODE OF CONDUCT | 04-09-2022 | 04-14-2022 |
| BTF GP | C | INTRODUCTION TO HOBBYCRAFT | 03-15-2022 | 03-16-2022 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 02-24-2022 |
| CARE3 | UNSTABLE, COMPLEX CHRONIC CARE | 02-01-2022 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 03-01-2022 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-01-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-01-2022 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 02-03-2023 |
| ED COMP | DRUG EDUCATION COMPLETE | 09-01-2022 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 04-07-2022 |

**FRP Payment Plan**

| Most Recent Payment Plan |
|---|

ADD #5



## Individualized Needs Plan - Program Review    (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN   26840-509

SEQUENCE: 02266136
Team Date: 02-09-2023

### Most Recent Payment Plan

**FRP Assignment:**    **PART**    **FINANC RESP-PARTICIPATES**    Start: 03-03-2022

Inmate Decision:    **AGREED**    **$25.00**    Frequency: **QUARTERLY**
Payments past 6 months:    **$50.00**    Obligation Balance: **$2,125.00**

### Financial Obligations

| No. | Type | Amount | | Balance | Payable | Status | |
|-----|------|--------|--|---------|---------|--------|--|
| 1 | ASSMT DC | $200.00 | | $125.00 | IMMEDIATE | AGREED | |
| | | Adjustments: | Date Added | Fac | Adjust Type | Reason | Amount |
| | | | 12-10-2022 | BTF | PAYMENT | INSIDE PMT | $25.00 |
| | | | 09-10-2022 | BTF | PAYMENT | INSIDE PMT | $25.00 |
| 2 | REST DC | $2,000.00 | | $2,000.00 | IMMEDIATE | AGREED | |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | | |

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $1,988.00    Payments commensurate ?   N

New Payment Plan:   Last 6 month deposits increased, needs new contract.

### Current FSA Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-31-2022 ⭐ |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 02-07-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 02-07-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 02-07-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 03-16-2022 |
| N-EDUC N | NEED - EDUCATION NO | 02-07-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 02-07-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 02-07-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 02-07-2023 |
| N-MEDICL Y | NEED - MEDICAL YES | 02-07-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 02-07-2023 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 02-07-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 02-07-2023 |
| N-WORK N | NEED - WORK NO | 02-07-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 02-07-2023 |

### Progress since last review

Since last review you have completed several Education courses that are listed under "Education Courses Taken". You have also completed Talking with your Doctor and you are on the waiting list for Anger Management. You have continued to maintain clear conduct and have maintained employment in the Recreation Department.

### Next Program Review Goals

By next review apply to work in UNICOR to save money towards release needs.

### Long Term Goals

No later than 11/2023 complete the following;
- Release Preparation Orientation Seminar
- Identify (3) employers near your release residence and prepare a resume.

### RRC/HC Placement

No.
Other medical/mental health needs cannot be accommodated in an RRC.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments

ADD#5



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN  26840-509

SEQUENCE: 02266136
Team Date: 02-09-2023

FRP - Account assessed for program review. Has made satisfactory progress with his obligation. Six month deposit total increased, needs to sign new contract.

Finance/Poverty:
Finance/Poverty Need Screen
Is there documentation in the PSR of any of the following?
___ Any history of Bankruptcy
X__ No bank account
_X_ No assets nor liabilities noted in PSR
_X_ Debts noted in Credit Report or other sources
___ Tax Liabilities/back taxes
___ Unpaid alimony/child support
___ other indications of lack of financial management skills (specify)
_____

YES ___X___ NO _____ (If any of the above, check yes)
If the answer is yes, the inmate has a financial/poverty skills need.



