UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America,**<br><br>v.<br><br>**Scott Fairlamb,**<br><br>Defendant. | **Case No. 21-cr-120 (RCL)** |

NOTICE OF WITHDRAWAL OF PLEADING

Scott Fairlamb, through counsel, respectfully withdraws his pending motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A), ECF No. 76. On April 6, 2023, the Court received Mr. Fairlamb's *pro se* motion to reduce his sentence and appointed the Federal Public Defender's Office ("FPD") to serve as his counsel. ECF No. 75. The Court further ordered the FPD to file any supplement to his motion by May 5, 2023, and the government to file any response by June 2, 2023. *Id.* Undersigned counsel and Mr. Fairlamb have since spoken by telephone about his motion. After discussing the matter, Mr. Fairlamb determined he no longer wishes to pursue his motion for a sentence reduction (ECF No. 76) and accordingly requested to withdraw his motion.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
BENJAMIN FLICK
Research & Writing Attorney
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004

(202) 208-7500  
Benjamin_flick@fd.org