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN  26840-509

SEQUENCE: 02266136
Team Date: 02-09-2023

Name: FAIRLAMB, SCOTT KEVIN
Register No.: **26840-509**
Age: 45
Date of Birth:

DNA Status: PHL11798 / 01-31-2022

Inmate   (FAIRLAMB, SCOTT KEVIN. Register No.: 26840-509)

Date

Unit Manager / Chairperson                     Case Manager

Date                                           Date

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

*RCL #1*

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) GLANCY | DATE: 1-17-2023 |
|---|---|
| FROM: FAIRLAMB, SCOTT | REGISTER NO.: 26840-509 |
| WORK ASSIGNMENT: REC PM ORDERLY | UNIT: LC - #67 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.

CAN I PLEASE HAVE A COPY OF MY FSA TIME

CREDIT ASSESSMENT SHEET.

(Do not write below this line)

DISPOSITION:

Latest updated attached.
Grand Prairie is still working out the "glitch"
So this may or may not be accurate

| Signature Staff Member | Date 1/18/23 |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

**FSA Time Credit Assessment**
Register Number:26840-509, Last Name:FAIRLAMB

RRC #2 

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 26840-509 | Responsible Facility: BTF |
| Inmate Name | Assessment Date.....: 01-18-2023 |
|    Last............: FAIRLAMB | Period Start/Stop...: 02-09-2022 to 01-18-2023 |
|    First...........: SCOTT | Accrued Pgm Days....: 343 |
|    Middle..........: KEVIN | Disallowed Pgm Days.: 0 |
|    Suffix..........: | FTC Towards RRC/HC..: 0 |
| Gender............: MALE | FTC Towards Release.: 110 |
| Start Incarceration: 11-10-2021 | Can Apply FTC.......: No |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-09-2022 | 01-18-2023 | accrue | 343 |

*COGNTV / ANTISOC*
*COMPLETED 8/18*

**Cannot apply FTC**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| BTF | FSA | R-LW | 08-18-2022 1042 | CURRENT |

--------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-09-2022 | 01-18-2023 | accrue | 343 |

Accrued Pgm Days...: 343
Carry Over Pgm Days: 0
Time Credit Factor.: 10   15?
Time Credits.......: 110



RRC #3

## ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

Bureau of Prisons Program Statement 1330.13, dated 12/22/95, Administrative Remedy Program, requires that "inmates shall informally present their complaints to staff and staff attempt to informally resolve an issue before an inmate files a "Request for Administrative Remedy". The staff member must try to resolve the issue informally before the inmate will be given a "Request for Administrative Remedy" form.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To be completed by the Counselor:

Inmate's Name _FAIRLAMB, SCOTT_ . Reg# _26840-509_ Date _1-12-23_

Date and time given to inmate: _1/12/23_          _12:00 pm_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To be completed by the Inmate:

1. Nature of Problem: ON NOVEMBER 29TH 2022 I WAS NOTIFIED BY MY CASE MANAGER THAT DESPITE BEING FULLY APPROVED FOR RRC BY ALL DEPARTMENTS AND BY THE RRC ITSELF, THAT I WAS BEING DENIED AS AN ADMINISTRATIVE DECISION DUE TO MY CANCER MEDICATION. I AM SELF CAULRY MEDICATED AND HAVE BEEN SO SINCE DIAGNOSIS IN 2010 FEDERAL STATUTE § 3624 STATES THAT I SHALL BE GIVEN THE MAXIMUM POSSIBLE TIME IN PRE-RELEASE CUSTODY, WHICH IT DEFINES AS EITHER RRC OR HOME CONFINEMENT.

2. State what action or resolution you expect: A FULL CONVERSION OF MY TIME TO HOME CONFINEMENT, EITHER UNDER THE CARES ACT OR THE AUTHORITY GRANTED BY 3624

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To be completed by the Counselor:

1. Date & Time received from inmate:

2. Summary of Investigation:

3. Actions staff members have taken to resolve the matter informally:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Counselor to check applicable section:

( ) Problem informally resolved on _____

( ) Problem not resolved. Continue formal procedure.
Explanation for Non-Resolution: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date: _____        Counselor's Signature: _____

Date: _____        Unit Manager's Signature: _____

(8)

RRC#4

Scott Fairlamb

1-12-23

26840-509

ATTEMPT AT INFORMAL RESOLUTION

1. NATURE OF PROBLEM -(CONTINUED) FAILING TO GRANT EITHER OF THESE
FORMS OF PRE-RELEASE CUSTODY DUE TO A MEDICAL CONDITION IS DISCRIMINATION.
BUTNER MEDICAL STAFF AS WELL AS THE RRC ACCEPTED AND APPROVED ME
FOR RRC PLACEMENT. I HAVE NO MEDICAL HOLD, HAVE NEVER MET WITH
ANY DOCTORS, AND HAVE NEVER BEEN TO THE FMC. THERE IS NO REASON MY
"TREATMENT PROGRAM" OF A DAILY SELF MEDICATED SINGLE PILL SHOULD
EXCLUDE ME FROM RRC PLACEMENT OR HOME CONFINEMENT. HOWEVER, IF
IT IS NOW THE BOP'S POSITION AND DECISION TO KEEP THOSE INMATES WITH
CANCER IN PRISON WITH THE ONLY REASON BEING THEIR CANCER, LIKE MYSELF,
THEN I RESPECTFULLY REQUEST A FULL CONVERSION OF MY REMAINING TIME TO
HOME CONFINEMENT, EITHER UNDER THE CARES ACT OR AUTHORITY GRANTED
BY § 3624.

TRULINCS 26840509 - FAIRLAMB, SCOTT KEVIN - Unit: BTF-L-C                    RRC #5

--------------------------------------------------------------------------------------------

FROM: 26840509
TO: BTF/AWO
SUBJECT: ***Request to Staff*** FAIRLAMB, SCOTT, Reg# 26840509, BTF-L-C
DATE: 12/22/2022 11:16:12 AM

To: Warden Kelly
Inmate Work Assignment: Rec Orderly PM

As per PS 5050.50, I am requesting Compassionte Release, for the following reasons.

Since arriving in February of 2022 I have been enrolled in programming, maintained employment, lowered my security level from medium to low, maintined low recidivism, and have had no incident reports. As stated by my Case Manager, Ms. Glancy, "Inmate has gained employable work skills through his employment as an orderly in the recreation department as well as in the housing unit." And, "Since arrival, inmate has continuouslyparticipated in continuing education classes and FSA classes as recommended by his Case Manager. He has also earned his GED while in custody." However, I never received my full FTC/FSA time credits. As compensation, as per the BP-9 response from your office dated 11-4-22, "Your Case Manager did request exra time at the halfway house for you and you are currently waiting for an RRC release date." I want to thank you Warden Kelly for approving the 12 months of half way house time. But after already being approved thru my half way house medical assessment by the Health Care professionals here at Butner in May, and receiving my half way house acceptance letter and packet dated 11-8-22, I was denied and considered "Medically Inappropriate" for RRC placement.

I am a Care Level 3 who:

1. Is self carry, orally medicated
2. Has had cancer since 2010
3. Has STILL not met with a Doctor, instead has only spoken via speakerphone 3 times.
4. Has never been to the FMC
5. Does not have a medical hold.
6. Would receive better treatment through my Oncologist, Dr. Mohammed Cherry, from the Carol G. Simon Caner Center in Morristown NJ.

The Kintock Group's half way house medicinal protocol is actually more disciplined than the one I currently have myself on. Upon arrival I would turn over my medication and wake each morning to take my single pill at the medication booth. A single dose, taken orally, just like every day for the last 12 years.

I am not asking for any more than what I deserve and what has already been approved by your medical staff. With your blessing of a 12 month approval of half way house time I was set to leave on 11-20-22.

Warden Kelly please find it in your heart once more. The fact that the only reason keeping me in prison and away from my family this Holiday season is cancer, makes no sense. For the last 2 1/2 years those will illnesses like cancerwere released citing compassionate release. How is it now I'm being kept in prison with the sole reason being cancer, diagnosed 12 years ago.

Respectfully,
Scott Fairlamb

TRULINCS 26840509 - FAIRLAMB, SCOTT KEVIN - Unit: BTF-L-C

RRL # 6

---------------------------------------------------------------------------------

FROM: 26840509
TO: BTF/Health Systems Administrator
SUBJECT: ***Request to Staff*** FAIRLAMB, SCOTT, Reg# 26840509, BTF-L-C
DATE: 12/19/2022 08:37:01 AM

To: Ms. Long
Inmate Work Assignment: rec pm orderly

This is just a reminder to have my Care Level 3 lowered. Thank you

TRULINCS 26840509 - FAIRLAMB, SCOTT KEVIN - Unit: BTF-L-C



--------------------------------------------------------------------------------

FROM: 26840509
TO: BTF/Health Systems Administrator
SUBJECT: ***Request to Staff*** FAIRLAMB, SCOTT, Reg# 26840509, BTF-L-C
DATE: 12/13/2022 08:10:41 PM

To: Ms. Carlock
Inmate Work Assignment: Rec PM Orderly

Can you please change my care level 3 to care level 2.

Thank You

RRC #08

TRULINCS 26840509 - FAIRLAMB, SCOTT KEVIN - Unit: BTF-L-C

---------------------------------------------------------------------------------------------------------

FROM: 26840509
TO: BTF/L-Unit
SUBJECT: ***Request to Staff*** FAIRLAMB, SCOTT, Reg# 26840509, BTF-L-C
DATE: 12/09/2022 12:35:54 PM

To: GLANCY
Inmate Work Assignment: REC PM ORDERLY

I would like to know WHY I was denied by Central BOP for my 1/2 way house placement after I was already approved by Butner Medical Staff in May 2022.

TRULINCS 26840509 - FAIRLAMB, SCOTT KEVIN - Unit: BTF-L-C        RRC #79

---------------------------------------------------------------------------------------------------

FROM: 26840509
TO: BTF/CMC
SUBJECT: ***Request to Staff*** FAIRLAMB, SCOTT, Reg# 26840509, BTF-L-C
DATE: 12/04/2022 07:20:38 PM

To: Byrd
Inmate Work Assignment: Rec Pm Orderly

I would like to know why I was denied by Central BOP for RRC placement. Thank you

TRULINCS 26840509 - FAIRLAMB, SCOTT KEVIN - Unit: BTF-L-C



-------------------------------------------------------------------------------------

FROM: 26840509
TO: BTF/Medical Records
SUBJECT: ***Request to Staff*** FAIRLAMB, SCOTT, Reg# 26840509, BTF-L-C
DATE: 12/01/2022 11:56:36 AM

To: Medical
Inmate Work Assignment: REC PM ORDERLY

Good morning. I would like a copy of my medical records from the date of my arrival until present. More specifically, I would like a copy of my half way house medical assessment approval by Ms. Fragoni and a copy of the approval by my Heath Care Provider. Thank You, Scott Fairlamb 26840-509 LC-67

TRULINCS  26840509 - FAIRLAMB, SCOTT KEVIN - Unit: BTF-L-C

RRC # 10
11

--------------------------------------------------------------------------------------------------

FROM: 26840509
TO: BTF/Health Systems Administrator
SUBJECT: ***Request to Staff*** FAIRLAMB, SCOTT, Reg# 26840509, BTF-L-C
DATE: 11/17/2022 06:12:01 PM

To: Ms. Carlisle
Inmate Work Assignment: pm rec orderly

Hello maam, it was brought to my attention that I am a care level 3 still. I am self carry medicated and have been since 10-10-
10. Can you please remove my care level? I have never met with any Dr's while here and maintain good health. In fact, I've only
spoken with the Dr twice, on speakerphone, and couldnt tell you his name. Thanks

RPC # 12

## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: FAIRLAMB, SCOTT KEVIN   26840-509

SEQUENCE: 00332682

Report Date: 10-12-2022

| Assignment | Description | Start |
|---|---|---|
| YES F/S | CLEARED FOR FOOD SERVICE | 03-01-2022 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DECL | RESIDENT DRUG TRMT DECLINED – N O INTEREST | 04-20-2022 ✓ NO INTEREST |
| ED COMP | DRUG EDUCATION COMPLETE | 09-01-2022 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 04-07-2022 |

### Physical and Mental Health Summary

Inmate is a medical care level 3 and mental health care level 1.

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:**   **PART**   **FINANC RESP-PARTICIPATES**   **Start: 03-03-2022**

Inmate Decision:   **AGREED**   **$25.00**   Frequency: **QUARTERLY**

Payments past 6 months:   **$50.00**   Obligation Balance: **$2,150.00**

**Financial Obligations**

| No. | Type | Amount | | Balance | Payable | | Status | |
|---|---|---|---|---|---|---|---|---|
| 1 | ASSMT DC | $200.00 | | $150.00 | IMMEDIATE | | AGREED | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
| | | | 09-10-2022 | BTF | PAYMENT | INSIDE PMT | | $25.00 |
| | | | 06-10-2022 | BTF | PAYMENT | INSIDE PMT | | $25.00 |
| 2 | REST DC | $2,000.00 | | $2,000.00 | IMMEDIATE | | AGREED | |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Financial Responsibility Summary

Inmate is currently FRP compliant.

### Release Planning

Inmate will to live with his wife in Stockholm, NJ upon release. This release plan has already been approved by the USPO.

### General Comments

Mr. Fairlamb was reviewed under 18 USC 3621b: 1. There are available community corrections centers in his release area. 2. The nature and circumstances of the offense indicate Mr. Fairlamb is eligible for community corrections participation. There are no extenuating circumstances that would preclude placement. 3. The history and characteristics of the inmate are: He needs Residential Reentry Center placement to assist him with obtaining drug treatment, obtaining employment, and acclimating to the community. With the proper guidance, he should have no problem with his transition into the community. 4. The sentencing court makes no mention of Residential Reentry Center placement. 5. There is no pertinent policy by the Sentencing Commission. As such, Unit Team is requesting a 12 month Residential Reentry Center (RRC) placement.

## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN   26840-509

**SEQUENCE: 00332682**
Report Date: 10-12-2022



Facility: **BTF BUTNER MED II FCI**
Name: **FAIRLAMB, SCOTT KEVIN**
Register No.: **26840-509**
Quarters: **L03-067L**
Age: **45**
Date of Birth: ▇▇▇▇▇▇

Custody Level: **IN**
Security Level: **LOW**
Proj. Rel Date: **11-20-2023**
Release Method: **FIRST STEP**
DNA Status: **PHL11798 / 01-31-2022**

---

## Contact Information

**Release contact & address**
Andrea Fairlamb, WIFE
▇▇▇▇▇▇

- Phone (Mobile) : ▇▇▇▇▇

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| CT-1 18:1512(C)(2), 2 OBSTRUCTION OF AN OFFICIAL PROCEEDING AND AIDING AND ABETTING CT-2 18:111(A)(1) ASSAULTING, RESISTIN OR IMPEDING CERTAIN OFFICERS | 41 MONTHS |

Date Sentence Computation Began:   11-10-2021
Sentencing District:   DIST OF COLUMBIA, DISTRICT CRT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit   - InOp Time |
|---|---|---|---|
| 0 /   0 /   0 | 54 | Years: 1 Months: 8 Days: 22 | + 292   JC  - 0   InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans

Inmate arrived at FCI II Butner on 02/09/2022. He was recommended to complete continuing education courses, participate in FSA classes and the Drug Education Program. He has been encouraged to satisfy any court imposed financial obligations through participation in the Inmate Financial Responsibility Program and maintain clear conduct. He was also recommended to complete the six core topics of the Release Preparation Program (RPP) prior to release or RRC placement.

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-31-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 08-18-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-24-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 08-24-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 03-16-2022 |
| N-EDUC N | NEED - EDUCATION NO | 08-18-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 08-18-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-18-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-18-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 08-18-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 08-18-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 08-18-2022 |
| N-TRAUMA N | NEED - TRAUMA NO | 08-18-2022 |
| N-WORK Y | NEED - WORK YES | 08-18-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 08-18-2022 |

## FSA Comments

Inmate qualifies for Federal Time Credit (FTC) under the First Step Act (FSA). He is encouraged to participate in FSA programs that are recommended to him by his Case Manager.



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN  26840-509

SEQUENCE: 00332682
Report Date: 10-12-2022

### Current Work Assignments

| Facl | Assignment | Description | Start |
|------|-----------|-------------|-------|
| BTF | REC PM/2 | RECREATION ORDERLY PM 2 | 07-06-2022 |

### Work Assignment Summary

Inmate has gained employable work skills through his employment as an orderly in the Recreation Department as well as in the Housing Unit. He intends to seek employment upon release.

### Current Education Information

| Facl | Assignment | Description | Start |
|------|-----------|-------------|-------|
| BTF | ESL HAS | ENGLISH PROFICIENT | 02-14-2022 |
| BTF | GED EARNED | GED EARNED IN BOP | 06-03-2022 |

#### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| BTF | | S-ACT WORK KEYS | 07-13-2022 | CURRENT |
| BTF GP | C | SPANISH 1 | 07-27-2022 | 09-13-2022 |
| BTF GP | C | REENTRY-SP (UB) | 07-27-2022 | 09-13-2022 |
| BTF GP | C | CAREER READY- UNIT BASED | 07-27-2022 | 09-13-2022 |
| BTF GP | C | ALTERNATIVE ENERGY | 07-27-2022 | 09-13-2022 |
| BTF GP | C | PSY. MGT DRUG ABUSE EDUCATION | 08-11-2022 | 09-01-2022 |
| BTF GP | C | POETRY- UNIT BASED CLASS | 06-15-2022 | 07-28-2022 |
| BTF GP | C | GED 730 | 04-15-2022 | 06-03-2022 |
| BTF GP | C | WELLNESS SPINNING CLASS | 05-02-2022 | 05-20-2022 |
| BTF GP | C | INTRODUCTION TO LEATHER CRAFT | 04-06-2022 | 06-02-2022 |
| BTF GP | C | INTRAMURAL CODE OF CONDUCT | 04-09-2022 | 04-14-2022 |
| BTF GP | C | INTRODUCTION TO HOBBYCRAFT | 03-15-2022 | 03-16-2022 |

### Education Information Summary

Since arrival, inmate has continuously participated in continuing education classes and FSA classes as recommended by his Case Manager. He has also earned his GED while in custody.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Discipline Summary

Inmate has maintained clear conduct since his arrival.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| BTF GP | A-DES | US DISTRICT COURT COMMITMENT | 02-09-2022 | CURRENT |

#### Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 02-24-2022 |
| CARE3 | UNSTABLE, COMPLEX CHRONIC CARE | 02-01-2022 |

#### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| NO PAPER | NO PAPER MEDICAL RECORD | 03-01-2022 |
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 03-01-2022 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAIRLAMB, SCOTT KEVIN   26840-509

SEQUENCE: 00332682
Report Date: 10-12-2022

Name: FAIRLAMB, SCOTT KEVIN
Register Num: 26840-509
Age: 45
Date of Birth: ▓▓▓▓▓▓
DNA Status: PHL11798 / 01-31-2022

Inmate   (FAIRLAMB, SCOTT KEVIN, Register Num: 26840-509)

10/12/22
Date

Chairperson

10/12/22
Date

Case Manager

10/12/22
Date